Kurt Ramlo (State Bar No. 166856)
David B. Golubchik (State Bar No. 185520)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Defendants Young Blue LLC,
Elba Hernandez, The Estate of Andres Ramirez,
and Sandy Le

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adv. No.: 8:20-ap-01086-SC |
| | **Objection to Form of Order Lodged by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP Re: Defendants' Special Motion to Strike and Motion to Dismiss** |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | |
| Plaintiff, | Judge: Scott C. Clarkson |
| v. | Date: January 20, 2021 |
| | Time: 1:30 pm. |
| THE X-LAW GROUP, P.C., a professional corporation; et al, | Place: Courtroom 5C |
| | 411 W. Fourth St. |
| Defendants. | Santa Ana, CA 92701 |

1       Defendants The X-Law Group, P.C. and Filippo Marchino (collectively "**X-Law**"), Elba

2    Hernandez, individually and as personal representative and successor in interest to Andres

3    Ramirez, deceased, Young Blue LLC, and Sandy Le (collectively, the "**Clients**" and, together

4    with X-Law, the "**Defendants**"), object to the form of order (ECF No. 137, "Notice of Lodgment

5    of Order or Judgment in Adversary Proceeding Re: Defendants' Special Motion to Strike and

6    Motion to Dismiss" (the "**Proposed Order**")) lodged by Richard A. Marshack, Chapter 7 Trustee

7    for Eagan Avenatti, LLP (the "**Trustee**") with respect to (ECF. No. 96 and ECF. No. 100, filed

8    on November 13, 2020 and November 17, 2020, the "Special Motion to Strike and Motion to

9    Dismiss" ("**Anti-SLAPP Motion**")) because it does not accurately reflect the Court's ruling as

10   follows:

11       1.    The Court granted the Trustee's "Second Motion to Amend Complaint" (ECF No.

12   102), thereby rendering moot the portion of the Anti-SLAPP Motion brought pursuant to FRCP

13   12(b)(6).

14       2.    The Court denied the portion of the Anti-SLAPP Motion brought pursuant to CCP

15   § 425.16 on the basis that the Trustee's claims do not fall with the scope of that statute.

16       3.    The Proposed Order incorrectly states that the Anti-SLAPP Motion was denied "for

17   the reasons set forth in the Opposition."  The vast majority of the Trustee's Opposition was

18   focused on the merits of his claims, something that the Court did not reach in ruling on the motion.

19       4.    Defendants provide an alternative form of order as required under Local Rule 9021-

20   1(b)(3)(B) as **Exhibit 1**.  A redline to the Proposed Order is attached as **Exhibit 2**.  A copy of the

21   Proposed Order is attached as **Exhibit 3**.

22

23   DATED: February 3, 2021        **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

24                         By _____*/s/ Kurt Ramlo*_____

25                         DAVID B. GOLUBCHIK
                              KURT RAMLO

26                         Attorneys for Defendants The X-Law Group, P.C.
                         and Filippo Marchino

27

28

1

**THE X-LAW GROUP, P.C.**

2

By _____
FILIPPO MARCHINO

3

Attorneys for Defendants Young Blue LLC, Elba Hernandez,
The Estate of Andres Ramirez, and Sandy Le

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

Kurt Ramlo (State Bar No. 166856)
David B. Golubchik (State Bar No. 185520)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Defendants Young Blue LLC,
Elba Hernandez, The Estate of Andres Ramirez,
and Sandy Le

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adv. No.: 8:20-ap-01086-SC |
| | **Order Denying Defendants' Special Motion to Strike and Motion to Dismiss** |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | Hearing:<br>Date: January 20, 2021<br>Time: 1:30 pm.<br>Place: Courtroom 5C |
| Plaintiff, | 411 W. Fourth St. |
| v. | Santa Ana, CA 92701 |
| THE X-LAW GROUP, P.C., a professional corporation; et al, | |
| Defendants. | |

1

A hearing was held on January 20, 2021, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C located at 411 West Fourth Street, Santa Ana, CA, on the Notice of Motion and Special Motion to Strike and Motion to Dismiss ("Motion"), filed on November 13 and 14, 2020, as Adv. Dk. No. 96 and Dkt. No. 100, by Defendants, The X-Law Group, P.C., Filippo Marchino, Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le ("Defendants").[1] Appearances were as noted on the record.

The Court having read and considered the Motion, the Opposition filed by Plaintiff, Defendants' Reply to Trustee's Opposition, and other pleadings filed in this adversary proceeding, having heard the arguments of counsel, having ruled on Defendants' Evidentiary Objections as set forth on the record, and having determined that the Motion to the extent made under FRCP 12(b)(6) should be denied as moot on the basis that the Court has granted Plaintiff leave to file a second amended complaint and that the Motion to the extent made CCP § 425.16 should be denied on the basis that Plaintiff's claims do not fall within the scope of that statute, enters its Order as follows:

IT IS ORDERED that the Motion is denied in its entirety including Defendants' request for an award of attorneys' fees. To the extent that the Motion is brought pursuant to FRCP 12(b)(6), it is denied as moot.

# # #

---

[1] All capitalized terms not defined in this Order shall have the same meaning as defined in the Motion.

# EXHIBIT "2"

RICHARD L. KELLNERKurt Ramlo (State Bar No. 171416166856)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
David B. Golubchik (State Bar No. 185520)
**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 9003590067
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation
Tel: (310) 229-1234; Fax: (310) 229-1244
KR@LNBYB.com; DBG@LNBYB.com

Attorneys for PlaintiffDefendants The X-Law
Group, P.C. and Filippo Marchino
Chapter 7 Trustee, RICHARD A. MARSHACK

In Association with,

D. EDWARD HAYS, #162507
ehays@marshackhays

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM
TINHO MANG, #322146
tmang@marshackhays; TG@XLAWX.COM
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

Attorneys for Defendants Young Blue LLC,
Elba Hernandez, The Estate of Andres Ramirez,
and Sandy Le

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

1

~~In re~~
~~EAGAN AVENATTI, LLP,~~
~~Debtor.~~

~~Case No.: 8:19-bk-13560-SC~~
~~Chapter 7~~

~~Adv. No.: 8:20-ap-01086-SC~~

~~ORDER DENYING DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS~~

~~[MOTION FILED ON 11/13/20 AS DK. NO. 96]~~

~~Hearing Date and Time:~~
~~Date: January 20, 2021~~
~~Time: 1:30 p.m.~~
~~Place: Courtroom 5C₁~~
~~411 W. Fourth Street~~
~~Santa Ana, CA 92701~~

~~RICHARD A. MARSHACK, Chapter 7 Trustee for~~
~~Eagan Avenatti, LLP,~~

~~Plaintiff,~~

~~v.~~

~~THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased; YOUNG BLUE LLC, a limited liability company; and SANDY LE, individually and on behalf of Tina Ngan Le, decedent,~~

~~Defendants.~~

~~₁ Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures. Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using CourtCall or ZoomGov.~~

| In re | Case No. 8:19-bk-13560-SC |
|---|---|
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adv. No.: 8:20-ap-01086-SC |

2

RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,

_____ Plaintiff,

v.

THE X-LAW GROUP, P.C., a professional corporation; et al,

_____ Defendants.

**Order Denying Defendants' Special Motion to Strike and Motion to Dismiss**

Hearing:
Date: January 20, 2021
Time: 1:30 pm.
Place: Courtroom 5C
      411 W. Fourth St.
      Santa Ana, CA 92701

A hearing was held on January 20, 2021, at 1:30 p.m., before the Honorable Scott C. Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C located at 411 West Fourth Street, Santa Ana, CA, on the Notice of Motion and Special Motion to Strike and Motion to Dismiss ("Motion"), filed on November 13 and 14, 2020, as Adv. Dk. No. 96 and Dkt. No. 100, by Defendants, The X-Law Group, P.C., Filippo Marchino, Young Blue LLC, Elba Hernandez, The Estate of Andres Ramirez, and Sandy Le ("Defendants").[1]  Appearances were as noted on the record.

The Court having read and considered the Motion, the Opposition filed by Plaintiff, Defendants' Reply to Trustee's Opposition, and other pleadings filed in this adversary proceeding, and having heard the arguments of counsel, and for the reasons having ruled on Defendants' Evidentiary Objections as set forth in the Opposition and as stated on the record including the rulings on Defendants' evidentiary objections, the Court, and having determined that the Motion to the extent made under FRCP 12(b)(6) should be denied as moot on the basis that the Court has granted Plaintiff leave to file a second amended complaint and that the Motion to the extent made CCP § 425.16 should be denied on the basis that Plaintiff's claims do not fall within the scope of that statute, enters its Order as follows:

IT IS ORDERED that the Motion is denied in its entirety including Defendants' request for an award of attorneys' fees.  To the extent that the Motion is brought pursuant to FRCP 12(b)(6), it is denied as moot.

# ## #

---

[1] All capitalized terms not defined in this Order shall have the same meaning as defined in the Motion.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Document comparison by Workshare Compare on Friday, January 29, 2021
9:01:17 PM

| Input: | |
|---|---|
| Document 1 ID | file://G:\-CASES\S-U\T\The X-Law Group (8793)\pldgs-draft\text of trustee proposed order.docx |
| Description | text of trustee proposed order |
| Document 2 ID | file://G:\-CASES\S-U\T\The X-Law Group (8793)\pldgs-draft\alternative order v1.docx |
| Description | alternative order v1 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 79 |
| Deletions | 50 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 129 |

# EXHIBIT "3"

1 | RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
2 | KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
3 | Los Angeles, California 90035
Telephone: (310) 780-6759
4 | Facsimile: (310) 277-0635

5 | Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

6 | In Association with,

7 | D. EDWARD HAYS, #162507
ehays@marshackhays.com
8 | TINHO MANG, #322146
tmang@marshackhays.com
9 | 870 Roosevelt
Irvine, CA  92620
10 | Telephone: 949-333-7777
Facsimile: 949-333-7778
11
General Counsel for Plaintiff and Chapter 7 Trustee,
12 | RICHARD A. MARSHACK

13 | **UNITED STATES BANKRUPTCY COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 15  In re | Case No.: 8:19-bk-13560-SC |
| 16  EAGAN AVENATTI, LLP, | Chapter 7 |
| 17          Debtor. | Adv. No.: 8:20-ap-01086-SC |
| 18  RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | ORDER DENYING DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS |
| 19                      Plaintiff, | |
| 20          v. | [MOTION FILED ON 11/13/20 AS DK. NO. 96] |
| 21  THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; | |
| 22  ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres | Hearing Date and Time: |
| 23  Ramirez, deceased; YOUNG BLUE LLC, a limited liability company; and SANDY LE, individually and | Date:  January 20, 2021 Time:  1:30 p.m. Place:  Courtroom 5C[1] |
| 24  on behalf of Tina Ngan Le, decedent, | 411 W. Fourth Street |
| 25                      Defendants. | Santa Ana, CA 92701 |

26

27

_____

28 | [1] Due to the COVID-19 outbreak, Judge Clarkson has altered his prior telephonic hearing procedures.  Except as may be otherwise ordered by the Court, all hearings before Judge Clarkson will be conducted remotely using CourtCall or ZoomGov.

1    A hearing was held on January 20, 2021, at 1:30 p.m., before the Honorable Scott C.

2  Clarkson, United States Bankruptcy Judge for the Central District of California, in Courtroom 5C

3  located at 411 West Fourth Street, Santa Ana, CA, on the Notice of Motion and Special Motion to

4  Strike and Motion to Dismiss ("Motion"), filed on November 13, 2020, as Adv. Dk. No. 96, by

5  Defendants, The X-Law Group, P.C., Filippo Marchino, Young Blue LLC, Elba Hernandez, The

6  Estate of Andres Ramirez, and Sandy Le  ("Defendants").[2] Appearances were as noted on the record.

7    The Court having read and considered the Motion, the Opposition filed by Plaintiff,

8  Defendants' Reply to Trustee's Opposition, and other pleadings filed in this adversary, and having

9  heard the arguments of counsel, and for the reasons set forth in the Opposition and as stated on the

10  record including the rulings on Defendants' evidentiary objections, the Court enters its Order as

11  follows:

12    IT IS ORDERED that the Motion is denied in its entirety including Defendants' request for

13  an award of attorneys' fees.

14                                        ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [2] All capitalized terms not defined in this Order shall have the same meaning as defined in the
Motion.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing documents entitled **Objection to Form of Order Lodged by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP Re: Defendants' Special Motion to Strike and Motion to Dismiss** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

D Edward Hays on behalf of Plaintiff Richard A. Marshack
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Richard L Kellner on behalf of Plaintiff Richard A. Marshack
rlk@kellnerlaw.com, irma.c.deleon@gmail.com

Tinho Mang on behalf of Interested Party Courtesy NEF
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com

Filippo Marchino on behalf of Defendant The X-Law Group, PC, a professional corporation
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Young Blue LLC, a limited liability company
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Filippo Marchino
fm@xlawx.com, tc@xlawx.com

Filippo Marchino on behalf of Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent
fm@xlawx.com, tc@xlawx.com

Richard A Marshack (TR)
pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Kurt Ramlo on behalf of Defendant The X-Law Group, PC, a professional corporation
kr@lnbyb.com, kr@ecf.inforuptcy.com

Kurt Ramlo on behalf of Defendant Filippo Marchino
kr@lnbyb.com, kr@ecf.inforuptcy.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1    John P. Reitman on behalf of Plaintiff Richard A. Marshack
jreitman@landaufirm.com,

2    srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com

3    United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

4                   ☐ *Service information continued on attached page*

5    **2. <u>SERVED BY UNITED STATES MAIL</u>**: On **February 4, 2021**, I served the following persons and/or
entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true

6    and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u>

7    <u>completed</u> no later than 24 hours after the document is filed.

8    <u>Courtesy Copy</u>
Hon. Scott C. Clarkson

9    United States Bankruptcy Court
411 West Fourth Street, Suite 5130

10   Santa Ana, CA 92701-4593
                   ☐ *Service information continued on attached page*

11   **3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR</u>**

12   **<u>EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR,
on **February 4, 2021**, I served the following persons and/or entities by personal delivery, overnight mail

13   service, or (for those who consented in writing to such service method), by facsimile transmission and/or
email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight

14   mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

15                   ☐ *Service information continued on attached page*

16   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
true and correct.

17    **February 4, 2021**      John Berwick           */s/ John Berwick*

18    *Date*             *Type Name*           *Signature*

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                 **F 9013-3.1.PROOF.SERVICE**