| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel.: (949) 333-7777 // Fax: (949) 333-7778<br><br>Richard L. Kellner<br>rlk@kellnerlaw.com<br>1180 South Beverly Drive, Suite 610<br>Los Angeles, CA 90035<br>Tel.: (310) 780-6759 // Fax: (310) 277-0635<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard A. Marshack, Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>EAGAN AVENATTI, LLP | CASE NO.: 8:19-bk-13560-SC |
|---|---|
| | ADVERSARY NO.: 8:20-ap-01086-SC |
| | CHAPTER: 7 |
| Debtor(s). | |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| Plaintiff(s).<br>vs.<br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased; et al.<br>Defendant(s). | DATE: 12/15/2021<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 — Page 1 — F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| No earlier than April 2022. | April 2022 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery was further extended and Plaintiff needs time to consider, prepare, and file dispositive motions. | Discovery was further extended and Defendants intend to file a motion for summary judgment after the close of non-expert discovery |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| By the discovery deadlines. | By the current discovery deadlines. |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Scheduled depositions. | Scheduled depositions. |

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| At least two court days. | at least three days |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 5+ | 3+ |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| TBD - evidence will be voluminous and an exact estimate cannot be provided at this time. | the number of exhibits is unknown at this time, but the exhibits are unlikely to be particularly voluminous |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: to narrow issues |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 04/20/2022 | (*date*) 04/20/2022 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    Settlement overtures have been exchanged but no formal offers are outstanding.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
    If so, when?
    Mediation was conducted with Alan I. Nahmias and was unsuccessful. Mediation concluded on May 17, 2021, and a mediator's certificate was filed.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☒ Yes ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 7016-1.STATUS.REPORT**

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

A motion for withdrawal of the reference was timely filed with the U.S. District Court by Defendants, and Trustee filed an opposition. The District Court then took the matter under submission and vacated oral argument. No estimate of time is known for the District Court's decision on the motion to withdraw the reference.

The parties may seek a brief stipulation to extend discovery deadlines in the event of discovery disputes and to avoid setting discovery motions on shortened notice.

***the parties apologize for the late filing of this joint status report. Plaintiff only circulated the draft joint status report on December 2, 2021 and any late filing is attributable only to an oversight by Plaintiff's counsel.

Respectfully submitted,

Date: 12/02/2021

Marshack Hays LLP and Kellner Law Group PC
Printed name of law firm

/s/ Tinho Mang
Signature

D. EDWARD HAYS / RICHARD L. KELLNER
Printed name

Attorney for: Richard A. Marshack, Plaintiff/Trustee

Date: 12/02/2021

Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Printed name of law firm

[signature]
Signature

Kurt Ramlo
Printed name

Attorney for: The X-Law Group and Filippo Marchino

The X-Law Group PC
[signature] Thomas Gray
Thomas Gray
Attorney for Elba Hernandez

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 3, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 3, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 09/23/19**
**DEBTOR**
Eagan Avenatti, LLP
~~20341 SW Birch, Suite 220~~
~~Newport Beach, CA 92660-1514~~

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 3, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT,
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2021 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
4839-2771-4732, v. 1

F 9013-3.1.PROOF.SERVICE

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  CONTINUED:
   - **INTERESTED PARTY:** David B Golubchik     dbg@lnbyb.com, stephanie@lnbyb.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Richard L Kellner     rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEYS FOR CHAPTER 7 TRUSTEE:** Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **DEFENDANT AND ATTORNEY FOR REMAINING DEFENDANTS:** Filippo Marchino     fm@xlawx.com, tc@xlawx.com
   - **CHAPTER 7 TRUSTEE:** Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **INTERESTED PARTY:** Alan I Nahmias     anahmias@mbn.law, jdale@mbnlawyers.com
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC AND FILIPPO MARCHINO:** Kurt Ramlo     kr@lnbyb.com, kr@ecf.inforuptcy.com
   - **ATTORNEY FOR CHAPTER 7 TRUSTEE:** John P. Reitman     jreitman@landaufirm.com, srichmond@landaufirm.com; vrichmond@landaufirm.com; avedrova@landaufirm.com
   - **UST:** United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4839-2771-4732, v. 1