D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

General Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**DEC 20 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>       Debtor.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>       Plaintiff,<br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased; YOUNG BLUE LLC, a limited liability company; and SANDY LE, individually and on behalf of Tina Ngan Le, decedent,<br><br>       Defendants. | Case No. 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No. 8:20-ap-01086-SC<br><br>ORDER APPROVING STIPULATION TO EXTEND DISCOVERY, EXPERT DESIGNATION REPORTS AND RELATED DEADLINES<br><br>[STIPULATION – DOCKET NO. 233] |

The Court having read and considered the Stipulation[1] to Extend Discovery, Expert Designation Reports and Related Deadlines, filed December 15, 2021, as Docket No. 233 ("Stipulation"), and for good cause shown,

IT IS ORDERED:

1. The Stipulation is approved;

---

[1] All terms not defined herein are used as they are defined in the Stipulation.

1

4869-3155-7894v1-1015-131.2

    2.       The deadline to complete non-expert discovery is extended to February 15, 2022 only with regard to the four depositions noticed prior to December 15, 2021;

    3.       The deadline for expert designation and reports is extended from December 18, 2021, to February 15, 2022;

    4.       The deadline for rebuttal expert designations and report is extended from January 18, 2022, to March 16, 2022;

    5.       The Parties shall participate in a further day of mediation prior to January 31, 2022 and file a status report on the result of mediation no later than February 15, 2022;

    6.       A hearing on any motion(s) for summary judgment is set for May 5, 2022 at 11:00 a.m.; and

    7.       A pretrial conference shall be set for June 16, 2022 at 11:00 a.m., with all deadlines for filing pretrial documents in accordance with the Local Bankruptcy Rules.

###

Date: December 20, 2021

Scott C. Clarkson
United States Bankruptcy Judge