1  RICHARD L. KELLNER (State Bar No. 171416)
   rlk@kellnerlaw.com
2  KELLNER LAW GROUP PC
   1180 South Beverly Drive, Suite 610
3  Los Angeles, California 90035
   Telephone: (310) 780-6759
4  Facsimile: (310) 277-0635

5  Special Litigation Attorneys for Plaintiff and
   Chapter 7 Trustee, RICHARD A. MARSHACK

6  In Association with,

7  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
8  TINHO MANG, #322146
   tmang@marshackhays.com
9  870 Roosevelt
   Irvine, CA  92620
10 Telephone: 949-333-7777
   Facsimile: 949-333-7778
11
   General Counsel for Plaintiff and Chapter 7 Trustee,
12 RICHARD A. MARSHACK

13              **UNITED STATES BANKRUPTCY COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

15 | In re | Case No.: 8:19-bk-13560-SC |

16 | EAGAN AVENATTI, LLP, | Chapter 7 |

17 |        Debtor. | Adv. No.:  8:20-ap-01086-SC |

18 | RICHARD A. MARSHACK, Chapter 7 Trustee for | STIPULATION TO MODIFY |
   | Eagan Avenatti, LLP, | SCHEDULING ORDER PENDING |
19 | | RULING ON FEDERAL |
   |              Plaintiff, | GOVERNMENT'S MOTION TO |
20 |      v. | INTERVENE AND SEEK A STAY OF |
   | | PROCEEDINGS PENDING RE-TRIAL |
21 | THE X-LAW GROUP, PC, a professional | OF MICHAEL AVENATTI |
   | corporation; FILIPPO MARCHINO, an | |
22 | individual; and ELBA HERNANDEZ, | [NO HEARING REQUIRED] |
   | individually and as personal representative | |
23 | and successor in interest to Andres Ramirez, | |
   | deceased, | |
24 |              Defendants. | |

25 / / /

26 / / /

27 / / /

28 / / /

1  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

2  DEFENDANTS, AND ALL INTERESTED PARTIES:

3        This stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A.

4  Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of

5  Eagan Avenatti, LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation

6  ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as

7  personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez")

8  (collectively, "Parties"), by and through their undersigned counsel as follows:

9  **Recitals**

10      A.    On September 13, 2019, Debtor, through its state court appointed receiver, filed a

11  voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A.

12  Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

13      B.    On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary

14  proceeding.

15      C.    On September 7, 2021, as Dk. No. 224, the Parties entered into a stipulation

16  extending certain dates and deadlines related to discovery and motion to withdraw reference

17  ("Discovery Stipulation"). On September 7, 2021, as Dk. No. 225, the Court entered an order

18  approving the Discovery Stipulation ("Discovery Order").

19      D.    On December 15, 2021, as Dk. No. 233, the Parties entered into a further stipulation

20  extending certain dates and deadlines related to discovery ("Second Discovery Stipulation"). On

21  December 20, 2021, as Dk. No. 234, the Court entered an order approving the Second Discovery

22  Stipulation ("Second Discovery Order").

23      E.    On February 2, 2022, as Dk. No. 245, the Parties entered into a further stipulation

24  extending certain dates and deadlines related to discovery ("Third Discovery Stipulation"). On

25  February 3, 2022, as Dk. No. 246, the Court entered an order approving the Third Discovery

26  Stipulation ("Third Discovery Order").

27      F.    On February 22, 2022, as Dk. No. 252, the Parties entered into a further stipulation

28  extending certain dates and deadlines related to discovery ("Fourth Discovery Stipulation"). On

STIPULATION TO MODIFY SCHEDULING ORDER
4884-6908-8023v.1-1015-131.2

February 23, 2022, as Dk. No. 253, the Court entered an order approving the Fourth Discovery

Stipulation ("Fourth Discovery Order").

      G.      Pursuant to the Fourth Discovery Order, the following deadlines are currently in

effect:

            1.      March 31, 2022, deadline to complete non-expert discovery is extended

                    only with regard to the four depositions noticed prior to December 15, 2021;

            2.      April 15, 2022, deadline for expert designation and reports;

            3.      May 6, 2022, deadline for rebuttal expert designations and report;

            4.      July 26, 2022, at 1:30 p.m., hearing on any motion(s) for summary judgment;

                    and

            5.      August 30, 2022, at 1:30 p.m., pretrial conference shall be set for with all

                    deadlines for filing pretrial documents in accordance with the Local

                    Bankruptcy Rules.

      H.      On March 14, 2022 Trustee filed a Motion for Leave to File Third Amended

Complaint. The hearing is currently set for April 12, 2022.

      I.      Recently, the Office of the United States Attorney stated its intention to the Parties

that it will be seeking to intervene in this adversary and seek a stay of proceedings pending the

completion of the government's criminal proceedings against Michael Avenatti. The basis of the stay

is to avoid potential prejudice to the pending criminal action.

      WHEREFORE, to permit time for the government to file and for this Court to rule on its

motion to intervene and stay these civil proceedings pending the conclusion of Michael Avenatti's

re-trial in the Central District of California, the Parties stipulate as follows:

      1.      The deadline to complete non-expert discovery only with regard to the three

depositions noticed to be completed prior to the previous cut-off date of December 15, 2021, is

extended from March 31, 2022, to June 30, 2022;

      2.      The deadline for expert designation and reports is extended from April 15, 2022, to

July 15, 2022;

STIPULATION TO MODIFY SCHEDULING ORDER
4884-6908-8023v.1-1015-131.2

3.      The deadline for rebuttal expert designations and report is extended from May 6, 2022, to August 5, 2022;

4.      The reserved date for hearings on any motion for summary judgment is continued from May 5, 2022, to a date convenient to the Court in September 2022. The Parties request a date in the second half of September.

5.      The pretrial conference currently set on August 30, 2022, shall be continued to a date convenient to the Court in November 2022;

6.      The hearing for the Trustee's Motion for Leave to File Third Amended Complaint that is currently set to be heard on April 12, 2022, is continued to July 12, 2022 (or such later date and time is convenient to the Court). The deadline to file any opposition or reply brief will be calculated from the new hearing date. The Parties stipulate that the period of continuance of the motion will not have any impact on its timeliness, and that such timeliness will be evaluated based on the facts and circumstances existing as of the filing of the motion on March 14, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO MODIFY SCHEDULING ORDER

4884-6908-8023v.1-1015-131.2

7. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: April 5, 2022

KELLNER LAW GROUP PC

In Association with,

MARSHACK HAYS LLP

By ___ /s/ D. Edward Hays _____
        D. EDWARD HAYS
        TINHO MANG
        Attorneys for Plaintiff and Chapter
        7 Trustee, RICHARD A.
        MARSHACK

Dated: April 5, 2022

LEVENE, NEALE, BENDER, YOO & BRILL
L.L.P.

By_____
        DAVID B. GOLUBCHIK
        KURT RAMLO
        Attorneys for Defendants the X-Law
        Group, P.C. and Filippo Marchino

Dated: April 5, 2022

THE X-LAW GROUP, P.C.

By_____
        FILIPPO MARCHINO
        THOMAS E. GRAY
        Attorneys for Defendant Elba Hernandez

STIPULATION TO MODIFY SCHEDULING ORDER
4884-6908-8023v.1-1015-131.2