RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　　　Debtor.<br><br>――――――――――――――――――<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>　　　　　Defendants. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC<br><br>**NOTICE OF TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION OF FEDERAL PRISONER, MICHAEL J. AVENATTI; AND DIRECTING FEDERAL BUREAU OF PRISONS TO ALLOW DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B)**<br><br>[NO HEARING REQUIRED] |

/ / /

/ / /

/ / /

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANTS, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Richard A. Marshack, chapter 7 trustee ("Trustee') for the

bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor" or "EA") and the plaintiff in the

above-captioned action, has filed a motion for order granting leave to conduct deposition of federal

prisoner, Michael J. Avenatti ("Motion"), and Directing Federal Bureau of Prisons to allow

deposition pursuant to Federal Rule of Civil Procedure 30(a)(2)(B, as follows:

Federal Rule of Civil Procedure 30(a)(2)(B) requires that a party must obtain leave of the

court to depose a person confined in a prison. Here, Trustee requests the testimony of federal

prisoner, Michael J. Avenatti ("Avenatti"), register number: 86743-054, currently located in Federal

Correctional Institution Terminal Island. Trustee requests the deposition be held via Zoom, at a date

and time convenient to the parties, and further requests an order directing the correctional facility to

allow said deposition.

Trustee requires the deposition in order to recover potential assets and maximizing recoveries

for the benefit of the estate.

The Motion is based upon this Notice, the pleadings and files in the Debtor's bankruptcy

case, and upon such further oral and documentary evidence as may be presented to the Court. If you

do not oppose the Motion described above, then you need take no further action.

PLEASE TAKE FURTHER NOTICE that any response and request for hearing as to the

proposed settlement must be in the form as required by Rule 9013-1(f) and (o) of the Local

Bankruptcy Rules ("LBR") and filed with the Clerk of the above-entitled Court. The deadline for

any response and request for hearing is 14 days after the date of service of this Notice plus an

additional 3 days unless this Notice was served by personal delivery or posting as described in

F.R.Civ.P. 5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on

Marshack Hays LLP to the attention of D. Edward Hays and Tinho Mang at the address indicated

above and served on the Office of the United States Trustee, Office of The United States Trustee 411

1    West Fourth Street  Suite 7160, Santa Ana, CA 92701. Failure to timely respond may be deemed as

2    acceptance of the proposed relief requested in the Motion. *See* LBR 9013-1(h).

3

4    Dated: July 10, 2023                                   KELLNER LAW GROUP PC
                                                            Richard L. Kellner

5
                                                            In Association with,
6
                                                            MARSHACK HAYS LLP
7

8                                                           By____*/s/ D. Edward Hays*_____
                                                               D. EDWARD HAYS
                                                               TINHO MANG
9                                                              Attorneys for Plaintiff and Chapter
                                                               7 Trustee, RICHARD A. MARSHACK
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION
4857-2861-8849v.1015-131.3

1  RICHARD L. KELLNER (State Bar No. 171416)
   rlk@kellnerlaw.com
2  KELLNER LAW GROUP PC
   315 South Beverly Drive, Suite 504
3  Beverly Hills, California 90212
   Telephone: (310) 780-6759
4  Facsimile: (310) 277-0635

5  Special Litigation Attorneys for Plaintiff and
   Chapter 7 Trustee, RICHARD A. MARSHACK

6  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
7  TINHO MANG, #322146
   tmang@marshackhays.com
8  870 Roosevelt
   Irvine, CA  92620
9  Telephone: 949-333-7777
   Facsimile: 949-333-7778
10
   General Counsel for Plaintiff and Chapter 7 Trustee,
11 RICHARD A. MARSHACK

12              **UNITED STATES BANKRUPTCY COURT**

13       **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 14  In re | Case No.: 8:19-bk-13560-SC |
| 15  EAGAN AVENATTI, LLP, | Chapter 7 |
| 16            Debtor. | Adv. No.:  8:20-ap-01086-SC |
| 17 | **TRUSTEE'S MOTION FOR ORDER** |
| 18  RICHARD A. MARSHACK, Chapter 7 Trustee for | **GRANTING LEAVE TO CONDUCT** |
|     Eagan Avenatti, LLP, | **DEPOSITION OF FEDERAL** |
| 19 | **PRISONER, MICHAEL J.** |
|              Plaintiff, | **AVENATTI; AND DIRECTING** |
| 20 | **FEDERAL BUREAU OF PRISONS** |
|         v. | **TO ALLOW DEPOSITION** |
| 21  THE X-LAW GROUP, PC, a professional | **PURSUANT TO FEDERAL RULE OF** |
|     corporation; FILIPPO MARCHINO, an individual; | **CIVIL PROCEDURE 30(a)(2)(B)** |
| 22  ELBA HERNANDEZ, individually and as personal | |
|     representative and successor in interest to Andres | [NO HEARING REQUIRED] |
| 23  Ramirez, deceased, | |
| 24            Defendants. | |

25  / / /

26  / / /

27  / / /

28

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANTS, AND ALL INTERESTED PARTIES:

Richard A. Marshack, chapter 7 trustee ("Trustee') for the bankruptcy estate ("Estate") of

Eagan Avenatti, LLP ("Debtor" or "EA") and the plaintiff in the above-captioned action, submits

this motion for order granting leave to conduct deposition of federal prisoner, Michael J. Avenatti

("Motion"), and Directing Federal Bureau of Prisons to allow deposition pursuant to Federal Rule of

Civil Procedure 30(a)(2)(B, as follows:

## 1.      Summary of Argument

Federal Rule of Civil Procedure 30(a)(2)(B) requires that a party must obtain leave of the

court to depose a person confined in a prison. Here, Trustee requests the testimony of federal

prisoner, Michael J. Avenatti ("Avenatti"), register number: 86743-054, currently located in Federal

Correctional Institution Terminal Island. Trustee requests the deposition be held via Zoom, at a date

and time convenient to Trustee, Avenatti and further requests an order directing the correctional

facility to allow said deposition. Trustee requires the deposition in order to recover potential assets

and maximizing recoveries for the benefit of the Estate.

## 2.      Factual Background

### A.      Pre-bankruptcy history

Eagan Avenatti, LLP ("EA" or "Debtor") was a California based litigation law firm formed

in 2007 as Eagan O'Malley & Avenatti, LLP. From approximately 2011 through 2019, the managing

partner of EA was Mr. Avenatti.

In 2016, an arbitration claim was filed against EA and Avenatti by Jason Frank Law ("JFL"),

the professional corporation of Jason Frank. In the middle of arbitration, Avenatti caused an

involuntary bankruptcy case to be filed against EA in the Middle District of Florida on March 1,

2017, resulting in a stay of the arbitration.

Avenatti consented to EA being placed into Chapter 11 bankruptcy on March 10, 2017, and

the case was subsequently transferred to the Central District of California as Case No. 8:17-bk-

11961-CB ("2017 Bankruptcy").

1   The 2017 Bankruptcy was dismissed on March 15, 2018, as part of a structured settlement

2   approved by the Bankruptcy Court.

3   **B.    Bankruptcy Filing and Pre-Adversary Conduct**

4   On March 22, 2019, a criminal complaint was filed against Avenatti, commencing criminal

5   case no. 8:19-cr-00061-1 ("Avenatti Criminal Case").[1]

6   On September 13, 2019, Debtor, through its pre-petition state court receiver, filed a voluntary

7   petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack

8   was appointed as the Chapter 7 Trustee.

9   On September 16, 2019 (three days after the commencement of the case), Trustee filed an

10  adversary proceeding against Michael J. Avenatti, his ex-wife Lisa Storie-Avenatti, and Avenatti &

11  Associates APC, commencing adversary case number 8:19-ap-01186-SC ("Avenatti Adversary").

12  The Avenatti Adversary remains pending.

13  On March 31, 2020, as Dk. No. 119, Trustee filed a motion for examination of X-Law and

14  Marchino pursuant to Federal Rule of Bankruptcy Procedure 2004 ("2004 Motion").

15  Approximately two weeks after the filing of the 2004 Motion, the Office of the United States

16  Trustee ("OUST") contacted Trustee's counsel and requested that the 2004 Motion be withdrawn to

17  prevent interference with the Avenatti Orange County Prosecution.

18  On April 15, 2020, as Dk. No. 126, Trustee filed a notice of voluntary dismissal for the 2004

19  Motion.

20  On May 19, 2020, Trustee (through prior special litigation counsel John Reitman) filed a

21  complaint against X-Law, Marchino, Hernandez, Young Blue LLC, and Sandy Le initiating this

22  adversary proceeding. A true and correct copy of the adversary docket for this proceeding is attached

23  to the Request for Judicial Notice ("RJN") as Exhibit "1." The parties litigated over a first, and then

24  second, amended complaint, and discovery commenced on the second amended complaint.

25

26

27

---

28  [1] Around this time, multiple criminal cases were filed against Avenatti. These will not be recited in the interests of brevity.

TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION
4857-2861-8849v.1015-131.2

1      On July 13, 2021, Avenatti's criminal trial in the Avenatti Criminal Case began in district

2  court.

3      On August 24, 2021, on the 26th day of trial, the District Court declared a mistrial. Trial was

4  re-set for

5      On March 14, 2022, as Adv. Dk. No. 255, Trustee filed a motion for leave to file a third

6  amended complaint ("TAC Motion").

7      On June 16, 2022, Avenatti pleaded guilty to some, but not all, counts in the Avenatti

8  Criminal Case.

9      On July 25, 2022, as Adv. Dk. No. 285, the Court entered an order granting the TAC Motion,

10  and providing that "[t]he parties may enter into a stipulation regarding a discovery schedule for new

11  claims alleged in the TAC, or the Court may set a discovery schedule at the status conference on

12  October 25, 2022." A true and correct copy of Adversary Docket No. 285 is attached to the RJN as

13  Exhibit "2."

14      On August 4, 2022, as Adv. Dk. No. 296, Trustee filed a third amended complaint ("TAC"),

15  which is the current operative complaint. The "new claims" in the TAC related essentially to alleged

16  avoidable transfers from Debtor to defendants Filippo Marchino and The X-Law Group, P.C.

17      On September 21, 2022, as Adv. Dk. No. 298, remaining defendants Elba Hernandez,

18  individually and as personal representative and successor in interest to Andres Ramirez, deceased;

19  Filippo Marchino; and The X-Law Group, P.C. ("Defendants") filed an answer to the TAC.

20      The status conference originally scheduled on October 25, 2022 has not taken place. Instead,

21  the parties have entered into multiple stipulations to continue the hearing based on the request of Mr.

22  Marchino, to accommodate his medical treatment for a serious medical issue.

23      On December 8, 2022, the District Court entered a judgment sentencing Avenatti to 168

24  months' imprisonment, to be served consecutively with his prior prison terms for his conviction

25  under New York federal criminal prosecutions, and terminating the remainder of the counts pursuant

26  to the Government's motion, and ordering significant restitution. A true and correct copy of the

27  judgment is attached to the RJN as Exhibit "3."

28

TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION

1    Trustee is informed that Avenatti is currently being held at FCI Terminal Island, and has

2    been in contact with an officer at Terminal Island who has indicated that a remote deposition is

3    allowable, provided that the Court enters an order permitting the examination. Avenatti has informed

4    Trustee (through an intermediary) that he is available to be examined via Zoom, any time after May

5    26.  Mr. Avenatti, through a paralegal named Emma Hernandez, wrote an email to (among others)

6    Trustee and implied that he had information that "Mr. Marchino . . . was permitted to abscond with

7    millions in [the Debtor's] assets." Mr. Avenatti has stated a willingness to provide his deposition in

8    this adversary proceeding. Trustee therefore files this motion seeking leave of court consistent with

9    Rule 30(a).

10   ## 3.    Legal Argument

11       "A party must obtain leave of court, and the court must grant leave … if the deponent

12   is confined in prison." Fed. R. Civ. Proc. 30(a)(2)(B) (made applicable to adversary

13   proceedings by FRBP 7030). "The parties may stipulate—or the court may on motion

14   order—that a deposition be taken by telephone or other remote means." Fed. R. Civ. Proc.

15   30(b)(4). Leave must be granted where the taking of the deposition "appears to be the only

16   opportunity for Plaintiffs to preserve his testimony." *See, e.g., Becker v. OSB Investment,*

17   *LLC,* 2019 U.S. Dist. LEXIS 238676 at *4-5 (C.D. Cal. April 5, 2019) (cleaned up).

18       Since before the commencement of this bankruptcy case, Avenatti has been under

19   multiple active criminal prosecutions and the U.S. Department of Justice demanded that

20   Trustee not interfere with any criminal prosecutions. The fact-finding portion of these

21   criminal prosecutions has now terminated, and while the convictions may be on appeal, there

22   is no longer any impediment to Trustee proceeding with his civil actions against or involving

23   Avenatti. Trustee requires testimony from Avenatti to prosecute his claims in this action,

24   because Avenatti is a material percipient witness with personal knowledge of the events

25   underlying the new claims alleged in the TAC – that transfers were made to Avenatti's

26   former law partner with the actual intent to hinder, delay, and defraud creditors. Trustee

27   believes that, due to the extensive and complex nature of the underlying facts, he may need to

28   depose Avenatti over the course of potentially two days.

## 4.    Conclusion

Trustee respectfully requests that the Court grant this motion and enter an order:

1.    Granting this Motion in its entirety;

2.    Authorizing the deposition of Michael John Avenatti, Prisoner Register No. 86743-054, to be deposed in connection with any matter relevant to this Adversary Proceeding, for a minimum of one full day of 8 hours of examination, and up to two days of examination;

3.    Directing the Bureau of Prisons or any other entity in custody of Mr. Avenatti to provide cooperation with Plaintiff in scheduling a remote video deposition for Mr. Avenatti; and

4.    For any such other and further relief as the Court deems just and proper.


Dated: July 10, 2023                         KELLNER LAW GROUP PC
                                             Richard L. Kellner

                                             In Association with,

                                             MARSHACK HAYS LLP

                                             By      /s/ D. Edward Hays
                                                     D. EDWARD HAYS
                                                     TINHO MANG
                                                     Attorneys for Plaintiff and Chapter
                                                     7 Trustee, RICHARD A. MARSHACK

TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION
4857-2861-8849v.1015-131.2

# REQUEST FOR JUDICAL NOTICE

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of Eagan Avenatti, LLP, hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents to be considered in connection with Trustee's Motion for Order Granting Leave to Conduct Deposition of Federal Prisoner, Michael J. Avenatti; and Directing Federal Bureau of Prisons to Allow Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B):

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1 | A true and correct copy of the adversary docket for this proceeding is attached as Exhibit "1." |
| 2. | A true and correct copy of Adversary Docket No. 285 is attached as Exhibit "2." |
| 3. | A true and correct copy of the judgment dated December 8, 2022 in the Avenatti Criminal Case is attached as Exhibit "3." |

Dated: July10, 2023

KELLNER LAW GROUP PC
Richard L. Kellner

In Association with,

MARSHACK HAYS LLP

By ___ /s/ D. Edward Hays _____

    D. EDWARD HAYS
    TINHO MANG
    Attorneys for Plaintiff and Chapter
    7 Trustee, RICHARD A. MARSHACK

TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION
4857-2861-8849v.1015-131.2

**EXHIBIT "1"**

Printed on Jul 10 2023 5:42 pm

# 8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et

Docket Header Last Updated: 11/1/2022 10:11 pm

### DEFER, APLDIST, APPEAL, APL9thCirt

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Adversary Proceeding #: 8:20-ap-01086-SC

*Assigned to:* Scott C Clarkson                     *Date Filed:* 05/19/20
*Lead BK Case:* 19-13560
*Lead BK Title:* Eagan Avenatti, LLP
*Lead BK Chapter:* 7
Show Associated Cases

*Demand:*
  *Nature[s] of Suit:* 72 Injunctive relief - other
                       91 Declaratory judgment

### *Plaintiff*

-----------------------

**Richard A. Marshack, *Chapter 7***       represented by **D Edward Hays**
***Trustee for Eagan Avenatti, LLP***
                                           Marshack Hays LLP
                                           870 Roosevelt Ave
                                           Irvine, CA 92620
                                           949-333-7777
                                           Fax : 949-333-7778
                                           Email: ehays@marshackhays.com

                                           **Richard L Kellner**
                                           Kellner Law Group PC
                                           1180 South Beverly Dr Ste 610

**EXHIBIT "1"**
**Page 9**

Los Angeles, CA 90035
310-780-6759
Fax : 310-277-0635
Email: rlk@kellnerlaw.com

**Tinho Mang**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777
Fax : 949-333-7778
Email: tmang@marshackhays.com

**John P. Reitman**
Landau Law LLP
2338 Manning Ave.
Los Angeles, CA 90064
310-557-0050
Fax : 310-557-0056
Email: jreitman@landaufirm.com

V.

*Defendant*
------------------------
**The X-Law Group, PC, a**            represented by **David B Golubchik**
**professional corporation**                          Levene Neale Bender Yoo & Brill LLP
                                                      10250 Constellation Blvd Ste 1700
                                                      Los Angeles, CA 90067
                                                      310-229-1234
                                                      Email: dbg@lnbyg.com

                                                      **Filippo Marchino**
                                                      The X-Law Group, P.C.
                                                      625 Fair Oaks Ave Ste 390
                                                      South Pasadena, CA 91030

**EXHIBIT "1"**
**Page 10**

213-599-3380
Fax : 213-599-3370
Email: fm@xlawx.com

**Kurt Ramlo**
Levene, Neale, Bender, Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034
(310) 229-1234
Fax : (310) 229-1244
Email: kr@lnbyg.com

*Defendant*

-----------------------

**Filippo Marchino,** *an individual*        represented by **David B Golubchik**
(See above for address)

**Filippo Marchino**
(See above for address)

**Kurt Ramlo**
(See above for address)

*Defendant*

-----------------------

**Elba Hernandez, individually and**        represented by **Filippo Marchino**
**as personal representative and**          (See above for address)
**successor in interest to Andres**
**Ramirez, deceased**                       **Kurt Ramlo**
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3378
Fax : 310-229-1244

**EXHIBIT "1"**
**Page 11**

Email: kr@lnbyg.com

*Defendant*

------------------------

**Young Blue LLC, a limited liability**  represented by **Filippo Marchino**
**company**  (See above for address)

*Defendant*

------------------------

**Sandy Le, individually and on**  represented by **Filippo Marchino**
**behalf of Tina Ngan Le, decedent**  (See above for address)

*Trustee*

------------------------

**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

*U.S. Trustee*

------------------------

**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

---

05/19/2020  **1**  Adversary case 8:20-ap-01086. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against The X-Law Group, PC, a professional corporation, Filippo Marchino, an individual, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, a limited liability company, Sandy Le, individually and on behalf of Tina Ngan Le, decedent. (Charge To Estate) $350.00. *Complaint for Preliminary Injunction,*

**EXHIBIT "1"**
**Page 12**

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document        Page 16 of 63

7/10/23, 5:42 PM                  8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | *Declaratory Judgment, and Further Relief* Nature of Suit: (72 (Injunctive relief - other)),(91 (Declaratory judgment)) (Reitman, John) Modified on 5/19/2020 (Le, James). (Entered: 05/19/2020) |
| 05/19/2020 | **2** | Summons Issued on Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased Date Issued **5/19/2020**, Answer Due **6/18/2020**; Sandy Le, individually and on behalf of Tina Ngan Le, decedent Date Issued **5/19/2020**, Answer Due 6/18/2020; Filippo Marchino Date Issued **5/19/2020**, Answer Due 6/18/2020; The X-Law Group, PC, a professional corporation Date Issued **5/19/2020**, Answer Due 6/18/2020; Young Blue LLC, a limited liability company Date Issued **5/19/2020**, Answer Due 6/18/2020 (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) Status hearing to be held on **8/4/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 05/19/2020) |
| 05/21/2020 | **3** | Summons Service Executed on Filippo Marchino **5/21/2020**; The X-Law Group, PC, a professional corporation **5/21/2020** (Reitman, John) (Entered: 05/21/2020) |
| 06/12/2020 | **4** | Motion for Preliminary Injunction *Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities; Declarations of John P. Reitman and Jose L. Varela-Ibarra; Exhibits* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 06/12/2020) |
| 06/12/2020 | **5** | Motion *Notice of Motion and Motion for Temporary Stay of Declaratory Relief Claims; Memorandum of Points and Authorities In Support Thereof* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 06/12/2020) |
| 06/12/2020 | 6 | Hearing Set (RE: related document(s)4 Motion for Preliminary Injunction filed by Plaintiff Richard A. Marshack) The Hearing date is set for **7/7/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/15/2020) |
| 06/12/2020 | 7 | Hearing Set (RE: related document(s)5 Generic Motion filed by Plaintiff Richard A. Marshack) The Hearing date is set for **7/7/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/15/2020) |
| 06/15/2020 | **8** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 06/15/2020) |
| 06/17/2020 | **9** | Emergency motion *Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) Warning: Item subsequently amended by docket entry no: 10 Modified on 6/18/2020 (Le, James). (Entered: 06/17/2020) |
| 06/18/2020 | 10 | Notice to Filer of Correction Made/No Action Required: **Other - Incorrect division on caption page. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)9 Emergency motion filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) (Le, James) (Entered: 06/18/2020) |
| 06/18/2020 | **11** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Golubchik, David. (Golubchik, David) (Entered: 06/18/2020) |
| 06/18/2020 | **12** | Notice of lodgment of *Order Granting Motion (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)9 Emergency motion *Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) Warning: Item subsequently amended by docket entry no: 10 Modified on 6/18/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino). (Ramlo, Kurt) (Entered: 06/18/2020) |
| 06/18/2020 | **13** | Order approving limited extension of time to respond to complaint and setting hearing on opposed application for limited extension of time to respond to complaint (BNC-PDF) (Related Doc # 9 ) Signed on 6/18/2020 (Le, James) (Entered: 06/18/2020) |

EXHIBIT "1"

Page 13

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2020 | 14 | Order granting application and setting hearing on shortened notice (Hearing set for June 22, 2020 at 11:00 AM) (BNC-PDF) (Related Doc # 9 ) Signed on 6/18/2020 (Le, James) (Entered: 06/18/2020) |
| 06/18/2020 | 15 | Hearing Set (RE: related document(s)9 Emergency motion filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) The Hearing date is set for 6/22/2020 at 11:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/18/2020) |
| 06/18/2020 | 16 | Notice of Hearing Notice of Hearing on Opposed Emergency Application for Order Extending Time (with proof of service) Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)9 Emergency motion Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) Warning: Item subsequently amended by docket entry no: 10 Modified on 6/18/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino). (Ramlo, Kurt) (Entered: 06/18/2020) |
| 06/19/2020 | 17 | Declaration re: Declarations of Notice and Service Re: (1) Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo (DE 9), and (2) Order Granting Application and Setting Hearing on Shortened Notice (DE 14) (with proof of service) Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)9 Emergency motion Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo, 14 ORDER shortening time (BNC-PDF)). (Ramlo, Kurt) (Entered: 06/19/2020) |
| 06/19/2020 | 18 | Declaration re: Supplemental Declaration of Service Re: (1) Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo (DE 9), and (2) Order Granting Application and Setting Hearing on Shortened Notice (DE 14) (with proof of service) Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)9 Emergency motion Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo, 14 ORDER shortening time (BNC-PDF)). (Ramlo, Kurt) (Entered: 06/19/2020) |
| 06/20/2020 | 19 | BNC Certificate of Notice - PDF Document. (RE: related document(s)13 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 06/20/2020. (Admin.) (Entered: 06/20/2020) |
| 06/20/2020 | 20 | BNC Certificate of Notice - PDF Document. (RE: related document(s)14 ORDER shortening time (BNC-PDF)) No. of Notices: 0. Notice Date 06/20/2020. (Admin.) (Entered: 06/20/2020) |
| 06/22/2020 | 21 | Hearing Held - Motion granted: Order by attorney (RE: related document(s)9 Emergency motion filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) (Le, James) (Entered: 06/23/2020) |
| 06/24/2020 | 22 | Notice of lodgment of Order Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)9 Emergency motion Opposed Emergency Application to Extend Time to Respond to Complaint; Declaration of Kurt Ramlo Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) Warning: Item subsequently amended by docket entry no: 10 Modified on 6/18/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino). (Ramlo, Kurt) (Entered: 06/24/2020) |
| 06/24/2020 | 23 | Order approving application to extend time to respond to complaint (Deadline to July 2, 2020) (BNC-PDF) (Related Doc # 9 ) Signed on 6/24/2020 (Le, James) (Entered: 06/24/2020) |
| 06/24/2020 | 24 | Stipulation By Filippo Marchino, The X-Law Group, PC, a professional corporation and - Stipulation to Continue (1) Motion for Preliminary Injunction and (2) Motion for Stay Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 06/24/2020) |
| 06/24/2020 | 25 | Notice of lodgment of Order Approving Stipulation to Continue (1) Motion for Preliminary Injunction and (2) Motion for Stay Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)24 Stipulation By Filippo Marchino, The X-Law Group, PC, a professional corporation and - Stipulation to Continue (1) Motion for Preliminary Injunction and (2) Motion for Stay Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional |

EXHIBIT "1"
Page 14

| Date Filed | # | Docket Text |
|---|---|---|
| | | corporation filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino). (Ramlo, Kurt) (Entered: 06/24/2020) |
| 06/25/2020 | 26 | Order approving stipulation to continue: (1) Motion for preliminary injunction and (2) Motion for stay (Hearings continued to **August 4, 2020 at 1:30 PM**) (BNC-PDF) (Related Doc # 24 ) Signed on 6/25/2020 (Le, James) (Entered: 06/25/2020) |
| 06/25/2020 | 27 | Hearing Continued (RE: related document(s)4 Motion for Preliminary Injunction filed by Plaintiff Richard A. Marshack) The Hearing date is set for **8/4/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/25/2020) |
| 06/25/2020 | 28 | Hearing Continued (RE: related document(s)5 Generic Motion filed by Plaintiff Richard A. Marshack) The Hearing date is set for **8/4/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 06/25/2020) |
| 06/26/2020 | 29 | BNC Certificate of Notice - PDF Document. (RE: related document(s)23 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 06/26/2020. (Admin.) (Entered: 06/26/2020) |
| 06/27/2020 | 30 | BNC Certificate of Notice - PDF Document. (RE: related document(s)26 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 0. Notice Date 06/27/2020. (Admin.) (Entered: 06/27/2020) |
| 07/02/2020 | 31 | Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 07/02/2020) |
| 07/02/2020 | 32 | Request for judicial notice *Defendants The X-Law Group, P.C. and Filippo Marchinos Request for Judicial Notice in Support of Motion to Dismiss; Memorandum of Points and Authorities (with Exhibits 1, 2, 3, 4, 5 and 6) (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)31 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)*). (Ramlo, Kurt) (Entered: 07/02/2020) |
| 07/02/2020 | 33 | Hearing Set (RE: related document(s)31 Motion to Dismiss Adversary Proceeding filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) The Hearing date is set for **8/4/2020 at 01:30 PM** at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Le, James) (Entered: 07/06/2020) |
| 07/07/2020 | 34 | Hearing Continued: OFF CALENDAR: ORDER CONTINUING HEARING TO AUGUST 4, 2020 AT 1:30 PM ENTERED ON 6/25/20. (RE: related document(s)1 Complaint filed by Plaintiff Richard A. Marshack) (Le, James) (Entered: 07/08/2020) |
| 07/07/2020 | 35 | Hearing Continued: OFF CALENDAR: ORDER CONTINUING HEARING TO AUGUST 4, 2020 AT 1:30 PM ENTERED ON 6/25/20. (RE: related document(s)5 Generic Motion filed by Plaintiff Richard A. Marshack) (Le, James) (Entered: 07/08/2020) |
| 07/13/2020 | 36 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marchino, Filippo. (Marchino, Filippo) (Entered: 07/13/2020) |
| 07/15/2020 | 37 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Marchino, Filippo. (Marchino, Filippo) (Entered: 07/15/2020) |
| 07/22/2020 | 38 | Stipulation By Richard A. Marshack and *Defendants The X-Law Group, PC, and Filippo Marchino to Continue (1) Status Conference, (2) Motion for Preliminary Injunction, (3) Motion for Stay, and (4) Motion to Dismiss [Docket Nos. 2, 4, 5, And 31]* Filed by Plaintiff Richard A. Marshack (Reitman, John) (Entered: 07/22/2020) |
| 07/31/2020 | 39 | In accordance with the Administrative Order 20-07 dated 7/15/20, this case is hereby reassigned from Judge Catherine E. Bauer to Judge Scott C Clarkson. (Le, James) (Entered: 07/31/2020) |

EXHIBIT "1"

Page 15

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2020 | 40 | Order Approving Stipulation To Continue (1) Status Conference, (2) Motion For Preliminary Injunction, (3) Motion For Stay, And (4) Motion To Dismiss [Docket Nos. 2 , 4 , 5 , And 31 .IT IS ORDERED: The Status Conference And The Hearings On The Plaintiff's Motion For Preliminary Injunction [Docket No. 4 , The Plaintiff's Motion For Temporary Stay Of Declaratory Relief Claims [Docket No. 5 , And The Attorney Defendants' Motion To Dismiss [Docket No. 31 (The "Motions", Are Continued To September 3, 202 (The "Continued Hearing Date"), At 10:00 A.M. In Front Of Judge Clarkson, Courtroom 5C. The Hearings Will Be Held Virtually, via ZoomGov, With The Accessibility Information Posted Into The Court's Tentative Rulings By No Later Than Two Days Prior To The Hearing. The Deadline For Filing Oppositions To The Motions Is Extended To Two Weeks Before The Continued Hearing Date. The Deadline For Filing Replies In Support Of The Motions Is Extended To One Week Before the Continued Hearing Date. (BNC-PDF) (Related Doc # 38 ) Signed on 7/31/2020 (Bolte, Nickie) (Entered: 07/31/2020) |
| 08/02/2020 | 41 | BNC Certificate of Notice - PDF Document. (RE: related document(s)40 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 0. Notice Date 08/02/2020. (Admin.) (Entered: 08/02/2020) |
| 08/03/2020 | 42 | Amended Order RE: Approval Of Stipulation To Continue (1) Status Conference, (2) Motion For Preliminary Injunction, (3) Motion For Stay, And (4) Motion To Dismiss [Docket Nos. 2, 4, 5, And 31. IT IS ORDERED: The Status Conference And The Hearings On The Plaintiff's Motion For Preliminary Injunction [Docket No. 4, The Plaintiff's Motion For Temporary Stay Of Declaratory Relief Claims [Docket No. 5, And The Attorney Defendants' Motion To Dismiss [Docket No. 31 (The "Motions"), Are Continued To September 10, 2020 (The "Continued Hearing Date"), At 10:00 A.M. In Front Of Judge Clarkson, Courtroom 5C. The Hearings Will Be Held Virtually, via ZoomGov, With The Accessibility Information Posted Into The Court's Tentative Rulings By No Later Than Two Days Prior To The Hearing. The Deadline For Filing Oppositions To The Motions Is Extended To Two Weeks Before The Continued Hearing Date. The Deadline For Filing Replies In Support Of The Motions Is Extended To One Week Before the Continued Hearing Date.(BNC-PDF) Signed on 8/3/2020 (RE: related document(s)40 ORDER to continue/reschedule hearing (BNC-PDF)). (Bolte, Nickie) (Entered: 08/03/2020) |
| 08/05/2020 | 43 | BNC Certificate of Notice - PDF Document. (RE: related document(s)42 Amended Order (BNC-PDF)) No. of Notices: 0. Notice Date 08/05/2020. (Admin.) (Entered: 08/05/2020) |
| 09/03/2020 | 44 | Hearing Continued On Motion (RE: related document(s)31 Motion to Dismiss Adversary Proceeding filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) HEARING ON MOTION CONTINUED TO SEPTEMBER 10, 2020 AT 10:00 A.M. PER AMENDED ORDER RE: APPROVAL OF STIPULATION ENTERED 8-3-2020 [DOCKET NO. 42]. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/03/2020 | 45 | Hearing Continued On Motion (RE: related document(s)4 Motion for Preliminary Injunction filed by Plaintiff Richard A. Marshack) HEARING ON MOTION CONTINUED TO SEPTEMBER 10, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 02701 PER AMENDED ORDER RE: APPROVAL OF STIPULATION ENTERED 8-3-2020 [DOCKET NO. 42]. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/03/2020 | 46 | Hearing Continued On Status Conference (RE: related document(s)1 Complaint For Preliminary Injunction, Declaratory Judgment, And Further Relief filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE HEARING CONTINUED TO SEPTEMBER 10, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER AMENDED ORDER RE: APPROVAL OF STIPULATION ENTERED 8-3-2020 [DOCKET NO. 42]. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/03/2020 | 48 | Hearing Continued On Motion (RE: related document(s)5 Motion For Temporary Stay Of Declaratory Relief Claims filed by Plaintiff Richard A. Marshack) - HEARING ON MOTION CONTINUED TO SEPTEMBER 10, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER AMENDED ORDER RE: APPROVAL OF STIPULATION ENTERED 8-3-2020 [DOCKET NO. 42] The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/03/2020 |  | Hearing Held On Motion (RE: related document [25] Motion for relief from stay [Action In Non-Bankruptcy Forum] RE: Case Name: Haight v. Scott Taylor, Patricia Taylor, & All Unknown Occupants; Docket Number: 30-2020-01124897; Pending In: Orange County Superior Court, Central Justice Center - filed by Dan Haight) - MOTION GRANTED BY DEFAULT PURSUANT TO SECTION 362(d)(1) - DENY ANNULMENT AND 180 DAY RELIEF - (Bolte, Nickie) |

EXHIBIT "1"

Page 16

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document      Page 20 of 63

7/10/23, 5:42 PM          8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2020 | 49 | Hearing Held On Motion (RE: related document 25 Motion for relief from stay [Action In Non-Bankruptcy Forum] RE: Case Name: Haight v. Scott Taylor, Patricia Taylor, & All Unknown Occupants; Docket Number: 30-2020-01124897; Pending In: Orange County Superior Court, Central Justice Center - filed by Dan Haight) - MOTION GRANTED BY DEFAULT PURSUANT TO SECTION 362(d)(1) - DENY ANNULMENT AND 180 DAY RELIEF - (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/09/2020 | 47 | Stipulation By Richard A. Marshack and *The X-Law Group, and Filippo Marchino with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 09/09/2020) |
| 09/09/2020 | 50 | Order Approving Stipulation To (1) Dismiss Motion For Preliminary Injunction And For Stay (Docket Nos. 4 , 5 ); (2) Continue Hearing On Motion To Dismiss (Docket No. 31 ); And (3) Continue Status Conference. IT IS ORDERED: The Motion For Preliminary Injunction And Motion For Temporary Stay, Currently Scheduled For Hearing On **September 20, 2020, At 10:00 A.M.**, Are Dismissed Without Prejudice And Taken Off-Calendar. The Hearing On The Attorney Defendants' Motion To Dismiss Is Continued To **October 7, 2020, At 11:00 A.M.**. The Status Conference Is Continued To **October 7, 2020 At 11:00 A.M.** (BNC-PDF) (Related Doc # 47 ) Signed on 9/9/2020 (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/09/2020 | 51 | AMENDED ORDER Approving Stipulation To (1) Dismiss Motion For Preliminary Injunction And For Stay (Docket Nos. 4 , 5 ); (2) Continue Hearing On Motion To Dismiss (Docket No. 31 ); And (3) Continue Status Conference. IT IS ORDERED: The Motion For Preliminary Injunction And Motion For Temporary Stay, Currently Scheduled For Hearing On **September 10, 2020, At 10:00 A.M.**, Are Dismissed Without Prejudice And Taken Off-Calendar. The Hearing On The Attorney Defendants' Motion To Dismiss Is Continued To **October 7, 2020, At 11:00 A.M.**. The Status Conference Is Continued To **October 7, 2020 At 11:00 A.M.** (BNC-PDF) (Related Doc # 50 ) Signed on 9/9/2020 (Bolte, Nickie) (Entered: 09/09/2020) |
| 09/10/2020 | 52 | Request for Removal from Courtesy Notice of Electronic Filing (NEF) Filed by Rieder, Monica. (Rieder, Monica) (Entered: 09/10/2020) |
| 09/10/2020 | 53 | Hearing Continued (RE: related document(s)1 Complaint For Preliminary Injunction, Declaratory Judgment, And Further Relief filed by Plaintiff Richard A. Marshack) CONTINUED TO OCTOBER 7, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER AMENDED ORDER APPROVING STIPULATION ENTERED 9-9-2020 - (DOCKET NO. 51) The case judge is Scott C Clarkson (Bolte, Nickie). Modified on 9/11/2020 (Bolte, Nickie). (Entered: 09/11/2020) |
| 09/10/2020 | 54 | Hearing Held On Motion (RE: related document(s)5 Motion For Temporary Stay Of Declaratory Relief Claims filed by Plaintiff Richard A. Marshack) OFF CALENDAR - PER AMENDED ORDER APPROVING STIPULATION ENTERED 9-9-2020 - (DOCKET NO. 51) (Bolte, Nickie) (Entered: 09/11/2020) |
| 09/10/2020 | 55 | Hearing Held On Motion (RE: related document(s)4 Motion for Preliminary Injunction filed by Plaintiff Richard A. Marshack) OFF CALENDAR - PER AMENDED ORDER APPROVING STIPULATION ENTERED 9-9-2020 - (DOCKET NO. 51) (Bolte, Nickie) (Entered: 09/11/2020) |
| 09/10/2020 | 56 | Hearing Continued On Motion (RE: related document(s)31 Motion to Dismiss filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) CONTINUED TO OCTOBER 7, 2020 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER AMENDED ORDER APPROVING STIPULATION ENTERED 9-9-2020 - (DOCKET NO. 51) . The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/11/2020) |
| 09/11/2020 | 57 | BNC Certificate of Notice - PDF Document. (RE: related document(s)50 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 09/11/2020. (Admin.) (Entered: 09/11/2020) |
| 09/11/2020 | 58 | BNC Certificate of Notice - PDF Document. (RE: related document(s)51 Amended Order (BNC-PDF)) No. of Notices: 0. Notice Date 09/11/2020. (Admin.) (Entered: 09/11/2020) |
| 09/16/2020 | 59 | Motion to Amend (related document(s)1 Complaint) *Notice of Motion and Motion to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) - Warning: See docket entry no.: 61 for corrections - Modified on 9/17/2020 (Bolte, Nickie). (Entered: 09/16/2020) |

EXHIBIT "1"

Page 17

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 21 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2020 | 60 | Motion to Expunge. *Notice of Motion and Motion to Strike Plaintiff Richard A. Marshacks Liens; Memorandum of Points and Authorities Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Attachments: # 1 Affidavit Declaration of Elba Hernandez # 2 Affidavit Declaration of Sandy Le # 3 Affidavit Declaration of Filippo Marchino # 4 Affidavit Declaration of Kurt Ramlo) (Ramlo, Kurt) - Warning: See docket entry no.: 63 for corrections - Modified on 9/17/2020 (Bolte, Nickie). (Entered: 09/16/2020)* |
| 09/16/2020 | 62 | Hearing Set (RE: related document(s)59 Motion To Amend Complaint filed by Plaintiff Richard A. Marshack) The Hearing date is set for **10/21/2020 at 10:00 AM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/17/2020) |
| 09/16/2020 | 64 | Hearing Set (RE: related document(s)60 Motion To Strike Plaintiff Richard A. Marshack's Liens filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) The Hearing date is set for **10/21/2020 at 10:00 AM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 09/17/2020) |
| 09/17/2020 | 61 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. DATE AND TIME SELECT WAS A RIVERSIDE DATE THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: OCTOBER 21, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)59 Motion to Amend filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 09/17/2020) |
| 09/17/2020 | 63 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. Date and time is no longer available. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: OCTOBER 21, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)60 Motion to Expunge filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Bolte, Nickie) (Entered: 09/17/2020) |
| 09/17/2020 | 65 | Notice of Hearing *Amended Notice of Hearing on Motion to Strike Plaintiff Richard A. Marshacks Liens (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)60 Motion to Expunge. *Notice of Motion and Motion to Strike Plaintiff Richard A. Marshacks Liens; Memorandum of Points and Authorities Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Attachments: # 1 Affidavit Declaration of Elba Hernandez # 2 Affidavit Declaration of Sandy Le # 3 Affidavit Declaration of Filippo Marchino # 4 Affidavit Declaration of Kurt Ramlo) (Ramlo, Kurt) - Warning: See docket entry no.: 63 for corrections - Modified on 9/17/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Ramlo, Kurt) (Entered: 09/17/2020)* |
| 09/18/2020 | 66 | Notice of Hearing *Amended Notice of Plaintiff's Motion for Leave to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)59 Motion to Amend (related document(s)1 Complaint) *Notice of Motion and Motion to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) - Warning: See docket entry no.: 61 for corrections - Modified on 9/17/2020. filed by Plaintiff Richard A. Marshack). (Hays, D) (Entered: 09/18/2020) |
| 09/23/2020 | 67 | Declaration re: *Supplemental Declaration of Filippo Marchino in Support of Defendants Motion to Strike Plaintiff Richard A. Marshacks Liens (with Exhibits 18, 19 and 20) (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, |

EXHIBIT "1"
Page 18

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 22 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | PC, a professional corporation (RE: related document(s)60 Motion to Expunge. *Notice of Motion and Motion to Strike Plaintiff Richard A. Marshacks Liens; Memorandum of Points and Authorities*). (Ramlo, Kurt) (Entered: 09/23/2020) |
| 09/23/2020 | **68** | Opposition to (related document(s): 31 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) *with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 09/23/2020) |
| 09/24/2020 | **69** | Status report *Joint Status Report with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Hays, D) - Warning: See docket entry no.: 70 for corrections - Modified on 9/24/2020 (Bolte, Nickie). (Entered: 09/24/2020) |
| 09/24/2020 | 70 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)69 Status report filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 09/24/2020) |
| 09/24/2020 | **71** | Status report *Joint Status Report with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Hays, D) (Entered: 09/24/2020) |
| 09/30/2020 | **72** | Reply to (related document(s): 31 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, 68 Opposition filed by Plaintiff Richard A. Marshack) / *Reply in Support of Motion to Dismiss* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 09/30/2020) |
| 09/30/2020 | **73** | Request for judicial notice / *Defendants The X-Law Group, P.C. and Filippo Marchino's Request for Judicial Notice in Support of Reply in Support of Motion to Dismiss* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)72 Reply). (Ramlo, Kurt) (Entered: 09/30/2020) |
| 09/30/2020 | **74** | Declaration re: - *Declaration of Kurt Ramlo in Support of Reply in Support of Motion to Dismiss* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)72 Reply). (Ramlo, Kurt) (Entered: 09/30/2020) |
| 09/30/2020 | **75** | Objection (related document(s): 68 Opposition filed by Plaintiff Richard A. Marshack) *Defendants Evidentiary Objections to Declaration of Richard L. Kellner* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 09/30/2020) |
| 10/01/2020 | **76** | Supplemental *Supplement to Motion for Leave to Amend Complaint with Proof of Service [LINKED TO DOCKET NO. 59]* Filed by Plaintiff Richard A. Marshack. (Hays, D) (Entered: 10/01/2020) |
| 10/07/2020 | **77** | Opposition to (related document(s): 59 Motion to Amend (related document(s)1 Complaint) *Notice of Motion and Motion to Amend Complaint with Proof of Service* filed by Plaintiff Richard A. Marshack) *Opposition to Motion to Amend Complaint (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 10/07/2020) |
| 10/07/2020 | **78** | Declaration re: *Declaration of Kurt Ramlo in Support of Opposition to Motion to Amend Complaint (with Exhibit 1) (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)77 Opposition). (Ramlo, Kurt) (Entered: 10/07/2020) |
| 10/07/2020 | **79** | Request for judicial notice *Defendants The X-Law Group, P.C. and Filippo Marchinos Request for Judicial Notice in Support of Opposition to Motion to Amend Complaint (with Exhibit 1) (with proof of service)* Filed by Defendants Filippo Marchino, The |

EXHIBIT "1"
Page 19

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document    Page 23 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | X-Law Group, PC, a professional corporation (RE: related document(s)77 Opposition). (Ramlo, Kurt) (Entered: 10/07/2020) |
| 10/07/2020 | 80 | Hearing Continued On Motion (RE: related document(s)31 Motion to Dismiss Adversary Proceeding filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) - HEARING CONTINUED ON MOTION TO OCTOBER 21, 2021 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie)CONTINUED HEARING DATE IS: OCTOBER 21, 2020 AT 10:00 A.M. Modified on 10/13/2020 (Steinberg, Elizabeth). (Entered: 10/08/2020) |
| 10/07/2020 | 81 | Hearing Continued on Status Conference (RE: related document(s)1 Complaint For Preliminary Injunction, Declaratory Judgment, And Further Relieffiled by Plaintiff Richard A. Marshack). STATUS CONFERENCE HEARING CONTINUED TO OCTOBER 21, 2020 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) CONTINUED HEARING DATE IS: OCTOBER 21, 2020 AT 10:00 A.M. Modified on 10/13/2020 (Steinberg, Elizabeth). (Entered: 10/08/2020) |
| 10/14/2020 | 82 | Reply to (related document(s): 77 Opposition filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) *Reply to Defendants' Opposition to Trustee's Motion for Leave to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 10/14/2020) |
| 10/21/2020 | 83 | Transcript Order Form, regarding Hearing Date **10/21/20** Filed by Defendant Filippo Marchino. (Marchino, Filippo) Warning: See docket entry no: 85 for corrective action. Modified on 10/22/2020 (Daniels, Sally). (Entered: 10/21/2020) |
| 10/21/2020 | 88 | Hearing Held On Motion (RE: related document(s)59 Motion To Amend Complaint filed by Plaintiff Richard A. Marshack) - MOTION GRANTED - AMENDED COMPLAINT DUE **10/23/2020**. RESPONSIVE PLEADING DUE 14 DAYS THEREAFTER. (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/21/2020 | 89 | Hearing Held On Motion (RE: related document(s)60 Motion To Strike Plaintiff Richard A. Marshack's Liens filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) - MOTION FILED - (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/21/2020 | 90 | Hearing Held On Motion (RE: related document(s)31 Motion To Dismiss filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino) - MOTION DENIED (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/21/2020 | 91 | Hearing Continued On Status Conference (RE: related document(s)1 Complaint Complaint For Preliminary Injunction, Declaratory Judgment, And Further Relief filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE HEARING CONTINUED TO JANUARY 20, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 10/26/2020) |
| 10/22/2020 | 84 | Notice of lodgment *Order Striking Plaintiff Richard A. Marshacks Liens (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)60 Motion to Expunge. *Notice of Motion and Motion to Strike Plaintiff Richard A. Marshacks Liens; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Attachments: # 1 Affidavit Declaration of Elba Hernandez # 2 Affidavit Declaration of Sandy Le # 3 Affidavit Declaration of Filippo Marchino # 4 Affidavit Declaration of Kurt Ramlo) (Ramlo, Kurt) - Warning: See docket entry no.: 63 for corrections - Modified on 9/17/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Ramlo, Kurt) (Entered: 10/22/2020) |

EXHIBIT "1"
Page 20

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document    Page 24 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2020 | 85 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. The document was filed unflattened. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)83 Transcript Order Form (Public Request) filed by Defendant Filippo Marchino) (Daniels, Sally) (Entered: 10/22/2020) |
| 10/22/2020 | 86 | Notice of lodgment *of Order Striking Plaintiff Chapter 7 Trustee's Liens (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)60 Motion to Expunge. *Notice of Motion and Motion to Strike Plaintiff Richard A. Marshacks Liens; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Attachments: # 1 Affidavit Declaration of Elba Hernandez # 2 Affidavit Declaration of Sandy Le # 3 Affidavit Declaration of Filippo Marchino # 4 Affidavit Declaration of Kurt Ramlo) (Ramlo, Kurt) - Warning: See docket entry no.: 63 for corrections - Modified on 9/17/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Ramlo, Kurt) (Entered: 10/22/2020) |
| 10/23/2020 | 87 | Transcript Order Form, regarding Hearing Date 10/21/20 Filed by Defendant Filippo Marchino. (Marchino, Filippo) (Entered: 10/23/2020) |
| 10/26/2020 | 92 | Amended Complaint *for Preliminary Injunction; Declaratory Judgment, Tortious Interference with Contractual Relations; Intentional Interference with Prospective Economic Advantage; Violation of the Automatic Stay; and Further Relief* by Richard L Kellner on behalf of Richard A. Marshack against Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company. (Kellner, Richard) (Entered: 10/26/2020) |
| 10/27/2020 | 93 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 20-SC-15. RE Hearing Date: 10/21/20, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)87 Transcript Order Form (Public Request) filed by Defendant Filippo Marchino) (Daniels, Sally) (Entered: 10/27/2020) |
| 10/29/2020 | 94 | Order Striking Plaintiff Chapter 7 Trustee's Liens. IT IS ORDERED: The Purported Liens In The Cases Of Ramirez v. City Of Pasadena, Los Angeles County Superior Court Number BC664114, Young Blue LLC v. Herron, Los Angeles County Superior Court Number BC693618, And Le v. Saldivar, Los Angeles County Superior Court Number BC691517 (Collectively, The "State Court Actions"), On Behalf Of Eagan Avenatti, LLP, Which Became Property Of The Bankruptcy Estate Of Eagan Avenatti, LLP And Subject To The Administration Of Richard A. Marshack, The Chapter 7 Trustee For The Bankruptcy Estate Of Egan Avenatti, LLP (The "Chapter 7 Trustee"), Are Hereby Stricken In Their Entirety. (SEE ORDER FOR FURTHER RULING) (Related Doc # 60 ) Signed on 10/29/2020 (Bolte, Nickie) (Entered: 10/29/2020) |
| 11/12/2020 | 95 | Transcript regarding Hearing Held 10/21/20 RE: MOTION TO AMEND COMPLAINT. Remote electronic access to the transcript is restricted until 02/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 11/19/2020. Redaction Request Due By 12/3/2020. Redacted Transcript Submission Due By 12/14/2020. Transcript access will be restricted through 02/10/2021. (Steinhauer, Holly) (Entered: 11/12/2020) |
| 11/13/2020 | 96 | Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 99 Modified on 11/16/2020 (Steinberg, Elizabeth). (Entered: 11/13/2020) |

EXHIBIT "1"
Page 21

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2020 | 97 | Request for judicial notice *Defendants Request for Judicial Notice in Support of Special Motion to Strike and Motion to Dismiss* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities*). (Ramlo, Kurt) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 99 Modified on 11/16/2020 (Steinberg, Elizabeth). (Entered: 11/13/2020) |
| 11/13/2020 | 98 | Hearing Set (RE: related document(s)96 Motion to Dismiss Adversary Proceeding filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) The Hearing date is set for **1/20/2021 at 01:30 PM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Steinberg, Elizabeth) (Entered: 11/16/2020) |
| 11/16/2020 | 99 | Notice to Filer of Error and/or Deficient Document **Incorrect Judge's Initials on PDF(s) attached to the docket entry. THE FILER IS INSTRUCTED TO FILE AN ERRATA TO CORRECT JUDGE'S INITIALS IMMEDIATELY.** (RE: related document(s)96 Motion to Dismiss Adversary Proceeding filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 97 Request for judicial notice filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Steinberg, Elizabeth) (Entered: 11/16/2020) |
| 11/17/2020 | 100 | Errata *Amended Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities*). (Ramlo, Kurt) (Entered: 11/17/2020) |
| 11/17/2020 | 101 | Errata *Defendants Amended Request for Judicial Notice in Support of Special Motion to Strike and Motion to Dismiss (with Exhibits 1, 2 and 3) (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)97 Request for judicial notice). (Ramlo, Kurt) (Entered: 11/17/2020) |
| 12/29/2020 | 102 | Motion to Amend (related document(s)1 Complaint, 92 Amended Complaint) *Notice of Motion and Second Motion to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) WARNING: Item subsequently amended by docket entry no: 103 Modified on 12/30/2020 (Mccall, Audrey). (Entered: 12/29/2020) |
| 12/29/2020 | 114 | Hearing Set (RE: related document(s)102 Second Motion To Amend Complaint filed by Plaintiff Richard A. Marshack) The Hearing date is set for **1/20/2021 at 01:30 PM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/11/2021) |
| 12/30/2020 | 103 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date year was selected (2020). THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION (2021).** (RE: related document(s)102 Motion to Amend filed by Plaintiff Richard A. Marshack) (Mccall, Audrey) (Entered: 12/30/2020) |
| 12/30/2020 | 104 | Notice *Amended Notice of Motion on Second Motion to Amend Complaint to Correct the Year of the Hearing Only with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)102 Motion to Amend (related document(s)1 Complaint, 92 Amended Complaint) *Notice of Motion and Second Motion to Amend Complaint with Proof of Service* Filed by |

EXHIBIT "1"

Page 22

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document    Page 26 of 63

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | Plaintiff Richard A. Marshack (Hays, D) WARNING: Item subsequently amended by docket entry no: 103 Modified on 12/30/2020. filed by Plaintiff Richard A. Marshack). (Hays, D) (Entered: 12/30/2020) |
| 12/30/2020 | **105** | Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Attachments: # 1 Affidavit Declaration of Filippo Marchino # 2 Affidavit Declaration of Thomas Gray # 3 Affidavit Declaration of Kurt Ramlo # 4 Affidavit Proof of Service (by mail on December 8, 2020) # 5 Affidavit Proof of Service (by NEF on **December 30, 2020**)) (Ramlo, Kurt) (Entered: 12/30/2020) |
| 12/30/2020 | **106** | Supplemental *Defendants Supplement to Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company. (Ramlo, Kurt) (Entered: 12/30/2020) |
| 12/30/2020 | 108 | Hearing Set (RE: related document(s)105 Motion for Sanctions, filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). The Hearing date is set for **1/20/2021 at 01:30 PM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Duarte, Tina) (Entered: 12/31/2020) |
| 12/31/2020 | **107** | Answer to Complaint Filed by Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Young Blue LLC, a limited liability company. (Attachments: # 1 Affidavit Proof Of Service Document)(Marchino, Filippo) (Entered: 12/31/2020) |
| 01/06/2021 | **109** | Opposition to (related document(s): 96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 01/06/2021) |
| 01/06/2021 | **110** | Opposition to (related document(s): 105 Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 106 Supplemental filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 01/06/2021) |
| 01/06/2021 | **111** | Opposition to (related document(s): 102 Motion to Amend (related document(s)1 Complaint, 92 Amended Complaint) *Notice of Motion and Second Motion to Amend Complaint with Proof of Service* filed by Plaintiff Richard A. Marshack) *Opposition to Second Motion to Amend Complaint; Declaration of Filippo Marchino* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) (Entered: 01/06/2021) |
| 01/07/2021 | **112** | Status report *Joint Status Report with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Hays, D) (Entered: 01/07/2021) |
| 01/07/2021 | **113** | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mang, Tinho. (Mang, Tinho) (Entered: 01/07/2021) |

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document    Page 27 of 63

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2021 | **115** | Reply to (related document(s): 111 Opposition filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *Reply to Defendant's Opposition to Trustee's Motion for Leave to Amend Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 01/12/2021) |
| 01/13/2021 | **116** | Reply to (related document(s): 96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 109 Opposition filed by Plaintiff Richard A. Marshack) *Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) (Entered: 01/13/2021) |
| 01/14/2021 | **117** | Reply to (related document(s): 105 Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 110 Opposition filed by Plaintiff Richard A. Marshack) *Defendants Reply in Support of Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | **118** | Declaration re: *Declaration of Filippo Marchino in Support of Defendants Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss and Defendants Reply in Support of Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)116 Reply, 117 Reply). (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | **119** | Request for judicial notice *Defendants Request for Judicial Notice in Support of Defendants Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss and Defendants Reply in Support of Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)116 Reply, 117 Reply). (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | **120** | Declaration re: *Declarations of Thomas E. Gray, Carlos X. Colorado, and Kurt Ramlo in Support of Reply in Support of Defendants Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)117 Reply). (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | **121** | Objection (related document(s): 96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 109 Opposition filed by Plaintiff Richard A. Marshack) *Defendants Evidentiary Objections to the Kellner Declaration Filed in Support of Plaintiffs Opposition to Defendants Motion to Dismiss and Special Motion to Strike* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) (Entered: 01/14/2021) |

EXHIBIT "1"
Page 24

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 28 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | 122 | Objection (related document(s): 105 Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 110 Opposition filed by Plaintiff Richard A. Marshack) *Defendants Evidentiary Objections to the Kellner Declaration Filed in Support of Plaintiffs Opposition to Defendants Motion for Sanctions* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | 123 | Reply to (related document(s): 116 Reply filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *Tables of Contents and Authorities for Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | 124 | Reply to (related document(s): 117 Reply filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *Tables of Contents and Authorities for Defendants Reply in Support of Motion for Sanctions (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | 125 | Proof of service of *Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)116 Reply). (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/14/2021 | 126 | Proof of service *Defendants Reply in Support of Motion for Sanctions (117); Defendants Request for Judicial Notice in Support of Defendants Reply in Support of Defendants Special Motion to Strike and Motion to Dismiss and Defendants Reply in Support of Motion for Sanctions (119); Declarations of Filippo Marchino, Thomas E. Gray, Carlos X. Colorado, and Kurt Ramlo in Support of Reply in Support of Defendants Motion for Sanctions (120); Defendants Evidentiary Objections to the Kellner Declaration Filed in Support of Plaintiffs Opposition to Defendants Motion to Dismiss and Special Motion to Strike (121); and Defendants Evidentiary Objections to the Kellner Declaration Filed in Support of Plaintiffs Opposition to Defendants Motion for Sanctions (122)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)117 Reply, 118 Declaration, 119 Request for judicial notice, 120 Declaration, 121 Objection, 122 Objection). (Ramlo, Kurt) (Entered: 01/14/2021) |
| 01/20/2021 | 127 | Reply to (related document(s): 100 Errata filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 105 Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) *Citation of Supplemental Authority in Support of Defendants (1) Special Motion to Strike and Motion to Dismiss and (2) Motion for Sanctions (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 01/20/2021) |
| 01/20/2021 | 132 | Hearing Held On Motion (RE: related document(s)96 Special Motion To Strike And Motion To Dismiss filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) - MOTION DENIED (Bolte, Nickie) (Entered: 01/25/2021) |

EXHIBIT "1"
Page 25

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document      Page 29 of 63

7/10/23, 5:42 PM                   8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | 133 | Hearing Held On Motion (RE: related document(s)105 Motion for Sanctions filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) - MOTION DENIED - (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/20/2021 | 134 | Hearing Held On Motion (RE: related document(s)102 Second Motion To Amend Complaint filed by Plaintiff Richard A. Marshack) - MOTION GRANTED - (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/20/2021 | 135 | Hearing Continued On Status Conference (RE: related document(s)1 Amended Complaint For Preliminary Injunction, Declaratory Judgment, Tortious Interference With Contractual Relations; Intentional Interference With Prospective Economic Advantage; Violation Of The Automatic Stay; And Further Relief filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE HEARING CONTINUED TO APRIL 7, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT DUE FOURTEEN (14) DAYS IN ADVANCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/25/2021) |
| 01/21/2021 | 128 | Transcript Order Form, regarding Hearing Date 01/20/21 Filed by Defendant The X-Law Group, PC, a professional corporation. (Marchino, Filippo) (Entered: 01/21/2021) |
| 01/21/2021 | 129 | Order Setting Rule 16 Pretrial Conference. IT IS ORDERED: The Court Does Now Set For Hearing A Pretrial Conference For February 17, 2021 At 1:30 P.M. The Hearing Will Take Place Using Zoom For Government, A Free Service That Provides Audioconference And Videoconference Capabilities. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # doc ) Signed on 1/21/2021 (Bolte, Nickie) (Entered: 01/21/2021) |
| 01/21/2021 | 130 | Hearing Set (RE: related document [129] Order Setting Rule 16 Pretrial Conference.) Pre-Trial Conference set for 2/17/2021 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/21/2021) |
| 01/23/2021 | 131 | BNC Certificate of Notice - PDF Document. (RE: related document(s)129 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 01/23/2021. (Admin.) (Entered: 01/23/2021) |
| 01/26/2021 | 136 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-SC-02. RE Hearing Date: 1/20/21, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)128 Transcript Order Form (Public Request) filed by Defendant The X-Law Group, PC, a professional corporation) (Daniels, Sally) (Entered: 01/26/2021) |
| 01/28/2021 | 137 | Notice of lodgment *with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities*). (Hays, D) (Entered: 01/28/2021) |
| 01/28/2021 | 138 | Notice of lodgment *with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)105 Motion For Sanctions/Disgorgement *Notice of Motion and Motion for Sanctions; Memorandum of Points and Authorities*). (Hays, D) (Entered: 01/28/2021) |
| 01/28/2021 | 139 | Notice of lodgment *with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)102 Motion to Amend (related document(s)1 Complaint, 92 Amended Complaint) *Notice of Motion and Second Motion to Amend Complaint with Proof of Service*). (Hays, D) (Entered: 01/28/2021) |
| 02/04/2021 | 140 | Objection (related document(s): 96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy |

EXHIBIT "1"
Page 26

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 30 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|

Le, individually and on behalf of Tina Ngan Le, decedent, 100 Errata filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 137 Notice of Lodgment filed by Plaintiff Richard A. Marshack. *Objection to Form of Order Lodged by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP Re: Defendants Special Motion to Strike and Motion to Dismiss (with Exhibits 1, 2 and 3) (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 02/04/2021)

| 02/04/2021 | **141** | Notice of lodgment of *Order Denying Defendants Special Motion to Strike and Motion to Dismiss (with proof of service)* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (Ramlo, Kurt) WARNING: DOCUMENT SUBSEQUENTLY AMENDED BY DOCKET ENTRY NUMBER 99 Modified on 11/16/2020. filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, 100 Errata *Amended Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)96 Motion to Dismiss Adversary Proceeding *Notice of Motion and Special Motion to Strike and Motion to Dismiss; Memorandum of Points and Authorities*). filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Ramlo, Kurt) (Entered: 02/04/2021) |
| 02/04/2021 | **142** | Order Granting Plaintiff's Motion For Leave To File Amended Complaint. IT IS ORDERED: That The Motion Is Granted And Plaintiff May File A Second Amended Complaint Within 21 Days After Entry Of This Order. Defendants' Responsive Pleadings Must Be Filed Within 21 Days After Filing Of Such Amended Complaint. (BNC-PDF) (RE: Related Doc # 102 ) Signed on 2/4/2021 (Bolte, Nickie) (Entered: 02/04/2021) |
| 02/04/2021 | **143** | Order Denying Defendants' Special Motion To Strike And Motion To Dismiss. IT IS ORDERED: That The Motion Is Denied In Its Entirety Including Defendants' Request For An Award Of Attorneys' Fees. (BNC-PDF) (Related Doc # 96) Signed on 2/4/2021. (Bolte, Nickie) (Entered: 02/04/2021) |
| 02/04/2021 | **144** | Order Denying Defendants' Motion For Sanctions In Its Entirety. (BNC-PDF) (Related Doc # 105) Signed on 2/4/2021. (Bolte, Nickie) (Entered: 02/04/2021) |
| 02/05/2021 | **145** | Order Granting Objection To Form Of Order Lodged By Richard A. Marshack, Chapter 7 Trustee For Eagan Avenatti, LLP RE: Defendants' Special Motion To Strike And Motion To Dismiss. IT IS ORDERED: The Court Noting That It Inadvertently Entered An Order On The Motion On 2/4/21 (Docket No. 143), Will Enter An Amended Order Concurrently Herewith. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 2/5/2021 (RE: related document(s)143 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)). (Bolte, Nickie) (Entered: 02/05/2021) |
| 02/05/2021 | **146** | Amended Order Denying Defendants' Special Motion To Strike And Motion To Dismiss. IT IS ORDERED: That The Motion Is Denied In Its Entirety Including Defendants' Request For An Award Of Attorneys' Fees. (BNC-PDF) (Related Doc # 143 ) Signed on 2/5/2021 (Bolte, Nickie) (Entered: 02/05/2021) |
| 02/06/2021 | **147** | BNC Certificate of Notice - PDF Document. (RE: related document(s)142 Order on Motion to Amend (BNC-PDF)) No. of Notices: 0. Notice Date 02/06/2021. (Admin.) (Entered: 02/06/2021) |

EXHIBIT "1"

Page 27

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2021 | **148** | BNC Certificate of Notice - PDF Document. (RE: related document(s)143 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 0. Notice Date 02/06/2021. (Admin.) (Entered: 02/06/2021) |
| 02/06/2021 | **149** | BNC Certificate of Notice - PDF Document. (RE: related document(s)144 Order on Motion For Sanctions/Disgorgement (BNC-PDF)) No. of Notices: 0. Notice Date 02/06/2021. (Admin.) (Entered: 02/06/2021) |
| 02/07/2021 | **150** | BNC Certificate of Notice - PDF Document. (RE: related document(s)145 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 02/07/2021. (Admin.) (Entered: 02/07/2021) |
| 02/07/2021 | **151** | BNC Certificate of Notice - PDF Document. (RE: related document(s)146 Amended Order (BNC-PDF)) No. of Notices: 0. Notice Date 02/07/2021. (Admin.) (Entered: 02/07/2021) |
| 02/08/2021 | **152** | Status report *Joint Status Report with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)1 Complaint). (Hays, D) (Entered: 02/08/2021) |
| 02/15/2021 | **153** | Transcript regarding Hearing Held 01/20/21 RE: SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS. Remote electronic access to the transcript is restricted until 05/17/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 2/22/2021. Redaction Request Due By 03/8/2021. Redacted Transcript Submission Due By 03/18/2021. Transcript access will be restricted through 05/17/2021. (Steinhauer, Holly) (Entered: 02/15/2021) |
| 02/17/2021 | **154** | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) *Notice of Appeal and Statement of Election; Certification and Notice of Interested Parties; Notice of Related Cases*. Fee Amount $298 Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)143 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF), 146 Amended Order (BNC-PDF)). Appellant Designation due by 03/3/2021. (Attachments: # 1 Order Denying Defendants' Special Motion to Strike and Motion to Dismiss # 2 Amended Order Denying Defendants' Special Motion to Strike and Motion to Dismiss # 3 Notice of Related Cases # 4 Certification and Notice of Interested Parties # 5 Proof of Service) (Ramlo, Kurt) (Entered: 02/17/2021) |
| 02/17/2021 | | Receipt of Notice of Appeal and Statement of Election (Official Form 417A)(8:20-ap-01086-SC) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number 52478520. Fee amount 298.00. (re: Doc# 154) (U.S. Treasury) (Entered: 02/17/2021) |
| 02/17/2021 | 159 | Hearing Continued On RULE 16 PRE-TRIAL CONFERENCE (RE: [ related document 129 Amended Complaint For Preliminary Injunction, Declaratory Judgment, Tortious Interference With Contractual Relations; Intentional Interference With Prospective Economic Advantage; Violation Of The Automatic Stay; And Further Relief - HEARING CONTINUED ON RULE 16 PRE-TRIAL CONFERENCE TO APRIL 7, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. THE HEARING WILL TAKE PLACE USING ZOOM FOR GOVERNMENT, A FREE SERVICE THAT PROVIDES AUDIOCONFERENCE AND VIDEOCONFERENCE CAPABILITIES. STATUS REPORT DUE FOURTEEN (14) DAYS PRIOR TO THE CONTINUED RULE 16 PRE-TRIAL CONFERENCE. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 02/25/2021) |
| 02/18/2021 | **155** | Order Setting Continued Rule 16 Pretrial Conference. IT IS ORDERED: A Continued Rule 16 Pretrial Conference Shall Be Scheduled For April 7, 2021, At 1:30 P.M. The Hearing Will Take Place Using Zoom For Government, A Free Service That Provides Audioconference And Videoconference Capabilities. Meeting Information May Be Obtained Via The Court's Tentative Rulings At Least Two Days Prior To The Hearing. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 2/18/2021. (Bolte, Nickie) (Entered: 02/18/2021) |

EXHIBIT "1"
Page 28

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document      Page 32 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2021 | **156** | Notice Of Referral Of Appeal To United States District Court With Certificate of Mailing (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (Bolte, Nickie) (Entered: 02/19/2021) |
| 02/20/2021 | **157** | BNC Certificate of Notice - PDF Document. (RE: related document(s)155 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 02/20/2021. (Admin.) (Entered: 02/20/2021) |
| 02/25/2021 | **158** | Assignment notice of USDC case/judge to appeal - RE: USDC Case No.: 8:21-cv-00336-ODW (filed at United States District Court on 2/24/2021) (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Bolte, Nickie) (Entered: 02/25/2021) |
| 02/25/2021 | **160** | Amended Complaint *Second Amended Complaint with Proof of Service* by D Edward Hays on behalf of Richard A. Marshack against Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation. (RE: related document(s)1 Adversary case 8:20-ap-01086. Complaint by Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP against The X-Law Group, PC, a professional corporation, Filippo Marchino, an individual, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Young Blue LLC, a limited liability company, Sandy Le, individually and on behalf of Tina Ngan Le, decedent. (Charge To Estate) $350.00. *Complaint for Preliminary Injunction, Declaratory Judgment, and Further Relief* Nature of Suit: (72 (Injunctive relief - other)),(91 (Declaratory judgment)) (Reitman, John) Modified on 5/19/2020. filed by Plaintiff Richard A. Marshack). (Hays, D) (Entered: 02/25/2021) |
| 03/02/2021 | **161** | Transcript Order Form, regarding Hearing Date 02/17/21 Filed by Defendant The X-Law Group, PC, a professional corporation. (Marchino, Filippo) (Entered: 03/02/2021) |
| 03/02/2021 | 162 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-SC-10. RE Hearing Date: 02/17/21, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)161 Transcript Order Form (Public Request) filed by Defendant The X-Law Group, PC, a professional corporation) (Daniels, Sally) (Entered: 03/02/2021) |
| 03/03/2021 | **163** | Statement of Issues on Appeal , Appellant Designation of Contents For Inclusion in Record On Appeal *(with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A)). Appellee designation due by **03/17/2021**. Transmission of Designation Due by **04/2/2021**. (Ramlo, Kurt) (Entered: 03/03/2021) |
| 03/03/2021 | **164** | Notice of transcripts *Notice of Transcript(s) Designated for an Appeal: Hearing Date(s): 1/20/2021 At 1:30 P.M. (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A)). (Ramlo, Kurt) Modified on 3/4/2021 (Bolte, Nickie). (Entered: 03/03/2021) |
| 03/18/2021 | **165** | Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, |

EXHIBIT "1"
Page 29

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document     Page 33 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|------------|---|-------------|
| | | deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) - Warning: See docket entry no.: 169 for corrections - Modified on 3/19/2021 (Bolte, Nickie). Modified on 3/19/2021 (Bolte, Nickie). (Entered: 03/18/2021) |
| 03/18/2021 | **166** | Declaration re: *Declaration of Filippo Marchino in Support of Motion to Dismiss* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities*). (Ramlo, Kurt) (Entered: 03/19/2021) |
| 03/18/2021 | 168 | Hearing Set (RE: related document(s)165 Motion To Dismiss filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) The Hearing date is set for **5/5/2021 at 01:30 PM** at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/19/2021) |
| 03/19/2021 | **167** | Request for judicial notice *Request for Judicial Notice in Support of Motion to Dismiss* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities*). (Ramlo, Kurt) (Entered: 03/19/2021) |
| 03/19/2021 | 169 | Notice to Filer of Error and/or Deficient Document **Incorrect Case Number Format. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE PROPER CASE NUMBER FORMAT, WHICH IS: 8:19-bk-13560-SC; AND 8:20-ap-01086-SC.** (RE: related document(s)163 Statement of Issues on Appeal filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Appellant Designation) (Bolte, Nickie) (Entered: 03/19/2021) |
| 03/19/2021 | **170** | Statement of Issues on Appeal *Notice of Errata and Amended Joint (1) Statement of Issues to Be Presented on Appeal; and (2) Designation of Record* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Sandy Le, individually and on behalf of Tina Ngan Le, decedent, Filippo Marchino, The X-Law Group, PC, a professional corporation, Young Blue LLC, a limited liability company (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A)). (Ramlo, Kurt) (Entered: 03/19/2021) |
| 03/19/2021 | **171** | Errata *Notice of Errata and Amended Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)160 Amended Complaint, 165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities*, 168 Hearing (Adv Motion) Set, 169 Notice to Filer of Error and/or Deficient Document). (Ramlo, Kurt) (Entered: 03/19/2021) |
| 03/19/2021 | **172** | Proof of service of: (1) Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (2) Declaration of Filippo Marchino in Support of Motion to Dismiss (3) Request for Judicial Notice in Support of Motion to Dismiss Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities*, 166 Declaration, 167 Request for judicial notice). (Ramlo, Kurt) (Entered: 03/19/2021) |
| 03/23/2021 | **173** | Transcript regarding Hearing Held 02/17/21 RE: RULE 16 PRE-TRIAL CONFERENCE. Remote electronic access to the transcript is restricted until **06/21/2021**. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By **3/30/2021**. Redaction Request Due By **04/13/2021**. Redacted Transcript Submission Due By **04/23/2021**. Transcript access will be restricted through **06/21/2021**. (Steinhauer, Holly) (Entered: 03/23/2021) |

EXHIBIT "1"
Page 30

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/24/2021 | **174** | Status report *Trustee's Status Report for Continued Rule 16 Conference with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s) 159 Hearing (Adv Other) Continued). (Hays, D) (Entered: 03/24/2021) |
| 03/25/2021 | **175** | Certificate Of Readiness And Completion Of Record On Appeal To United States District Court RE: USDC Case No. 8:21-cv-00336-ODW (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Bolte, Nickie) (Entered: 03/25/2021) |
| 03/25/2021 | **176** | Status report *Joint Status Report [LBR 7016-1(a)(2)]* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation, Plaintiff Richard A. Marshack (RE: related document(s)155 Order (Generic) (BNC-PDF), 159 Hearing (Adv Other) Continued). (Ramlo, Kurt) (Entered: 03/25/2021) |
| 03/25/2021 | **177** | Notice RE: Bankruptcy Record Complete - RE: Appeal - RE: USDC Case Number: 8:21-cv-00336-ODW (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent) (Bolte, Nickie) (Entered: 03/26/2021) |
| 04/01/2021 | **178** | Order Assigning Matter To Mediation Program, Appointing Mediator, And Setting Deadlines. THE COURT HEREBY ORDERS AS FOLLOWS: Leonard L. Gumport, Esq., (The "Mediator") Of The Gumport Law Firm, PC, 225 So. Lake Avenue, Suite 300, Pasadena, CA 91101-3009; (email: lqumport@gumportlaw.com), Telephone Number: (626) 432-7283, A Duly Qualified And Serving Mediator On The Court's Mediation Panel, Is Hereby Appointed Mediator For The Rule 26 And Rule 16 Matters Appearing In The Status Report, Including, But Not Limited To, The Issues Of Protective Orders Surrounding Rule 26 Document Production And All Other Future Discovery. A Status Conference To Monitor The Parties' Compliance With The Mediation Order Is Set For June 16, 2021, At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. A Joint Status Report, Which Shall Discuss The Results Of The Mediation, Shall Be Filed By No Later Than Fourteen Days Prior To The Hearing. (SEE ORDER FOR FURTHER RULING . (BNC-PDF) Signed on 4/1/2021. (Bolte, Nickie) (Entered: 04/01/2021) |
| 04/01/2021 | 179 | Hearing Set (RE: related document 178 Order Assigning Matter To Mediation Program, Appointing Mediator, And Setting Deadlines) Status Conference hearing to be held on 6/16/2021 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/01/2021) |
| 04/02/2021 | **180** | Notice *of Court Order Assigning Matter to Mediation Program, Appointing Mediator, and Setting Deadlines with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)178 Order Assigning Matter To Mediation Program, Appointing Mediator, And Setting Deadlines. THE COURT HEREBY ORDERS AS FOLLOWS: Leonard L. Gumport, Esq., (The "Mediator") Of The Gumport Law Firm, PC, 225 So. Lake Avenue, Suite 300, Pasadena, CA 91101-3009; (email: lqumport@gumportlaw.com), Telephone Number: (626) 432-7283, A Duly Qualified And Serving Mediator On The Court's Mediation Panel, Is Hereby Appointed Mediator For The Rule 26 And Rule 16 Matters Appearing In The Status Report, Including, But Not Limited To, The Issues Of Protective Orders Surrounding Rule 26 Document Production And All Other Future Discovery. A Status Conference To Monitor The Parties' Compliance With The Mediation Order Is Set For June 16, 2021, At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. A Joint Status Report, Which Shall Discuss The Results Of The Mediation, Shall Be Filed By No Later Than Fourteen Days Prior To The Hearing. (SEE ORDER FOR FURTHER RULING). (BNC-PDF) Signed on 4/1/2021.). (Hays, D) (Entered: 04/02/2021) |
| 04/03/2021 | **181** | BNC Certificate of Notice - PDF Document. (RE: related document(s)178 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 04/03/2021. (Admin.) (Entered: 04/03/2021) |

EXHIBIT "1"
Page 31

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2021 | 182 | Stipulation By Richard A. Marshack and *Defendants to Continue Rule 16 Conference due to Counsel's Scheduling Conflicts with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 04/06/2021) |
| 04/06/2021 | 183 | Order Approving Stipulation To Continue Rule 16 Conference Due To Counsel's Scheduling Conflicts. IT IS ORDERED: The 16 Conference Currently Set For **April 7, 2021 At 1:30 P.M.** Is Continued To Thursday, **April 15, 2021 At 1:30 P.M.** In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. No Appearance At The Originally Scheduled **April 7, 2021** Rule 16 Conference Is Required. (BNC-PDF) (Related Doc # 182 ) Signed on 4/6/2021 (Bolte, Nickie) (Entered: 04/06/2021) |
| 04/06/2021 | 184 | Notice of mediator's or alternate mediator's unavailability to serve in mediation matter *and Proof of Service* Filed by Mediator Leonard L Gumport. (Gumport, Leonard) (Entered: 04/06/2021) |
| 04/07/2021 | 188 | Hearing Continued On Status Conference (RE: related document 160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer) STATUS CONFERENCE HARING CONTINUED TO APRIL 15, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO CONTINUE RULE 16 CONFERENCE DUE TO COUNSEL'S SCHEDULING CONFLICTS ENTERED 4-6-2021 - (DOCKET NO. 183) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/13/2021) |
| 04/08/2021 | 185 | BNC Certificate of Notice - PDF Document. (RE: related document(s)183 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 0. Notice Date 04/08/2021. (Admin.) (Entered: 04/08/2021) |
| 04/09/2021 | 186 | Order Setting Procedure For Selection Of Alternate Mediator, And Partially Extending Deadlines. It Is Ordered: The Parties May Jointly Propose An Alternate Mediator, Provided That The Parties File With The Court A Notice Of Any Mutually Selected Alternate Mediator By No Later Than **April 13, 2021**. In The Event That The Parties Are Unable To Jointly Select An Alternate Mediator, the Court Shall Appoint An Alternate Mediator At The Rule 16 Conference Being Held On **April 15, 2021 At 1:30 P.m.** In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 4/9/2021. (Bolte, Nickie) (Entered: 04/09/2021) |
| 04/11/2021 | 187 | BNC Certificate of Notice - PDF Document. (RE: related document(s)186 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 04/11/2021. (Admin.) (Entered: 04/11/2021) |
| 04/13/2021 | 189 | Notice *of Selection of Alternate Mediator* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation, Plaintiff Richard A. Marshack (RE: related document(s)186 Order Setting Procedure For Selection Of Alternate Mediator, And Partially Extending Deadlines. It Is Ordered: The Parties May Jointly Propose An Alternate Mediator, Provided That The Parties File With The Court A Notice Of Any Mutually Selected Alternate Mediator By No Later Than **April 13, 2021**. In The Event That The Parties Are Unable To Jointly Select An Alternate Mediator, the Court Shall Appoint An Alternate Mediator At The Rule 16 Conference Being Held On **April 15, 2021 At 1:30 P.m.** In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 4/9/2021.). (Ramlo, Kurt) (Entered: 04/13/2021) |
| 04/15/2021 | 190 | Hearing Continued On Pre-Trial Conference (RE: related document(s)160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit;(3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE CONTINUED TO MAY 5, 2021 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. STATUS REPORT NOT REQUIRED. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/15/2021) |
| 04/16/2021 | 191 | Proof of service Filed by Plaintiff Richard A. Marshack (RE: related document(s)178 Order (Generic) (BNC-PDF), 186 Order (Generic) (BNC-PDF)). (Hays, D) - Warning: See docket entry no.: 193 for corrections - Modified on 4/16/2021 (Bolte, Nickie). (Entered: 04/16/2021) |

EXHIBIT "1"
Page 32

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 36 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2021 | **192** | Proof of service *(Amended) Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)178 Order (Generic) (BNC-PDF), 186 Order (Generic) (BNC-PDF)). (Hays, D) (Entered: 04/16/2021) |
| 04/16/2021 | 193 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. PDF does not include adversary case number. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY - .** (RE: related document(s)191 Proof of service filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 04/16/2021) |
| 04/21/2021 | **194** | Opposition to (related document(s): 165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities* filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) *with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 04/21/2021) |
| 04/21/2021 | **195** | Notice *Joint Filing of Proposed Protective Orders* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation, Plaintiff Richard A. Marshack (RE: related document(s)178 Order Assigning Matter To Mediation Program, Appointing Mediator, And Setting Deadlines. THE COURT HEREBY ORDERS AS FOLLOWS: Leonard L. Gumport, Esq., (The "Mediator") Of The Gumport Law Firm, PC, 225 So. Lake Avenue, Suite 300, Pasadena, CA 91101-3009; (email: lqumport@gumportlaw.com), Telephone Number: (626) 432-7283, A Duly Qualified And Serving Mediator On The Court's Mediation Panel, Is Hereby Appointed Mediator For The Rule 26 And Rule 16 Matters Appearing In The Status Report, Including, But Not Limited To, The Issues Of Protective Orders Surrounding Rule 26 Document Production And All Other Future Discovery. A Status Conference To Monitor The Parties' Compliance With The Mediation Order Is Set For June 16, 2021, At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. A Joint Status Report, Which Shall Discuss The Results Of The Mediation, Shall Be Filed By No Later Than Fourteen Days Prior To The Hearing. (SEE ORDER FOR FURTHER RULING). (BNC-PDF) Signed on 4/1/2021., 179 Hearing Set (RE: related document 178 Order Assigning Matter To Mediation Program, Appointing Mediator, And Setting Deadlines) Status Conference hearing to be held on 6/16/2021 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson, 186 Order Setting Procedure For Selection Of Alternate Mediator, And Partially Extending Deadlines. It Is Ordered: The Parties May Jointly Propose An Alternate Mediator, Provided That The Parties File With The Court A Notice Of Any Mutually Selected Alternate Mediator By No Later Than April 13, 2021. In The Event That The Parties Are Unable To Jointly Select An Alternate Mediator, the Court Shall Appoint An Alternate Mediator At The Rule 16 Conference Being Held On April 15, 2021 At 1:30 P.m. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 4/9/2021.). (Ramlo, Kurt) (Entered: 04/21/2021) |
| 04/28/2021 | **196** | Reply to (related document(s): 171 Errata filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, 194 Opposition filed by Plaintiff Richard A. Marshack) *Defendants' Reply in Support of Motion to Dismiss* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Attachments: # 1 Affidavit proof of service) (Ramlo, Kurt) (Entered: 04/28/2021) |
| 04/29/2021 | **197** | Reply to (related document(s): 196 Reply filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) *Defendants Reply in Support of Motion to Dismiss with Table of Contents and Table of Authorities (with proof of service)* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 04/29/2021) |
| 05/05/2021 | 207 | Hearing Held On Motion (RE: related document 165 Motion To Dismiss) - MOTION DENIED - (Bolte, Nickie) (Entered: 05/13/2021) |
| 05/05/2021 | 208 | Hearing Continued On Status Conference (RE: related document(s)160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And |

EXHIBIT "1"
Page 33

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 37 of 63

7/10/23, 5:42 PM    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE HEARING CONTINUED TO JUNE 16, 2021 AT 1:30 P.M. IN COURTROOM 5C - VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. ANSWER DUE WITHIN FOURTEEN (14) DAYS OF ENTERED ORDER. PROTECTIVE ORDER DUE MAY 13, 2021. STATUS REPORT MUST INCLUDE DISCOVERY PLAN. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 05/13/2021) |
| 05/06/2021 | 198 | Notice of lodgment *with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)165 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities*). (Hays, D) (Entered: 05/06/2021) |
| 05/07/2021 | 199 | Stipulation By Richard A. Marshack and *Defendants re: Compensation of Mediator, with Proof of Service* Filed by Plaintiff Richard A. Marshack (Mang, Tinho) - Warning: See docket entry no.: 200 for corrections - Modified on 5/7/2021 (Bolte, Nickie). (Entered: 05/07/2021) |
| 05/07/2021 | 200 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. PDF is to small and when enlarged to read, other parts of the PDF become to large THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)199 Stipulation filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) Modified on 5/7/2021 (Bolte, Nickie). (Entered: 05/07/2021) |
| 05/07/2021 | 201 | Stipulation By Richard A. Marshack and *Defendants re: Compensation of Mediator, with Proof of Service* Filed by Plaintiff Richard A. Marshack (Mang, Tinho) (Entered: 05/07/2021) |
| 05/10/2021 | 202 | Order Approving Stipulation RE: Compensation Of Mediator. IT IS ORDERED: After Mr. Nahmias Provides Four (4) Hours Of Mediation And Mediation Related Services At No Charge, Plaintiff On The One Hand And Defendants On The Other, Shall Pay Mr. Nahmias For All Mediation And Mediation Related Services At The Rate Of $650.00 Per Hour. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 201 ) Signed on 5/10/2021 (Bolte, Nickie) (Entered: 05/10/2021) |
| 05/11/2021 | 203 | Transcript Order Form, regarding Hearing Date 05/05/2021 Filed by Defendant Filippo Marchino. (Marchino, Filippo) (Entered: 05/11/2021) |
| 05/11/2021 | 204 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-SC-19. RE Hearing Date: 05/05/21, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)203 Transcript Order Form (Public Request) filed by Defendant Filippo Marchino) (Daniels, Sally) (Entered: 05/11/2021) |
| 05/12/2021 | 205 | BNC Certificate of Notice - PDF Document. (RE: related document(s)202 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 05/12/2021. (Admin.) (Entered: 05/12/2021) |
| 05/13/2021 | 206 | Order Denying Motion To Dismiss. IT IS ORDERED: That The Motion Is Denied In Its Entirety And Defendants Shall File Their Answer By **May 19, 2021**. (BNC-PDF) (Related Doc # 165) Signed on 5/13/2021. (Bolte, Nickie) (Entered: 05/13/2021) |
| 05/13/2021 | 209 | Stipulation By Richard A. Marshack and *Stipulation for Protective Order with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 05/13/2021) |
| 05/14/2021 | 210 | Stipulated Protective Order (BNC-PDF) (Related Doc # 209 ) Signed on 5/14/2021 (Mccall, Audrey) (Entered: 05/14/2021) |
| 05/15/2021 | 211 | BNC Certificate of Notice - PDF Document. (RE: related document(s)206 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 1. Notice Date 05/15/2021. (Admin.) (Entered: 05/15/2021) |

EXHIBIT "1"

Page 34

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2021 | **212** | BNC Certificate of Notice - PDF Document. (RE: related document(s)210 Order on Motion for Protective Order (BNC-PDF)) No. of Notices: 1. Notice Date 05/16/2021. (Admin.) (Entered: 05/16/2021) |
| 05/17/2021 | **213** | Mediator's certificate regarding conclusion of mediation assignment (settled) *re: 4/23/21 mediation conference* Filed by Mediator Alan I Nahmias. (Nahmias, Alan) (Entered: 05/17/2021) |
| 05/17/2021 | **214** | Mediator's certificate regarding conclusion of mediation assignment (unsettled) *re: 5/12/21 mediation conference* Filed by Mediator Alan I Nahmias. (Nahmias, Alan) (Entered: 05/17/2021) |
| 05/20/2021 | **215** | Answer to Complaint *Defendants Answer to Richard A. Marshacks Second Amended Complaint; Demand for Trial by Jury* Filed by Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation. (Ramlo, Kurt) (Entered: 05/20/2021) |
| 06/01/2021 | **216** | Transcript regarding Hearing Held 05/05/21 RE: MOTION TO DISMISS. Remote electronic access to the transcript is restricted until **08/30/2021**. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By **6/8/2021**. Redaction Request Due By **06/22/2021**. Redacted Transcript Submission Due By **07/2/2021**. Transcript access will be restricted through **08/30/2021**. (Steinhauer, Holly) (Entered: 06/01/2021) |
| 06/10/2021 | **217** | Status report *Joint Status Report; with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s) 208 Hearing (Adv Other) Continued). (Hays, D) - Warning: See docket entry no.: 218 for corrections - Modified on 6/11/2021 (Bolte, Nickie). (Entered: 06/10/2021) |
| 06/11/2021 | 218 | Notice to Filer of Error and/or Deficient Document **Electronic signature does not correspond to the attorney login. THE FILER IS INSTRUCTED TO COMPLY WITH SECTION 3 OF THE COURT MANUAL AND EITHER REFILE THE DOCUMENT WITH THE CORRECT LOGIN OR FILE A SUBSTITUTION OF ATTORNEY.** (RE: related document(s)217 Status report filed by Plaintiff Richard A. Marshack) (Bolte, Nickie) (Entered: 06/11/2021) |
| 06/11/2021 | **219** | Status report *[Joint]* Filed by Plaintiff Richard A. Marshack (RE: related document(s) 208 Hearing (Adv Other) Continued). (Kellner, Richard) (Entered: 06/11/2021) |
| 06/16/2021 | **220** | Transcript Order Form, regarding Hearing Date **06/16/21** Filed by Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased. (Marchino, Filippo) (Entered: 06/16/2021) |
| 06/16/2021 | 221 | Hearing Held On Status Conference (RE: related document 178 Compliance With The Mediation Order) - OFF CALENDAR - DUPLICATIVE OF CALENDAR NUMBER 19 (Bolte, Nickie) (Entered: 06/17/2021) |
| 06/16/2021 | 222 | Hearing Continued Rule 16 On Status Conference (RE: related document(s)160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit;(3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) STATUS CONFERENCE CONTINUED TO DECEMBER 15, 2021 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. EXPERT DESIGNATION AND REPORTS: OCTOBER 18, 2021. REBUTTAL EXPERTS DESIGNATION AND REPORTS: NOVEMBER 18, 2021. EXPERT DISCOVERY CUTOFF: OCTOBER 10, 2021; NON-EXPERT DISCOVERY: OCTOBER 15, 2021. MOTION TO WITHDRAW REFERENCE MUST BE SET FOR HEARING BEFORE SEPTEMBER 30, 2021. The case judge is Scott C Clarkson (Bolte, Nickie) . (Entered: 06/17/2021) |
| 06/17/2021 | 223 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 21-SC-24. RE Hearing Date: 06/16/21, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)220 Transcript Order Form (Public Request) filed by Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) (Daniels, Sally) (Entered: 06/17/2021) |

EXHIBIT "1"

Page 35

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 39 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 224 | Stipulation By Filippo Marchino, The X-Law Group, PC, a professional corporation and - *Stipulation Extending Certain Dates And Deadlines Related To Discovery And Motion To Withdraw Reference* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Golubchik, David) (Entered: 09/07/2021) |
| 09/07/2021 | 225 | Order Approving Stipulation In Its Entirety Extending Certain Dates And Deadlines Related To Discovery And Motion To Withdraw Reference. IT IS ORDERED: Expert Discovery Cutoff Is Hereby Extended To **December 10, 2021**. Non-Expert Discovery Cutoff Is Hereby Extended To **December 15, 2021**. The Deadline For Expert Designation And Reports Is Hereby Extended To **January 18, 2022**. The Deadline To Have A Hearing On A Motion For Withdrawal Of Reference By The District Court Is Hereby Extended To **October 22, 2021**. Defendants Shall Cooperate With Plaintiff To Schedule Depositions Of Elba Hernandex, Filippo Marchino, Thomas E. Gray, And Carlos X. Colorado During The Period Of October 15-29, 2021. (BNC-PDF) (Related Doc # 224 ) Signed on 9/7/2021 (Bolte, Nickie) (Entered: 09/07/2021) |
| 09/09/2021 | 226 | BNC Certificate of Notice - PDF Document. (RE: related document(s)225 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 09/09/2021. (Admin.) (Entered: 09/09/2021) |
| 10/12/2021 | 227 | Notice of *Intent to Serve Subpoena on Carlos Colorado with Proof of Service* Filed by Plaintiff Richard A. Marshack. (Mang, Tinho) (Entered: 10/12/2021) |
| 10/12/2021 | 228 | Notice of *Intent to Serve Subpoena on Thomas Gray with Proof of Service* Filed by Plaintiff Richard A. Marshack. (Mang, Tinho) (Entered: 10/12/2021) |
| 11/05/2021 | 229 | Notice of Change of Address *Notice of Attorney Change of Address or Law Firm.* (Ramlo, Kurt) (Entered: 11/05/2021) |
| 12/03/2021 | 230 | Order Affirming The Bankruptcy Court's Ruling On Appellants' Anti-Slap Motion RE: Appeal USDC Number: 8:21-cv-00336-ODW, Ruling: Bankruptcy Court Order Is AFFIRMED And All Grounds For Appeal Are DISMISSED (filed at United States District Court on 12/2/2021) (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandex, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Bolte, Nickie) (Entered: 12/03/2021) |
| 12/03/2021 | 231 | Status report *Joint Status Report with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s) 222 Hearing (Adv Other) Continued). (Mang, Tinho) (Entered: 12/03/2021) |
| 12/14/2021 | 232 | Notice of *Ruling and Order Denying Defendants' Motion to Withdraw Reference in United States District Court Case No.: 8:21-cv-01631-ODW with Proof of Service* Filed by Plaintiff Richard A. Marshack. (Mang, Tinho) (Entered: 12/14/2021) |
| 12/15/2021 | 233 | Stipulation By Richard A. Marshack and *Defendants to Extend Discovery, Expert Designation Reports and Related Deadlines with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 12/15/2021) |
| 12/15/2021 | 237 | Hearing Continued On Status Conference (RE: related document(s)160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer by Plaintiff Richard A. Marshack) - PRE-TRIAL CONFERENCE HEARING SET FOR APRIL 26, 2022 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 01/06/2022) |
| 12/20/2021 | 234 | Order Approving Stipulation to Extend Discovery, Expert Designation Reports and Related Deadlines. It is ORDERED the Stipulation is Approved. The Deadine to Complete Non-Expert Discovery is Extended to February 15, 2021 Only with Regard to the Four Depositions Noticed Prior to December 15, 2021; A Hearing on Any Motion(s) for Summary Judgment is Set for **May 5, 2022 at 11:00 a.m.**; A Pretrial Conference Shall Be Set for **June 16, 2022 at 11:00 a.m.**, with All Deadlines for Filing Pretrial Documents in Accordance with the Local Bankruptcy Rules (See Orderfor Further Rulings) (BNC-PDF) (Related Doc # 233 ) Signed on 12/20/2021 (Duarte, Tina) (Entered: 12/20/2021) |

EXHIBIT "1"
Page 36

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2021 | **235** | BNC Certificate of Notice - PDF Document. (RE: related document(s)234 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 12/22/2021. (Admin.) (Entered: 12/22/2021) |
| 01/05/2022 | **236** | USDC judgment appealed to United States Court of Appeal RE: Appeal USDC Number: 8:21-cv-00336-ODW (filed at United States Court Of Appeals on 1/3/2022) (RE: related document(s)230 USDC appeal judgment; RE: 154 Notice of Appeal) (Bolte, Nickie) (Entered: 01/05/2022) |
| 01/21/2022 | **238** | Order Advancing Pre-Trial Conference. The Pre-Trial Conference set for **June 16, 2022**, is hereby ADVANCED to **June 2, 2022 at 10:00 a.m.** (BNC-PDF) Signed on 1/21/2022 (RE: related document(s)160 Amended Complaint filed by Plaintiff Richard A. Marshack). (Mccall, Audrey) [PLEASE REFER TO SECOND AMENDED ORDER DOCKET #241] Modified on 1/21/2022 (Mccall, Audrey). (Entered: 01/21/2022) |
| 01/21/2022 | **239** | AMENDED Order Advancing Pre-Trial Conference. The Pre-Trial Conference set for **June 16, 2022**, is hereby ADVANCED to **June 2, 2022 at 10:00 a.m.** (BNC-PDF) Signed on 1/21/2022 (RE: related document(s)160 Amended Complaint filed by Plaintiff Richard A. Marshack). (Mccall, Audrey) [PLEASE REFER TO SECOND AMENDED ORDER DOCKET #241] Modified on 1/21/2022 (Mccall, Audrey). (Entered: 01/21/2022) |
| 01/21/2022 | **240** | USDC appeal judgment Re:FINAL JUDGMENT Re: Appeal USDC Number: 8:21-cv-00336 ODW, (filed by United States District Court on 1-20-2022) Ruling: Judgment is entered for Appellee Richard A Marshack as the Trustee for Eagan Avenatti, LLP; 2. The Bankruptcy Court's denial of Appellants' Motion is affirmed as described in the Court's Order, (ECF No. 16). The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case. IT IS SO ORDERED. (RE: related document(s)154 Notice of Appeal and Statement of Election (Official Form 417A) filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Defendant Young Blue LLC, a limited liability company, Defendant Sandy Le, individually and on behalf of Tina Ngan Le, decedent). (Deramus, Glenda) Modified on 1/21/2022 (Deramus, Glenda). Modified on 1/26/2022 (Bolte, Nickie). (Entered: 01/21/2022) |
| 01/21/2022 | **241** | SECOND AMENDED ORDER ADVANCING PRE-TRIAL CONFERENCE. The Pre-Trial Conference set for **June 16, 2022** is hereby ADVANCED to JUNE 2, 2022 AT 11:00 A.M. (BNC-PDF) Signed on 1/21/2022 (RE: related document(s)160 Amended Complaint filed by Plaintiff Richard A. Marshack). (Mccall, Audrey) (Entered: 01/21/2022) |
| 01/23/2022 | **242** | BNC Certificate of Notice - PDF Document. (RE: related document(s)238 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/23/2022 | **243** | BNC Certificate of Notice - PDF Document. (RE: related document(s)239 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 01/23/2022 | **244** | BNC Certificate of Notice - PDF Document. (RE: related document(s)241 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/23/2022. (Admin.) (Entered: 01/23/2022) |
| 02/02/2022 | **245** | Stipulation By Richard A. Marshack and *Defendants to Modify Scheduling Order with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 02/02/2022) |
| 02/03/2022 | **246** | Order Approving Stipulation To Modify Scheduling Order. IT IS ORDERED: The Stipulation Is APPROVED. The Deadline To Complete Non-Expert Discovery Only with Regard To The Four Depositions Noticed To Be Completed Prior To The Previous Cut-Off Date Of December 15, 2021, Is EXTENDED From **February 15, 2022**, TO **March 1, 2022**. The Deadline For Expert Designation And Reports Is EXTENDED From **February 15, 2022**, TO **March 1, 2022**. The Deadline For Rebuttal Expert Designation And Report Is EXTENDED From **March 16, 2022**, TO **March 20, 2022**. The Deadline To Complete A Further Day Of Mediation Is EXTENDED From January 31, 2022 TO **February 15, 2022**. The Motion For Summary Judgment And Pre-Trial Dates Remain Unaffected. (BNC-PDF) (Related Doc # 245 ) Signed on 2/3/2022 (Bolte, Nickie) (Entered: 02/03/2022) |

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 41 of 63

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2022 | **247** | BNC Certificate of Notice - PDF Document. (RE: related document(s)246 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 02/05/2022. (Admin.) (Entered: 02/05/2022) |
| 02/07/2022 | **248** | Stipulation By Filippo Marchino, The X-Law Group, PC, a professional corporation and - *Stipulation Regarding Testimony of John P. Reitman* Filed by Defendants Filippo Marchino, The X-Law Group, PC, a professional corporation (Golubchik, David) (Entered: 02/07/2022) |
| 02/08/2022 | **249** | Order Continuing Pre-Trial Conference. IT IS ORDERED: The Pre-Trial Conference, Which Was Previously Advanced By The Court To **June 2, 2022**, Is Hereby CONTINUED TO **July 14, 2022, At 11:00 A.M.** In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) Signed on 2/8/2022. (Bolte, Nickie) (Entered: 02/08/2022) |
| 02/10/2022 | **250** | BNC Certificate of Notice - PDF Document. (RE: related document(s)249 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/10/2022. (Admin.) (Entered: 02/10/2022) |
| 02/15/2022 | **251** | Status report *re: Mediation with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)246 Order on Generic Motion (BNC-PDF)). (Hays, D) (Entered: 02/15/2022) |
| 02/22/2022 | **252** | Stipulation By Richard A. Marshack and *Defendants to Modify Scheduling Order with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 02/22/2022) |
| 02/23/2022 | **253** | Order Approving Stipulation To Modify Scheduling Order. IT IS ORDERED: The Stipulation Is APPROVED. The Deadline To Complete Non-Expert Discovery Only With Regard To The Four Depositions Noticed To Be Completed Pior To The Previous Cut-Off Date Of December 15, 2021, Is EXTENDED From **March 1, 2022** TO **March 31, 2022**. The Deadline For Expert Designation And Reports Is Extended From **March 1, 2022** To **April 15, 2022**. The Deadline For Rebuttal Expert Designations And Report Is EXTENDED From **March 20, 2022**, TO **May 6, 2022**. The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **May 5, 2022**, TO **July 26, 2022, At 1:30 P.M.** The Pre-Trial Conference Currently Set For **July 14, 2022**, Is CONTINUED TO **August 30, 2022, At 1:30 P.M.** In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 252 ) Signed on 2/23/2022 (Bolte, Nickie) (Entered: 02/23/2022) |
| 02/25/2022 | **254** | BNC Certificate of Notice - PDF Document. (RE: related document(s)253 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 02/25/2022. (Admin.) (Entered: 02/25/2022) |
| 03/14/2022 | **255** | Motion to Amend *Motion for Leave to File Third Amended Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 03/14/2022) |
| 03/14/2022 | 256 | Hearing Set (RE: related document(s)255 Motion For Leave To File Third Amended Complaint filed by Plaintiff Richard A. Marshack) The Hearing date is set for **4/12/2022 at 01:30 PM** at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 03/15/2022) |
| 04/06/2022 | **257** | Stipulation By Richard A. Marshack and *Defendants to Modify Scheduling Order Pending Ruling on Federal Government's Motion to Intervene and Seek a Stay of Proceedings Pending Re-Trial of Michael Avenatti with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 04/06/2022) |
| 04/06/2022 | **258** | Proof of service Filed by Plaintiff Richard A. Marshack (RE: related document(s)257 Stipulation By Richard A. Marshack and *Defendants to Modify Scheduling Order Pending Ruling on Federal Government's Motion to Intervene and Seek a Stay of Proceedings Pending Re-Trial of Michael Avenatti with Proof of Service*). (Hays, D) (Entered: 04/06/2022) |
| 04/11/2022 | **259** | Order Approving Stipulation To Modify Scheduling Order Pending Ruling On Federal Government's Motion To Intervene And Seek A Stay Of Proceedings Pending RE-Trial Of Michael Avenatti. IT IS ORDERED: The Stipulation Is APPROVED. The |

EXHIBIT "1"

Page 38

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document      Page 42 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | Deadline To Complete Non-Expert Discovery Only With Regard To The Four Depositions Noticed To Be Completed Prior To The Previous Cut-Off Date Of December 15, 2021, Is EXTENDED From March 31, 2022 TO **June 30, 2022**. The Deadline For Expert Designation And Reports Is EXTENDED From **April 15, 2022** TO **July 15, 2022**. The Deadline For Rebuttal Expert Designations And Report Is EXTENDED From **May 6, 2022** TO **August 5, 2022**. The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **May 5, 2022**, TO **September 27, 2022 At 1:30 p.m.** The Pretrial Conference Currently Set On **August 30, 2022**, Shall Be CONTINUED TO **November 29, 2022 At 1:30 P.M.** The Hearing For The Trustee's Motion For Leave To File Third Amended Complaint That Is Currently Set To Be Heard On **April 12, 2022 At 1:30 P.M.** Is CONTINUED TO **July 12, 2022 At 11:00 A.M.** (Hearings To Be Held In Courtroom 5C-Virtual, Located At 411 West Fourth Street, Santa Ana, CA 92701) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 257 ) Signed on 4/11/2022 (Bolte, Nickie) (Entered: 04/11/2022) |
| 04/12/2022 | 261 | Hearing Continued On Motion (RE: related document 255 Motion For Leave To File Third Amended Complaint) - HEARING ON MOTION CONTINUED TO JULY 12, 2022 At 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER PENDING RULING ON FEDERAL GOVERNMENT MOTION TO INTERVENE AND SEEK A STAY OF PROCEEDINGS PENDING RE-TRIAL OF MICHAEL AVENATTI ENTERED 4-11-2022 - (DOCKET NO. 259) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/18/2022) |
| 04/13/2022 | **260** | BNC Certificate of Notice - PDF Document. (RE: related document(s)259 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 04/13/2022. (Admin.) (Entered: 04/13/2022) |
| 04/26/2022 | 262 | Hearing Continued (RE: related document(s)160 Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - STATUS CONFERENCE HEARING CONTINUED AS A PRE-TRIAL CONFERENCE TO JUNE 16, 2022 AT 11:00 A.M. PER ORDER APPROVING STIPULATION TO EXTEND DISCOVERY, EXPERT DESIGNATION REPORTS AND RELATED DEADLINES ENTERED 12-20-2021 - (DOCKET NO. 234) The case judge is Scott C Clarkson (Bolte, Nickie) (Entered: 04/26/2022) |
| 06/02/2022 | 263 | Hearing Continued On Rule 16 Pre-Trial Conference (RE: related document(s)160 RULE 16 PRE-TRIAL CONFERENCE Hearing RE: Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - RULE 16 PRE-TRIAL CONFERENCE HEARING CONTINUED TO JULY 14, 2022 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER CONTINUING PRE-TRIAL CONFERENCE ENTERED 2-8-2022 - (DOCKET NO. 249) . The case judge is Scott C Clarkson (NB8) (Entered: 06/02/2022) |
| 06/02/2022 | **264** | Order Denying Defendants' Motion For Reconsideration RE: Appeal USDC Number: 8:21-cv-01631-ODW - The Court Did Not Commit Clear Error In Issuing Its Denial Order And Therefor DENIES Moving Defendants' Motion For Reconsideration (USDC ECF No. 18). (Filed at United States District Court on **6/2/2022**) (NB8) (Entered: 06/02/2022) |
| 06/03/2022 | **265** | Final Judgment RE: Appeal USDC Number: 8:21-cv-01631-ODW - RULING: ORDERED, ADJUDGED and DECREED as follows: This Court Will Not Withdraw The reference Of The Adversary Proceeding From The Bankruptcy Court As Moving Defendants' Withdrawal Motion Was Untimely; And This Court Did Not Commit Clear Error In Denying The Withdrawal Motion As Untimely. The Court VACATES All Dates And Deadlines. The Clerk Of The Court Shall Close The Case. (filed at United States District Court on June 2. 2022.) (RE: related document 264 (NB8) (Entered: 06/03/2022) |
| 06/28/2022 | **266** | Opposition to (related document(s): 255 Motion to Amend *Motion for Leave to File Third Amended Complaint with Proof of Service* filed by Plaintiff Richard A. Marshack) Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Golubchik, David) (Entered: 06/28/2022) |
| 06/28/2022 | **267** | Declaration re: *Declaration of David Golubchik in Support of Defendants Opposition to Motion for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in |

EXHIBIT "1"
Page 39

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document    Page 43 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| | | interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)266 Opposition). (Golubchik, David) (Entered: 06/28/2022) |
| 06/28/2022 | **268** | Request for judicial notice *in Support of Opposition to Motion for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)266 Opposition). (Golubchik, David) (Entered: 06/28/2022) |
| 07/05/2022 | **269** | Reply to (related document(s): 266 Opposition filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) *with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 07/05/2022) |
| 07/05/2022 | **270** | Objection (related document(s): 267 Declaration filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased) *Evidentiary Objections to Declaration of David B. Golubchik in Support of Defendants' Opposition to Motion for Leave to File Third Amended Complaint with Proof of Servicewith Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 07/05/2022) |
| 07/06/2022 | **271** | Request for judicial notice *in Support with Proof of Service* Filed by Plaintiff Richard A. Marshack (RE: related document(s)269 Reply). (Mang, Tinho) (Entered: 07/06/2022) |
| 07/07/2022 | **272** | Order Continuing Hearing On Motion For Leave To File Third Amended Complaint. IT IS ORDERED: The Hearing On Plaintiff's Motion For Leave To File Third Amended Complaint (Docket 255 ), On **July 12, 2022, At 11:00 A.M.**, Is Hereby CONTINUED TO JULY 14, 2022, AT 11:00 A.M. Personal Appearances Are Required In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. This Will Not Be A Virtual Hearing. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (RE: Related Doc # 255 ) Signed on 7/7/2022 (NB8) (Entered: 07/07/2022) |
| 07/09/2022 | **273** | BNC Certificate of Notice - PDF Document. (RE: related document(s)272 Order on Motion to Amend (BNC-PDF)) No. of Notices: 1. Notice Date 07/09/2022. (Admin.) (Entered: 07/09/2022) |
| 07/12/2022 | **274** | Supplemental *Trustee's Supplement to Motion for Leave to File Third Amended Complaint with Proof of Service* Filed by Plaintiff Richard A. Marshack. (Hays, D) (Entered: 07/12/2022) |
| 07/12/2022 | **275** | Notice of Compendium of Unpublished Authority with Proof of Service Filed by Plaintiff Richard A. Marshack (RE: related document(s)[274] Supplemental Trustee's Supplement to Motion for Leave to File Third Amended Complaint with Proof of Service Filed by Plaintiff Richard A. Marshack. filed by Plaintiff Richard A. Marshack). (Hays, D) |
| 07/12/2022 | 282 | Hearing Continued (RE: related document(s)[255] Motion For Leave To File Third Amended Complaint filed by Plaintiff Richard A. Marshack) - HEARING ON MOTION CONTINUED TO JULY 14, 2022 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER CONTINUING HEARING ON MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT ENTERED 7-7-2022 - (DOCKET NO. [272]. The case judge is Scott C Clarkson (NB8) |
| 07/14/2022 | **276** | Objection (related document(s): 269 Reply filed by Plaintiff Richard A. Marshack) *Defendants Evidentiary Objections to Declaration of D. Edward Hayes Submitted with Supplement to Trustees Supplement for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) (Entered: 07/14/2022) |
| 07/14/2022 | **277** | Supplemental *Defendants Response to Trustees Supplement to Motion for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation. (Ramlo, Kurt) (Entered: 07/14/2022) |

EXHIBIT "1"
Page 40

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 44 of 63

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2022 | **278** | Request for judicial notice *in Support of Defendants Response to Trustees Supplement to Motion for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)277 Supplemental). (Ramlo, Kurt) (Entered: 07/14/2022) |
| 07/14/2022 | **279** | Declaration re: *Supplemental Declaration of David Golubchik in Support of Defendants Opposition to Motion for Leave to File Third Amended Complaint* Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s)277 Supplemental). (Golubchik, David) (Entered: 07/14/2022) |
| 07/14/2022 | **280** | Supplemental *Corrected Defendants Response to Trustees Supplement to Motion for Leave to File Third Amended Complaint* Filed by Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased. (Ramlo, Kurt) (Entered: 07/14/2022) |
| 07/14/2022 | 283 | Hearing Continued On Pre-Trial Conference (RE: related document(s)[160] Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - PRE-TRIAL CONFERENCE HEARING CONTINUED TO AUGUST 30, 2022 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER ENTERED 2-23-2022 - (DOCKET NO. [253]) The case judge is Scott C Clarkson (NB8) |
| 07/14/2022 | 284 | Hearing Held On Motion (RE: related document(s)[255] Motion For Leave To File Third Amended Complaint filed by Plaintiff Richard A. Marshack) - ORDER BY ATTORNEY - MOTION GRANTED - DEADLINE TO SERVE THIRD AMENDED COMPLAINT: JULY 21, 2022. RESPONSIVE PLEADING DUE: 45 DAYS; STATUS CONFERENCE: OCTOBER 25, 2022 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. (NB8) |
| 07/15/2022 | **281** | Statement Disclosure of Expert Witness Information by Plaintiff and Chapter 7 Trustee with Proof of Service Filed by Plaintiff Richard A. Marshack. (Hays, D) |
| 07/25/2022 | **285** | Order Granting Plaintiff's Motion For Leave To File Third Amended Complaint. IT IS ORDERED: The Motion Is GRANTED As Follows: Plaintiff Shall File And Serve A Third Amended Complaint Consistent With The Ruling Of The Court On The Record Of The Hearing On Or Before The Date That Is 10 Days After Of This Order. Defendants Shall Have 45 Days From The Date Of Service Of The Third Amended Complaint To File A Responsive Pleading To The Third Amended Complaint. A Status Conference Is Set For October 25, 2022, At 1:30 P.M. And May Be Conducted In Person, Via Remote Videoconference Technology Such As ZoomGov, Or Both. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (RE: Related Doc # 255 ) Signed on 7/25/2022 (NB8) (Entered: 07/25/2022) |
| 07/25/2022 | **286** | Transcript Order Form, regarding Hearing Date 07/14/22 Filed by Plaintiff Richard A. Marshack (RE: related document(s)[284] Hearing Held (Adv Motion)). (Mang, Tinho) |
| 07/25/2022 | 287 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-SC-09. RE Hearing Date: 7/14/22, [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING CO., INC., Telephone number Ph: (310) 410-4151.] (RE: related document(s)[286] Transcript Order Form (Public Request) filed by Plaintiff Richard A. Marshack) (JL) |
| 07/27/2022 | **288** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[285] Order on Motion to Amend (BNC-PDF)) No. of Notices: 1. Notice Date 07/27/2022. (Admin.) |
| 07/29/2022 | **289** | Stipulation By Richard A. Marshack and Defendants to Modify Scheduling Order with Proof of Service Filed by Plaintiff Richard A. Marshack (Hays, D) |

EXHIBIT "1"
Page 41

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2022 | **290** | Order Approving Stipulation To Modify Scheduling Order. IT IS ORDERED: The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **September 27, 2022**, TO DECEMBER 16, 2022, AT 11:00 A.M. The Pre-Trial Conference Currently Set On **August 30, 2022**, Shall Be CONTINUED TO JANUARY 17, 2023, AT 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [289]) Signed on 7/29/2022 (NB8) |
| 07/29/2022 | **291** | Amended Order Approving Stipulation To Modify Scheduling Order. IT IS ORDERED: The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **September 27, 2022**, TO DECEMBER 16, 2022, AT 11:00 A.M. The Pre-Trial Conference Currently Set On **November 29, 2022**, Shall Be CONTINUED TO JANUARY 17, 2023, AT 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [290]) Signed on 7/29/2022 (NB8) |
| 07/31/2022 | **292** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[290] Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 07/31/2022. (Admin.) |
| 07/31/2022 | **293** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[291] Amended Order (BNC-PDF)) No. of Notices: 1. Notice Date 07/31/2022. (Admin.) |
| 08/02/2022 | **294** | Transcript regarding Hearing Held 07/14/22 RE: CONT'D HEARING RE: MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT. Remote electronic access to the transcript is restricted until **10/31/2022**. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By **8/9/2022**. Redaction Request Due By **08/23/2022**. Redacted Transcript Submission Due By **09/2/2022**. Transcript access will be restricted through **10/31/2022**. (Steinhauer, Holly) |
| 08/03/2022 | **295** | Transcript regarding Hearing Held 07/14/22 RE: AMENDED: CONT'D HEARING RE: MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT. Remote electronic access to the transcript is restricted until **11/1/2022**. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By **8/10/2022**. Redaction Request Due By **08/24/2022**. Redacted Transcript Submission Due By **09/6/2022**. Transcript access will be restricted through **11/1/2022**. (Steinhauer, Holly) (Entered: 08/03/2022) |
| 08/04/2022 | **296** | Amended Complaint *Third Amended Complaint with Proof of Service* by D Edward Hays on behalf of Richard A. Marshack against Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation. (Hays, D) (Entered: 08/04/2022) |
| 08/30/2022 | **297** | Hearing Continued On Rule 16 Pre-Trial Conference (RE: related document(s)[160] Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) PRE-TRIAL CONFERENCE CONTINUED TO NOVEMBER 29, 2022 AT 1:30 P.M. PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER PENDING RULING ON FEDERAL GOVERNMENT MOTION TO INTERVENE AND SEEK A STAY OF PROCEEDINGS PENDING PRE-TRIAL OF MICHAEL AVENATTI ENTERED 4-11-2022 -(DOCKET NO. 259); SUBSEQUENTLY CONTINUED TO JANUARY 17, 2023 AT 1:30 P.M. PER AMENDED ORDER APPROVING STIPULATION ENTERED 7-29-22 (DOCKET NO. 291). The case judge is Scott C Clarkson (NB8) |
| 09/21/2022 | **298** | Answer to Complaint Defendants Answer to Richard A. Marshacks Third Amended Complaint; Demand for Trial by Jury Filed by Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation. (Ramlo, Kurt) |

EXHIBIT "1"

Page 42

Case 8:20-ap-01086-SC    Doc 318    Filed 07/10/23    Entered 07/10/23 19:03:31    Desc
Main Document    Page 46 of 63

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2022 | **299** | Stipulation By Richard A. Marshack and Defendants, The X-Law Group, PC, a professional corporation; Filippo Marchino, Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased to Modify Scheduling Order, with Proof of Service Filed by Plaintiff Richard A. Marshack (Hays, D) |
| 09/22/2022 | **300** | Order Approving Stipulation To Modify Scheduling Order And Continuing Pre-Trial Hearing (BNC-PDF) (Related Doc # [299]) - IT IS ORDERED: 1. Mr. Parker and Mr. Abir will produce documents electronically pursuant to the August 17, 2022 subpoenas by **October 31, 2022** - The Status conference scheduled for **October 25, 2022** and set pursuant to the order entered **July 25, 2023** [Dk. 285] is vacated; The pretrial conference set for **January 17, 2023 at 1:30 p.m.** is continued to **March 2, 2023 at 11:00 a.m.** Signed on 9/22/2022 (GD) |
| 09/24/2022 | **301** | BNC Certificate of Notice - PDF Document. (RE: related document(s)300 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 1. Notice Date 09/24/2022. (Admin.) (Entered: 09/24/2022) |
| 10/25/2022 | 305 | Hearing Held On Status Conference (RE: related document(s)[160] Third AmendedComplaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - OFF CALENDAR PER ORDER ENTERED ON 9-22-22 - (DOCKET NO. [300]) (NB8) |
| 10/31/2022 | **302** | Stipulation By Richard A. Marshack and *Defendants to Modify Scheduling Order with Proof of Service* Filed by Plaintiff Richard A. Marshack (Hays, D) (Entered: 10/31/2022) |
| 10/31/2022 | **303** | Order Approving Stipulation To Modify Scheduling Order And Continuing Pre-Trial Conference. IT IS ORDERED: The Stipulation Is APPROVED. The Parties Will Agree To Mutually Convenient Dates Between **February 13, 2023** And **February 24, 2023** For Defendants To Take The Deposition Of Mr. Abir And Mr. Parker. Mr. Parker And Mr. Abir Will Produce Documents Electronically Pursuant To The August 17, 2022 Subpoenas 21 Days Before Their Depositions. Defendants' Rebuttal Expert Designations And Reports To The Reports Of Mr. Parker And Mr. Abir Will Be Due On **March 3, 2023**. The Deadline For Defendants To File A Motion For Summary Judgment And/Or For Partial Summary Judgment For Claims Related To The Ramirez Litigation Is EXTENDED To MARCH 24, 2023. The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **February 9, 2023**, TO MAY 18, 2023 AT 11:00 A.M. This Stipulation May Be Executed In One Or More Counterparts And Facsimile Or Electronic Signatures May Be Used In Filing This Document. The Pre-Trial Conference Scheduled For **March 2, 2023**, Is Hereby CONTINUED TO JUNE 29, 2023, At 11:00 A.M. in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 302 ) Signed on 10/31/2022 (NB8) (Entered: 10/31/2022) |
| 11/02/2022 | **304** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[303] ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 11/02/2022. (Admin.) |
| 11/29/2022 | 306 | Hearing Held On Rule 16 Pre-Trial Conference (RE: related document [160] Second Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer) - RULE 16 PRE-TRIAL CONFERENCE HEARING CONTINUED TO JANUARY 17, 2023 AT 1:30 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER AMENDED ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER ENTERED 7-29-2022 - (DOCKET NO. [291]) (NB8) |
| 01/17/2023 | 307 | Hearing Continued On Rule 16 Pre-Trial Conference (RE: related document(s)[296] Third Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transferfiled by Plaintiff Richard A. Marshack) - RULE 16 PRE-TRIAL CONFERENCE HEARING CONTINUED TO 3-2-2023 AT 11:00 P.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUING PRE-TRIAL HEARING ENTERD 9-22-22 - (DOCKET NO. [300]) The case judge is Scott C Clarkson (NB8) |

EXHIBIT "1"
Page 43

7/10/23, 5:42 PM                8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2023 | **308** | Stipulation By Richard A. Marshack and Defendants to Modify Scheduling Order with Proof of Service Filed by Plaintiff Richard A. Marshack (Hays, D) |
| 03/02/2023 | **309** | Order Approving Stipulation To Modify Scheduling Order And Continuing Pre-Trial Conference. IT IS ORDERED: The Deadline For Defendants To File A Motion For Summary Judgment And/Or Partial Summary Judgment For Claims Related To The Ramirez Litigation Is EXTENDED TO JULY 21, 2023. The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **May 18, 2023**, TO SEPTEMBER 28, 2023, AT 10:00 A.M. The Pre-Trial Conference Scheduled For **June 29, 2023, At 11:00 A.M.** Is Hereby CONTINUED To NOVEMBER 9, 2023, AT 11:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # [308]) Signed on 3/2/2023 (NB8) |
| 03/02/2023 | 311 | Hearing Continued On Status Conference (RE: related document(s)[296] RULE 16 PRE-TRIAL CONFERENCE RE: Third Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - RULE 16 PRE-TRIAL CONFERENCE HEARING CONTINUED TO JUNE 29, 2022 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUING PRE-TRIAL CONFERENCE ENTERED 10-31-2022 - (DOCKET NO. [303]) . The case judge is Scott C Clarkson (NB8) |
| 03/04/2023 | **310** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[309] ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 03/04/2023. (Admin.) |
| 04/20/2023 | **312** | Notice of Change of Address Filed by Plaintiff Richard A. Marshack, Trustee Richard A Marshack (TR). (Kellner, Richard) Change of address is for attorney Richard Kellner, attorney for Trustee. Modified on 4/21/2023 (TL). |
| 06/01/2023 | **313** | Stipulation By Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation and Richard A. Marshack [Stipulation To Modify Scheduling Order] Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (Ramlo, Kurt) |
| 06/01/2023 | **314** | Notice of lodgment Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation (RE: related document(s) [313] Stipulation By Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation and Richard A. Marshack [Stipulation To Modify Scheduling Order] Filed by Defendants Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased, Filippo Marchino, The X-Law Group, PC, a professional corporation filed by Defendant The X-Law Group, PC, a professional corporation, Defendant Filippo Marchino, Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased). (Ramlo, Kurt) |
| 06/02/2023 | **315** | Order Approving Stipulation To Modify Scheduling Order. IT IS ORDERED: The Parties Will Agree To Mutually Convenient Dates Between **September 13, 2023** And **September 20, 2023** For Defendants To Take The Deposition Of Mr. Abir And Mr. Parker. Mr. Parker's And Mr. Abir's Date For Production Of Documents Pursuant To The August 17, 2022 Subpoenas Shall Be Continued To 21 Days Before Their Depositions. It Is Agreed That The Documents Will Be Produced In Electronic Form. Defendants' Rebuttal Expert Designations And Reports To The Reports Of Mr. Parker And Mr. Abir Will Be Due On **October 2, 2023**. The Deadline For Defendants To File A Motion For Summary Judgment And/Or For Partial Summary Judgment For Claims Related To The Ramirez Litigation Is EXTENDED TO OCTOBER 23, 2023. The Reserved Date For Hearings On Any Motion For Summary Judgment Is CONTINUED From **September 28, 2023**, TO JANUARY 11, 2024 AT 11:00 A.M. The PRE-TRIAL CONFERENCE Conference Currently Set For **November 9, 2023**, Is CONTINUED TO FEBRUARY 15, 2024, AT 11:00 A.M. in Courtroom 5C, located at 411 West Fourth Street, Santa Ana, CA 92701. This Stipulation May Be Executed In One Or More Counterparts And Facsimile Or Electronic Signatures May Be Used In Filing This Document. (BNC-PDF) (Related Doc # [313]) Signed on 6/2/2023 (NB8) |

EXHIBIT "1"
Page 44

Case 8:20-ap-01086-SC   Doc 318   Filed 07/10/23   Entered 07/10/23 19:03:31   Desc
Main Document      Page 48 of 63

7/10/23, 5:42 PM                    8:20-ap-01086 - Marshack v. The X-Law Group, PC, a professional corporation et (Bankr.C.D.Cal.) | CourtDrive

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2023 | **316** | BNC Certificate of Notice - PDF Document. (RE: related document(s)[315] ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 1. Notice Date 06/04/2023. (Admin.) |
| 06/29/2023 | 317 | Hearing Continued On Rule 16 Pre-Trial Conference (RE: related document(s)[296] Third Amended Complaint For: (1) Declaratory Judgment; (2) Quantum Meruit; (3) Violation Of The Automatic Stay, And Other Court Orders; (4) Avoidance, Recovery, And Preservation Of Fraudulent Transfer filed by Plaintiff Richard A. Marshack) - RULE 16 PRE-TRIAL CONFERENCE HEARING CONTINUED TO NOVEMBER 9, 2023 AT 11:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUING PRE-TRIAL CONFERENCE ENTERED 3-2-2023 - (DOCKET NO. [309]) The case judge is Scott C Clarkson (NB8) |

EXHIBIT "1"
Page 45

**EXHIBIT "2"**

1 RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
2 KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
3 Los Angeles, California 90035
Telephone: (310) 780-6759
4 Facsimile: (310) 277-0635

5 Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

6 In Association with,

7 D. EDWARD HAYS, #162507
ehays@marshackhays.com
8 TINHO MANG, #322146
tmang@marshackhays.com
9 870 Roosevelt
Irvine, CA  92620
10 Telephone: 949-333-7777
Facsimile: 949-333-7778
11
General Counsel for Plaintiff and Chapter 7 Trustee,
12 RICHARD A. MARSHACK

**FILED & ENTERED**

**JUL 25 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

13 **UNITED STATES BANKRUPTCY COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

15 In re                                    Case No.: 8:19-bk-13560-SC

16 EAGAN AVENATTI, LLP,                     Chapter 7

17            Debtor.                       Adv. No.:  8:20-ap-01086-SC

18 RICHARD A. MARSHACK, Chapter 7 Trustee for   ORDER GRANTING PLAINTIFF'S
Eagan Avenatti, LLP,                           MOTION FOR LEAVE TO FILE THIRD
19                                              AMENDED COMPLAINT
                    Plaintiff,
20                                             [Motion Docket No. 255]
          v.
21 THE X-LAW GROUP, P.C., a professional       Hearing Date and Time:
corporation; FILIPPO MARCHINO, an individual;  Date:   July 14, 2022
22 ELBA HERNANDEZ, individually and as personal Time:   11:00 a.m.
representative and successor in interest to Andres Place:  Courtroom 5C
23 Ramirez, deceased,                                    411 W. Fourth Street
                                                         Santa Ana, CA 92701
24                  Defendants.

25

26        On July 14, 2022, at 11:00 a.m., in Courtroom 5C, the Court held a hearing on the Motion

27 ("Motion") for leave to file Third Amended Complaint ("TAC") filed on March 14, 2022, as Adv.

28 Dk. No. 255, by Richard A. Marshack, Chapter 7 Trustee ("Trustee" or "Plaintiff"), the Honorable

1

**EXHIBIT "2"**
**Page 46**

1   Scott C. Clarkson, United States Bankruptcy Judge, presiding. Richard L. Kellner of Kellner Law

2   Group, P.C. and Tinho Mang of Marshack Hays LLP appeared on behalf of Plaintiff. David B.

3   Golubchik and Kurt Ramlo of Levene Neale Yoo Bender & Golubchik LLP appeared on behalf of

4   Defendants, The X-Law Group, P.C. ("X-Law") and Filippo Marchino ("Marchino") (collectively,

5   X-Law and Marchino are referred to as the "Attorney Defendants"). Filippo Marchino and Thomas

6   Gray of The X-Law Group, P.C. appeared on behalf of Elba Hernandez ("Hernandez"), individually

7   and as personal representative and successor in interest to Andres Ramirez, deceased. Collectively,

8   the Attorney Defendants and Hernandez shall be referred to as "Defendants."

9       At the hearing, the Court heard oral argument and took the statements of counsel on the

10  record. The Court considered all of the evidence based on its probative value, including all pleadings

11  in this case, the main bankruptcy case, and documents properly subject to judicial notice. The Court

12  having read and considered the Motion, the Opposition and evidence filed by Defendants, Plaintiff's

13  Reply, Plaintiff's supplement, and Defendants' response to Plaintiff's supplement, and other

14  pleadings filed in this adversary, and for the reasons set forth in the Motion and Reply and as stated

15  on the record, the Court found good cause to grant the Motion and enters its Order as follows:

16      IT IS ORDERED:

17      1.    The Motion is granted as follows.

18      2.    Plaintiff shall file and serve a third amended complaint consistent with the ruling of

19  the Court on the record of the hearing on or before the date that is 10 days after entry of this order.

20      3.    Defendants shall have 45 days from the date of service of the third amended

21  complaint to file a responsive pleading to the third amended complaint.

22      4.    A status conference is set for October 25, 2022, at 1:30 p.m. and may be conducted in

23  person, via remote videoconference technology such as ZoomGov, or both. Any restrictions on the

24  manner for appearances at the status conference will be noted in a tentative ruling posted in advance

25  of the status conference.

26  / / /

27  / / /

28  / / /

4864-2231-6073V.7-1015-131.2

1      5.      The current operative scheduling order, entered as Adv. Dk. No. 259, shall remain in

2  full force and effect as to the claims in the Second Amended Complaint, until further Ordered by this

3  Court. The parties may enter into a stipulation regarding a discovery schedule for new claims alleged

4  in the TAC, or the Court may set a discovery schedule at the status conference on October 25, 2022.

5                                        ###

Date: July 25, 2022

Scott C. Clarkson
United States Bankruptcy Judge

4864-2231-6073V.7-1015-131.2

3

**EXHIBIT "2"**
**Page 48**

1  SIGNATURE PAGE FOR ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
   THIRD AMENDED COMPLAINT

2

3

   APPROVED AS TO FORM:

4

5

   LEVENE NEALE BENDER YOO & GOLUBCHIK LLP

6

7

8  DAVID B. GOLUBCHIK
   KURT RAMLO
   Attorneys for Defendants,
9  The X-Law Group, PC,
   a professional corporation, and Filippo Marchino

10

11

   THE X-LAW GROUP, P.C.

12

13

14 FILIPPO MARCHINO
   THOMAS GRAY
   Attorney for Defendant,
15 The X-Law Group, PC,
   a professional corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

                              4

**EXHIBIT "3"**

**United States District Court**
**Central District of California**

| UNITED STATES OF AMERICA vs. | Docket No. | **SACR 19-61JVS** |
|---|---|---|

Defendant ___Michael John Avenatti___

akas: ___Michael Avenatti___

Social Security No. _2_  _4_  _7_  _9_
(Last 4 digits)

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 12 | 05 | 2022 |

| **COUNSEL** | **Michael Avenatti, In Pr oSe; H Dean Steward, Stand by Counsel** |
|---|---|
| | (Name of Counsel) |

**PLEA** | ☒ **GUILTY**, and the court being satisfied that there is a factual basis for the plea. ☐ **NOLO CONTENDERE** ☐ **NOT GUILTY**

**FINDING** | There being a finding/verdict of **GUILTY**, defendant has been convicted as charged of the offense(s) of: Wire Fraud in violation of 18 USC Section 1343 as charged in Counts 5 and 8-10 of the Indictment; Endeavoring to Obstruct the Administration of the Internal Revenue Code in violation of 26 USC Section 7212(a) as charged in Count 19 of the Indictment

**JUDGMENT AND PROB/ COMM ORDER** | The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **168 MONTHS ON EACH OF COUNTS 5 AND 8-10 OF THE INDICTMENT AND 36 MONTHS ON COUNT 19, ALL TO BE SERVED CONCURRENTLY TO EACH OTHER AND CONSECUTIVE TO THE UNDISCHARGED TERMS OF IMPRISONMENT IN THE NEW YORK CASES**

It is ordered that the defendant shall pay to the United States a special assessment of $500, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Defendant shall pay restitution in the total amount of $7,603,754.00 pursuant to 18 U.S.C. §3663A to victims as set forth in a separate victim list prepared by the probation office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim. The victim list, which shall be forwarded to the fiscal section of the clerk's office shall remain confidential to protect the privacy interests of the victims.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $50, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

**EXHIBIT "3"**
**Page 50**

USA vs.   Michael John Avenatti                          Docket No.:   SACR 19-61JVS

If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified in the judgment. Pursuant to 18 U.S.C. § 3664(j)(1), Michael Q. Eagan shall begin receiving payment only after victims GJ, AG, GB, and MP have been fully compensated for their losses.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The defendant shall comply with Second Amended General Order No. 20-04.

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

The Court has found that the property identified in the preliminary order of forfeiture is subject to forfeiture. The preliminary order is incorporated by reference into this judgment and is final.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Michael John Avenatti, is hereby committed on Count 5, 8-10, and 19 of the Indictment to the custody of the Bureau of Prisons for a term of 168 months. This term consists of 168 months on each of Counts 5 and 8-10 of the Indictment and 36 months on Count 19, all to be served concurrently as to one another.

The foregoing term shall be served consecutively to the undischarged terms of imprisonment imposed in United States District Court, Southern District of New York, Docket Nos. 1:19-CR-00373-PGG and 1:19-CR-00374-JMF.

The Court recommends that the Bureau of Prisons conduct a mental health evaluation of the defendant and provide all necessary treatment. Further, the Court further recommends that the Bureau of Prisons evaluate Avenatti's eligibility for the 500-hour Residential Drug Abuse Program (RDAP).

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three (3) years. This term consists of three (3) years on each of Counts 5 and 8-10, and one (1) year on Counts 19 of the Indictment, all such terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04, including the conditions of probation and supervised release set forth in Section III of Second Amended General Order 20-04.

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

3. During the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment.

**EXHIBIT "3"**
**Page 51**

USA vs.   Michael John Avenatti                          Docket No.:   SACR 19-61JVS

4.   The defendant shall truthfully and timely file and pay taxes during the period of community supervision.  Further, the defendant shall show proof to the Probation Officer of compliance with this order.

5.   The defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

6.   The defendant shall report this conviction to the State Bar of California, and to any other state in which the defendant has been licensed as an attorney, and thereafter comply with any orders, including any employment or business restrictions. Further, the defendant shall show proof to the Probation Officer of compliance with this order.

7.   The defendant shall cooperate in the collection of a DNA sample from the defendant.

8.   The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any other financial gains to the Court-ordered financial obligation.

9.   The defendant shall submit the defendant's person, property, house, residence, vehicle, papers, computers, cell phones, other electronic communications or data storage devices or media, email accounts, social media accounts, cloud storage accounts, or other areas under the defendant's control, to a search conducted by a United States Probation Officer or law enforcement officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search pursuant to this condition will be conducted at a reasonable time and in a reasonable manner upon reasonable suspicion that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

10.   The defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the Probation Officer.

11.   As directed defendant is ordered to pursue treatment to the aftercare contractors during the period of community supervision.  The defendant shall provide payment and proof of payment as directed by the Probation Officer. If the defendant has no ability to pay, no payment shall be required.by the Probation Officer, the defendant shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision.  The defendant shall provide payment and proof of payment as directed by the Probation Officer.  If the defendant has no ability to pay, no payment shall be required.

12.   Pursuant to USSG § 5E1.1(a)(2), the defendant shall pay restitution in the total amount of $3,207,144. The amount of restitution shall be paid as follows: Internal Revenue Service, Attn: MPU, Stop 151, Restitution, 4800 Buford Highway, Chamblee, GA 30341. The Court finds from a consideration of the record that the defendant's economic circumstances do not allow for a full and

**EXHIBIT "3"**
**Page 52**

| USA vs. | Michael John Avenatti | | Docket No.: | SACR 19-61JVS |
|---|---|---|---|---|

immediate payment of restitution. Restitution to paid to the Government shall be paid only after victims GJ, AG, GB, MP and MQE are paid their due restitution.

The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendant's treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

The Court authorizes the Probation Officer to disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social service agencies (such as the State of California, Department of Social Service), for the purpose of the client's rehabilitation.

On the Government's motion, the remaining counts are ordered DISMISSED. Defendant is advised of his appeal rights. All outstanding motions are denied including, specifically, the request for an evidentiary hearing.

The Court recommends that the defendant be housed at the Federal Prison Camp at Lompoc.

Passports are ordered returned to counsel Dean Steward.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

December 6, 2022
_____
Date

U.S. District Judge James V Selna

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

12/8/2022
_____
Filed Date

By    Lisa Bredahl
_____
Deputy Clerk

USA vs. _____     Docket No.: _____

The defendant must comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant must not commit another federal, state, or local crime;
2. The defendant must report to the probation office in the federal judicial district of residence within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer;
3. The defendant must report to the probation office as instructed by the court or probation officer;
4. The defendant must not knowingly leave the judicial district without first receiving the permission of the court or probation officer;
5. The defendant must answer truthfully the inquiries of the probation officer, unless legitimately asserting his or her Fifth Amendment right against self-incrimination as to new criminal conduct;
6. The defendant must reside at a location approved by the probation officer and must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence;
7. The defendant must permit the probation officer to contact him or her at any time at home or elsewhere and must permit confiscation of any contraband prohibited by law or the terms of supervision and observed in plain view by the probation officer;
8. The defendant must work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons and must notify the probation officer at least ten days before any change in employment or within 72 hours of an unanticipated change;
9. The defendant must not knowingly associate with any persons engaged in criminal activity and must not knowingly associate with any person convicted of a felony unless granted permission to do so by the probation officer. This condition will not apply to intimate family members, unless the court has completed an individualized review and has determined that the restriction is necessary for protection of the community or rehabilitation;
10. The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
11. The defendant must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12. For felony cases, the defendant must not possess a firearm, ammunition, destructive device, or any other dangerous weapon;
13. The defendant must not act or enter into any agreement with a law enforcement agency to act as an informant or source without the permission of the court;
14. The defendant must follow the instructions of the probation officer to implement the orders of the court, afford adequate deterrence from criminal conduct, protect the public from further crimes of the defendant; and provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

**EXHIBIT "3"**
**Page 54**

USA vs. _____    Docket No.: _____

☐    The defendant must also comply with the following special conditions (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant must pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment under 18 U.S.C. § 3612(f)(1). Payments may be subject to penalties for default and delinquency under 18 U.S.C. § 3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed before April 24, 1996. Assessments, restitution, fines, penalties, and costs must be paid by certified check or money order made payable to "Clerk, U.S. District Court." Each certified check or money order must include the case name and number. Payments must be delivered to:

        United States District Court, Central District of California
        Attn: Fiscal Department
        255 East Temple Street, Room 1178
        Los Angeles, CA 90012

or such other address as the Court may in future direct.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant must pay the balance as directed by the United States Attorney's Office. 18 U.S.C. § 3613.

The defendant must notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence address until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. § 3612(b)(l)(F).

The defendant must notify the Court (through the Probation Office) and the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. § 3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution under 18 U.S.C. § 3664(k). See also 18 U.S.C. § 3572(d)(3) and for probation 18 U.S.C. § 3563(a)(7).

        Payments will be applied in the following order:

            1. Special assessments under 18 U.S.C. § 3013;
            2. Restitution, in this sequence (under 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
                    Non-federal victims (individual and corporate),
                    Providers of compensation to non-federal victims,
                    The United States as victim;
            3. Fine;
            4. Community restitution, under 18 U.S.C. § 3663(c); and
            5. Other penalties and costs.

### CONDITIONS OF PROBATION AND SUPERVISED RELEASE PERTAINING TO FINANCIAL SANCTIONS

As directed by the Probation Officer, the defendant must provide to the Probation Officer:  (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant must not apply for any loan or open any line of credit without prior approval of the Probation Officer.

When supervision begins, and at any time thereafter upon request of the Probation Officer, the defendant must produce to the Probation and Pretrial Services Office records of all bank or investments accounts to which the defendant has access, including any business or trust accounts. Thereafter, for the term of supervision, the defendant must notify and receive approval of the Probation Office in advance of opening a new account or modifying or closing an existing one, including adding or deleting signatories; changing the account number or name, address, or other identifying information affiliated with the account; or any other modification. If the Probation Office approves the new account, modification or closing, the defendant must give the Probation Officer all related account records within 10 days of opening, modifying or closing the account. The defendant must not direct or ask anyone else to open or maintain any account on the defendant's behalf.

The defendant must not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

        These conditions are in addition to any other conditions imposed by this judgment.

**EXHIBIT "3"**
**Page 55**

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____        By _____
Date                                            Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____        By _____
Filed Date                                      Deputy Clerk

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
Defendant                                              Date

_____        _____
U. S. Probation Officer/Designated Witness          Date

**EXHIBIT "3"**
**Page 56**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION OF FEDERAL PRISONER, MICHAEL J. AVENATTI; AND DIRECTING FEDERAL BUREAU OF PRISONS TO ALLOW DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B; AND TRUSTEE'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT DEPOSITION OF FEDERAL PRISONER, MICHAEL J. AVENATTI; AND DIRECTING FEDERAL BUREAU OF PRISONS TO ALLOW DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(a)(2)(B** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **July 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2023 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:
- **ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **DEFENDANT AND ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
- **CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

2. <u>**SERVED BY UNITED STATES MAIL**</u>: CONTINUED:

INTERESTED PARTY
MICHAEL J. AVENATTI, REGISTER NUMBER 86743-054
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA 90733

INTERESTED PARTY
FEDERAL BUREAU OF PRISONS
CENTRAL OFFICE HQ
320 FIRST STREET, NW
WASHINGTON, DC 20534

INTERESTED PARTY
OFFICER M. KOEDEL (IN CHARGE OF UNIT D)
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA 90733

4888-2877-9092, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**