David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO &
  GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
DBG@LNBYG.com; KR@LNBYG.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>    Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>    Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>    Defendants. | **DEFENDANTS' OBJECTION FOR FORM OF "ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES"**<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

    **TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY**

**JUDGE:**

    Defendants The X-Law Group, P.C., Filippo Marchino, and Elba Hernandez

("Defendants")  hereby file their opposition to the form of "*Order Granting Motion For Leave*

*To Conduct Deposition Of Michael J. Avenatti And Modifying Discovery Deadlines*" (the

"Plaintiff's Order").  A copy of Plaintiff's Order is attached hereto as **Exhibit "A"**.  A proposed

1  Corrected Order, in redline format, is attached hereto as **Exhibit "B"**.  A clean version of the

2  proposed Corrected Order is attached hereto as **Exhibit "C"** and lodged concurrently herewith.

3        At the hearing to consider Plaintiff's Motion ("<u>Motion</u>") for Order Granting Motion For

4  Leave To Conduct Deposition Of Michael J. Avenatti And Modifying Discovery Deadlines, the

5  Court's tentative ruling to grant the Motion focused on permitting a deposition of Mr. Avenatti

6  on the new claims asserted in Plaintiff's Third Amended Complaint, which Defendants sought to

7  confirm.  A discussion was held on the record as to what may happen if Plaintiff asks

8  foundational questions included in the claims asserted prior to the Third Amended Complaint, to

9  which Defendants had no objection.  Defendants did point out to the Court that the sole

10  remaining discovery in the claims asserted prior to those in the Third Amended Complaint were

11  the depositions of the experts for the parties.  The Court inquired that maybe discovery should be

12  opened up for all matters, which was objected to by Defendants at this time.  At the conclusion

13  of the hearing, the Court did not open discovery as to all matters.  Rather, the Court extended the

14  deadlines for expert discovery and deadline to submit motions for summary judgment without

15  prejudice to the parties returning to the Court to raise any issues that may be relevant after

16  Mr. Avenatti's deposition.  Importantly, however, the Court did not open discovery as to all

17  matters and maintained its tentative decision that the deposition may proceed as to the new

18  claims asserted in the Third Amended Complaint.  Notwithstanding the foregoing, the proposed

19  Plaintiff's Order expressly provides for questions to be open on any and all topics.

20        Defendants object to the form of Plaintiff's Order for the limited purpose that the Court

21  did not open discovery on all issues and did not allow any questioning to proceed.  Based on the

22  foregoing, Defendants have provided a redline version of the order, a copy of which is attached

23  hereto as **Exhibit "B"** which provides for the corrected language as ordered by the Court.  A

24  clean version of the corrected order has also been lodged concurrently herewith.

25  ///

26  ///

27  //

28  ///

2

**WHEREFORE**, Defendants respectively request that the Court not enter Plaintiff's Order and, instead, enter the Corrected order submitted by Defendants.

Dated:  August 24, 2023

**LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

By:  /S/ *David B. Golubchik*
DAVID B. GOLUBCHIK
KURT RAMLO
Attorneys for Defendants The X-Law Group, P.C.
and Filippo Marchino

**EXHIBIT A**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD L. KELLNER (State Bar No. 171416)<br>rlk@kellnerlaw.com<br>KELLNER LAW GROUP PC<br>1180 South Beverly Drive, Suite 610<br>Los Angeles, California 90035<br>Telephone: (310) 780-6759<br>Facsimile: (310) 277-0635<br><br>Special Litigation Attorneys for Plaintiff and<br>Chapter 7 Trustee, RICHARD A. MARSHACK<br><br>In Association with,<br><br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>870 Roosevelt<br>Irvine, CA  92620<br>Telephone: 949-333-7777<br>Facsimile: 949-333-7778<br><br>General Counsel for Plaintiff and Chapter 7 Trustee,<br>RICHARD A. MARSHACK | |
| ☐  *Individual appearing without attorney*<br>☒  *Attorney for Plaintiff* Richard A. Marshack, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor(s). | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
|---|---|
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff,<br>v.<br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased; YOUNG BLUE LLC, a limited liability company; and SANDY LE, individually and on behalf of Tina Ngan Le, decedent,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**  (*title of motion[1]*):   <u>MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES</u> |

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER GRANTING MOTION FOR LEAVE TO
CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES</u> was
lodged on (*date*) <u>August 18, 2023</u> and is attached. This order relates to the motion which is docket number
<u>318</u>.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*
4850-2270-6893,v.1                                    Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Friday, August 18, 2023

[ Upload Again ]

<u>CONFIRMATION</u> :

You've successfully uploaded the order:
( **11285107.docx** )
A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Marshack v. The X-Law Group, PC, a professional corporation et
- **Case Number**:  20-01086
- **Judge Initial**:  SC
- **Case Type**:  ap ( Adversary )
- **Document Number**:  318
- **On Date**:  08/18/2023 @ 06:39 PM

Please  print  🖶  this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

In Association with,

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
870 Roosevelt
Irvine, CA  92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>           Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.:  8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>                Plaintiff,<br><br>    v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>            Defendants. | ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On August 14, 2023, at 10:30 a.m., the Court held a hearing on the motion filed by Richard

A. Marshack, Chapter 7 Trustee ("Trustee") and plaintiff ("Plaintiff") in the above-captioned

adversary proceeding, for leave to conduct a deposition of federal prisoner Michael J. Avenatti, filed

4866-8872-7092,v.1/1015-131.2

on July 10, 2023, as Adv. Dk. No. 318 ("Motion"). Defendants The X-Law Group, P.C., Filippo

Marchino, and Elba Hernandez ("Defendants") filed an opposition to the Motion as Adv. Dk. No.

320. At the hearing, Tinho Mang and Richard L. Kellner appeared on behalf of the Plaintiff. David

B. Golubchik and Filippo Marchino appeared on behalf of the Defendants. Michael J. Avenatti also

appeared via telephone. After considering the Motion, Opposition, Trustee's reply filed as Adversary

Docket No. 323 (as modified by notice of errata filed as Adv. Dk. No. 325), the oral statements of

the parties on the record, and all other documents on file with this case and properly subject to

judicial notice, the Court found good cause to grant the Motion, as modified on the record.

IT IS ORDERED:

1.      The Motion is granted.

2.      Plaintiff is authorized to conduct a deposition of Michael John Avenatti, Prisoner

Register No. 86743-054 ("Mr. Avenatti"), in coordination with the Federal Bureau of Prisons

("BOP"), via remote videoconference means. Plaintiff is authorized to conduct the deposition over

two full-day, eight-hour sessions in coordination with the BOP.

3.      Plaintiff shall immediately transmit a copy of the operative protective order in this

case to Mr. Avenatti, at his mailing address at FCI Terminal Island.

4.      Subject only to a future limiting order by the Court, there shall be no limitation on the

questions asked by parties at the deposition, and Mr. Avenatti is not prohibited from exercising his

Fifth Amendment right against self-incrimination in response to any questions. Additionally,

Plaintiff, at his election, may allocate a portion of the authorized deposition time to ask questions

related to any pending adversary proceedings, including but not limited to *Marshack v. Avenatti*,

8:19-ap-01186-SC, provided that notice to parties involved in those cases is promptly provided.

5.      All current operative deadlines set forth in the Court's scheduling order, entered on

June 2, 2023, as Adversary Docket No. 315, are vacated and shall be reset by agreement of the

parties. Unless otherwise agreed or ordered, the Court's currently scheduled pre-trial conference

shall remain on February 15, 2024, at 11:00 a.m.

2

6.      No later than 14 days after entry of this Order, Plaintiff and Defendants **shall**
cooperate to file with the Court with a fulsome stipulation of all dates and schedules that need to be
adjusted to accommodate the deposition herein, and to provide a discovery schedule.

###

4866-8872-7092,v.1/1015-131.2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT)** will be served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August
18, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **August 18, 2023**, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**INTERESTED PARTY MICHAEL J. AVENATTI**
**REGISTER NUMBER 86743-054**
**FCI TERMINAL ISLAND FEDERAL CORRECTIONAL INSTITUTION**
**PO BOX 3007 SAN PEDRO, CA 90733**

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **August 18, 2023**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2023 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **DEFENDANT AND ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
- **CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbnlawyers.com
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyb.com, kr@ecf.inforuptcy.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com; hrichmond@landaufirm.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4888-2877-9092, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**EXHIBIT B**

David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO &
  GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
DBG@LNBYG.com; KR@LNBYG.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

In Association with,
D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:19-bk-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | **CORRECTED ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES** |
| Plaintiff, | |
| v. | |

| | | |
|---|---|---|
| 1 | THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased, | Date: August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |
| 5 | Defendants. | |

On August 14, 2023, at 10:30 a.m., the Court held a hearing on the motion filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee") and plaintiff ("Plaintiff") in the above-captioned adversary proceeding, for leave to conduct a deposition of federal prisoner Michael J. Avenatti, filed on July 10, 2023, as Adv. Dk. No. 318 ("Motion"). Defendants The X-Law Group, P.C., Filippo Marchino, and Elba Hernandez ("Defendants") filed an opposition to the Motion as Adv. Dk. No. 320. At the hearing, Tinho Mang and Richard L. Kellner appeared on behalf of the Plaintiff. David B. Golubchik and Filippo Marchino appeared on behalf of the Defendants. Michael J. Avenatti also appeared via telephone. After considering the Motion, Opposition, Trustee's reply filed as Adversary Docket No. 323 (as modified by notice of errata filed as Adv. Dk. No. 325), the oral statements of the parties on the record, and all other documents on file with this case and properly subject to judicial notice, the Court found good cause to grant the Motion, as modified on the record.

IT IS ORDERED:

1. The Motion is granted.

2. Plaintiff is authorized to conduct a deposition of Michael John Avenatti, Prisoner Register No. 86743-054 ("Mr. Avenatti"), in coordination with the Federal Bureau of Prisons ("BOP"), via remote videoconference means. Plaintiff is authorized to conduct the deposition over two full-day, eight-hour sessions in coordination with the BOP.

3. Plaintiff shall immediately transmit a copy of the operative protective order in this case to Mr. Avenatti, at his mailing address at FCI Terminal Island.

4. Subject only to a future limiting order by the Court, Plaintiff and Defendants shall have the right to ask questions with respect to the new claim(s) asserted in the Third Amended

1   Complaint in this Adversary Proceeding~~there shall be no limitation on the questions asked by~~

2   ~~parties at the deposition~~, and Mr. Avenatti is not prohibited from exercising his Fifth

3   Amendment right against self-incrimination in response to any questions. Additionally, Plaintiff,

4   at his election, may allocate a portion of the authorized deposition time to ask questions related

5   to any pending adversary proceedings, including but not limited to *Marshack v. Avenatti*, 8:19-

6   ap-01186-SC, provided that notice to parties involved in those cases is promptly provided.

7        5. All current operative deadlines set forth in the Court's scheduling order, entered on

8   June 2, 2023, as Adversary Docket No. 315, are vacated and shall be reset by agreement of the

9   parties. Unless otherwise agreed or ordered, the Court's currently scheduled pre-trial conference

10   shall remain on February 15, 2024, at 11:00 a.m.

11        6. No later than 14 days after entry of this Order, Plaintiff and Defendants **shall** cooperate

12   to file with the Court with a fulsome stipulation of all dates and schedules that need to be

13   adjusted to accommodate the deposition herein, and to provide a discovery schedule.

14                         ###

**EXHIBIT C**

1  David B. Golubchik (State Bar No. 185520)
   Kurt Ramlo (State Bar No. 166856)
2  LEVENE, NEALE, BENDER, YOO &
     GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Tel: (310) 229-1234; Fax: (310) 229-1244
   DBG@LNBYG.com; KR@LNBYG.com
5
6  Attorneys for Defendants The X-Law
   Group, P.C. and Filippo Marchino

7              **UNITED STATES BANKRUPTCY COURT**

8         **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 9  In re: | Case No.: 8:19-bk-13560-SC |
| 10  EAGAN AVENATTI, LLP, | Chapter 7 |
| 11      Debtor. | Adv. No.: 8:20-ap-01086-SC |
| 12 | |
| 13  RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | **CORRECTED ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES** |
| 14 | |
| 15      Plaintiff, | |
|     v. | |
| 16 | Date: August 14, 2023 |
| 17  THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased, | Time: 10:30 a.m. |
| 18 | Ctrm: 5C – Via ZoomGov |
|     | Address: 411 W. Fourth Street, Santa Ana, CA 92701 |
| 19 | |
| 20      Defendants. | |

21          On August 14, 2023, at 10:30 a.m., the Court held a hearing on the motion filed by

22  Richard A. Marshack, Chapter 7 Trustee ("Trustee") and plaintiff ("Plaintiff") in the above-

23  captioned adversary proceeding, for leave to conduct a deposition of federal prisoner Michael J.

24  Avenatti, filed on July 10, 2023, as Adv. Dk. No. 318 ("Motion"). Defendants The X-Law

25  Group, P.C., Filippo Marchino, and Elba Hernandez ("Defendants") filed an opposition to the

26  Motion as Adv. Dk. No. 320. At the hearing, Tinho Mang and Richard L. Kellner appeared on

27  behalf of the Plaintiff. David B. Golubchik and Filippo Marchino appeared on behalf of the

28

Defendants. Michael J. Avenatti also appeared via telephone. After considering the Motion, Opposition, Trustee's reply filed as Adversary Docket No. 323 (as modified by notice of errata filed as Adv. Dk. No. 325), the oral statements of the parties on the record, and all other documents on file with this case and properly subject to judicial notice, the Court found good cause to grant the Motion, as modified on the record.

IT IS ORDERED:

1. The Motion is granted.

2. Plaintiff is authorized to conduct a deposition of Michael John Avenatti, Prisoner Register No. 86743-054 ("Mr. Avenatti"), in coordination with the Federal Bureau of Prisons ("BOP"), via remote videoconference means. Plaintiff is authorized to conduct the deposition over two full-day, eight-hour sessions in coordination with the BOP.

3. Plaintiff shall immediately transmit a copy of the operative protective order in this case to Mr. Avenatti, at his mailing address at FCI Terminal Island.

4. Subject only to a future limiting order by the Court, Plaintiff and Defendants shall have the right to ask questions with respect to the new claim(s) asserted in the Third Amended Complaint in this Adversary Proceeding, and Mr. Avenatti is not prohibited from exercising his Fifth Amendment right against self-incrimination in response to any questions. Additionally, Plaintiff, at his election, may allocate a portion of the authorized deposition time to ask questions related to any pending adversary proceedings, including but not limited to *Marshack v. Avenatti*, 8:19-ap-01186-SC, provided that notice to parties involved in those cases is promptly provided.

5. All current operative deadlines set forth in the Court's scheduling order, entered on June 2, 2023, as Adversary Docket No. 315, are vacated and shall be reset by agreement of the parties. Unless otherwise agreed or ordered, the Court's currently scheduled pre-trial conference shall remain on February 15, 2024, at 11:00 a.m.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     6. No later than 14 days after entry of this Order, Plaintiff and Defendants **shall** cooperate to file with the Court with a fulsome stipulation of all dates and schedules that need to be adjusted to accommodate the deposition herein, and to provide a discovery schedule.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Defendants' Objection For Form Of "Order Granting Motion For Leave To Conduct Deposition Of Michael J. Avenatti And Modifying Discovery Deadlines"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Richard L Kellner    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Filippo Marchino    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
- Kurt Ramlo    kr@lnbyg.com, kr@ecf.inforuptcy.com
- John P. Reitman    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **August 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 25, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2023 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**