David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO &
　GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
DBG@LNBYG.com; KR@LNBYG.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino



**FILED & ENTERED**

**AUG 29 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>　　　Debtor.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>　　　Defendants. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO CONDUCT DEPOSITION OF MICHAEL J. AVENATTI AND MODIFYING DISCOVERY DEADLINES**<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 5C – Via ZoomGov<br>Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

On August 14, 2023, at 10:30 a.m., the Court held a hearing on the motion filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee") and plaintiff ("Plaintiff") in the above-captioned adversary proceeding, for leave to conduct a deposition of federal prisoner Michael J. Avenatti, filed on July 10, 2023, as Adv. Dk. No. 318 ("Motion"). Defendants The X-Law Group, P.C., Filippo Marchino, and Elba Hernandez ("Defendants") filed an opposition to the Motion as Adv. Dk. No. 320. At the hearing, Tinho Mang and Richard L. Kellner appeared on behalf of the Plaintiff. David B. Golubchik and Filippo Marchino appeared on behalf of the

1  Defendants. Michael J. Avenatti also appeared via telephone. After considering the Motion,
2  Opposition, Trustee's reply filed as Adversary Docket No. 323 (as modified by notice of errata
3  filed as Adv. Dk. No. 325), the oral statements of the parties on the record, and all other
4  documents on file with this case and properly subject to judicial notice, the Court found good
5  cause to grant the Motion, as modified on the record.

6      IT IS ORDERED:

7      1. The Motion is granted.

8      2. Plaintiff is authorized to conduct a deposition of Michael John Avenatti, Prisoner
9  Register No. 86743-054 ("Mr. Avenatti"), in coordination with the Federal Bureau of Prisons
10 ("BOP"), via remote videoconference means. Plaintiff is authorized to conduct the deposition
11 over two full-day, eight-hour sessions in coordination with the BOP.

12     3. Plaintiff shall immediately transmit a copy of the operative protective order in this case
13 to Mr. Avenatti, at his mailing address at FCI Terminal Island.

14     4. Subject only to a future limiting order by the Court, Plaintiff and Defendants shall have
15 the right to ask questions with respect to the new claim(s) asserted in the Third Amended
16 Complaint in this Adversary Proceeding; however, this restriction does not apply if the testimony
17 elicited by Mr. Avenatti opens up additional lines of questioning which reach beyond the new
18 claim(s) asserted in the Third Amended Complaint. To be clear, while Plaintiff does not initially
19 have unfettered discretion to question Mr. Avenatti on any topic beyond that related to the new
20 claim(s) asserted in the Third Amended Complaint, if Mr. Avenatti's testimony opens the door
21 to questioning beyond these parameters, Plaintiff is free to respond with follow-up questions. Mr.
22 Avenatti is not prohibited from exercising his Fifth Amendment right against self-incrimination
23 in response to any questions. Additionally, Plaintiff, at his election, may allocate a portion of the
24 authorized deposition time to ask questions related to any pending adversary proceedings,
25 including but not limited to *Marshack v. Avenatti*, 8:19-ap-01186-SC, provided that notice to
26 parties involved in those cases is promptly provided.

27     5. All current operative deadlines set forth in the Court's scheduling order, entered on
28

June 2, 2023, as Adversary Docket No. 315, are vacated and are reset pursuant to the order approving the parties' stipulation filed August 28, 2023, entered August 28, 2023 [Dk. 337].

6. Defendants' Objection filed August 25, 2023, [Dk. 333] to the Form of the Order submitted by Plaintiff is sustained.

**IT IS SO ORDERED.**

Date: August 29, 2023

Scott C. Clarkson
United States Bankruptcy Judge