David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
**LEVENE, NEALE, BENDER,**
  **YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
dbg@lnbyg.com; kr@lnbyg.com;

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
fm@xlawx.com; tg@xlawx.com

Attorneys for Defendant Elba Hernandez,
individually and as personal representative
and successor in interest to Andres Ramirez, deceased

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Santa Ana Division

| | |
|---|---|
| In re: | Case No. 8:19-BK-13560-SC |
| EAGAN AVENATTI, LLP, | Chapter 7 |
| Debtor. | Adversary No. 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP, | **STIPULATION TO RE-SCHEDULE HEARING ON SECOND MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | [No Hearing Requested] |
| v. | |
| THE X-LAW GROUP, PC, a professional corporation; et al., | |
| Defendants. | |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This stipulation ("**Stipulation**") is entered into by and between Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("**Trustee**") of the bankruptcy estate ("**Estate**") of Eagan Avenatti, LLP ("**Debtor**"); and Defendants, The X-Law Group, PC, a professional corporation ("**X-Law**"); Filippo Marchino, an individual ("**Marchino**"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased ("**Hernandez**") (collectively with X-Law and Marchino, "**Defendants**"; Defendants collectively with the Trustee, "**Parties**"), by and through their undersigned counsel as follows:

## RECITALS

A. On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

B. On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding.

C. In connection with this adversary proceeding, the Court scheduled two (2) separate dates to consider motions for summary judgment.

D. The first motion for summary judgment has been filed and scheduled to be heard on June 13, 2024. No modifications are sought with respect to the foregoing.

E. The second hearing to consider a separate motion for summary judgment is currently scheduled for July 11, 2024 (the "**Second MSJ Hearing**").

F. Counsel for Defendants reached out to counsel for the Trustee and requested to reschedule the Second MSJ Hearing as a result of certain medical infirmities currently being suffered by one of the counsel for the Defendants.

G. The Trustee has agreed to reschedule the Second MSJ Hearing, subject to order of this Court and this Stipulation.

## STIPULATION

1. The Parties agree and stipulate that the Second MSJ Hearing shall be rescheduled

to August 14, 2024 or such other date available for the Court close to the foregoing date;

    2.    Briefing associated with such rescheduled date shall comply with the Local Bankruptcy Rules for the Central District of California; and

    3.    The Pre-Trial Conference, currently scheduled for September 19, 2024, shall remain on calendar without changes.

Dated: May 24, 2024    **KELLNER LAW GROUP PC**

In Association with,

**MARSHACK HAYS WOOD LLP**

By: _____
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

Dated: May 24, 2024    **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

By:   /s/ David B. Golubchik
DAVID B. GOLUBCHIK
KURT RAMLO
Attorneys for Defendants The X-Law Group, P.C. and Filippo Marchino

Dated: May 24, 2024    **THE X-LAW GROUP, P.C.**

By: _____
FILIPPO MARCHINO
Attorneys for Defendant Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Stipulation To Re-Schedule Hearing On Second Motion For Summary Judgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 28, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Richard L Kellner    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Filippo Marchino    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Kurt Ramlo    kr@lnbyg.com, kr@ecf.courtdrive.com
- John P. Reitman    jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **May 28, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 28, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE