David B. Golubchik (State Bar No. 185520)
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
DBG@LNBYG.com; KR@LNBYG.com

Attorneys for Defendants The X-Law Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Defendants
Elba Hernandez and The Estate of Andres Ramirez

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>Defendants. | STIPULATION TO CONTINUE DISCOVERY DEADLINE<br><br><u>Current Pretrial Conference</u><br><br>Date: February 12, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5C |

///

///

///

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez") (collectively, "Parties"), by and through their undersigned counsel as follows:

## Recitals

A. On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

B. On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding.

C. On May 2, 2025 the Court continued the pretrial conference from May 6, 2025 to January 20, 2026, and reopened discovery, with an indicated continued discovery deadline of November 14, 2025 (Dkt. No. 475)

D. In the same order, the Court found that the "Trustee may have not sufficiently disclosed some of the Witnesses and Exhibits; however, Defendants have been fully aware of each's existence. Therefore, to ensure no prejudice to either party, and to avoid frowned upon litigation tactics by either side, the discovery deadline in this matter shall be reopened to ensure full disclosure of all witnesses and exhibits intended to be proffered at trial by either party."

E. On May 27, 2025, pursuant to a joint stipulation between the parties, the Court continued the pretrial conference from January 20, 2026 to February 12, 2026.

F. Between May and October of 2025, the Defendants have diligently sought discovery from the Trustee and newly disclosed third party witnesses, including, but not limited to, Mr. Jason Frank, Mr. Brian Weiss and Force10 Partners. However, due to a combination of factors, including both discovery disputes (which the parties are trying to informally resolve) and external

circumstances outside of the parties control, the current discovery deadline would prejudice the Parties.

G. Accordingly, and to avoid any prejudice, the parties now seek to extend the discovery deadline through to and including January 29, 2026.

WHEREFORE, the Parties agree and STIPULATE as follows:

1. The discovery deadline indicated in Docket No. 475 continued to January 29, 2026.

2. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

3. The present stipulation is not intended to continue the current pre-trial conference date of February 12, 2026.

Dated: October 22, 2025

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By_______________________
DAVID B. GOLUBCHIK
Attorneys for Defendants the X-Law Group, P.C. and Filippo Marchino

Dated: October 21, 2025

THE X-LAW GROUP, P.C.

By_______________________
FILIPPO MARCHINO
THOMAS E. GRAY
Attorneys for Defendant Elba Hernandez

Dated: October 21, 2025

KELLNER LAW GROUP PC

In Association with,

MARSHACK HAYS WOOD LLP

By_______________________
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Stipulation to Continue Discovery Deadline** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 22, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com**
- **D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com**
- **Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com**
- **Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com**
- **Filippo Marchino fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com**
- **Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com**
- **Alan I Nahmias anahmias@mbn.law, jdale@mbn.law**
- **Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email**
- **John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On **October 22, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 22, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2025 | Rebecka Merritt | */s/ Rebecka Merritt* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**