United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 20-01086-SC

The X-Law Group, PC, a professional corp,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | + Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| md | + Email/Text: anahmias@mirmanbubman.com | Oct 24 2025 01:08:00 | Alan I Nahmias, Mirman, Bubman & Nahmias, LLP, 21860 Burbank Boulevard, Suite 360, Woodland Hills, CA 91367-7406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Elba Hernandez, individually and as personal repre |
| dft | | Filippo Marchino |
| pla | | Richard A. Marshack |
| dft | | Sandy Le, individually and on behalf of Tina Ngan |
| dft | | The X-Law Group, PC, a professional corporation |
| dft | | Young Blue LLC, a limited liability company |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: pdf031 | Total Noticed: 2 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan I Nahmias | on behalf of Mediator Alan I Nahmias anahmias@mbn.law  jdale@mbn.law |
| D Edward Hays | on behalf of Defendant The X-Law Group PC, a professional corporation ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Defendant Filippo Marchino ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David B Golubchik | on behalf of Defendant The X-Law Group PC, a professional corporation dbg@lnbyg.com, dbg@lnbyg.com |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com  dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Filippo Marchino dbg@lnbyg.com  dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased dbg@lnbyg.com, dbg@lnbyg.com |
| Filippo Marchino | on behalf of Defendant Sandy Le individually and on behalf of Tina Ngan Le, decedent fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Young Blue LLC a limited liability company fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Filippo Marchino fm@xlawx.com  tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant The X-Law Group PC, a professional corporation fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| John P. Reitman | on behalf of Plaintiff Richard A. Marshack jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| Kurt Ramlo | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant The X-Law Group PC, a professional corporation RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant Filippo Marchino RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| Richard L Kellner | on behalf of Trustee Richard A Marshack (TR) rlk@kellnerlaw.com  irma.c.deleon@gmail.com |
| Richard L Kellner | on behalf of Plaintiff Richard A. Marshack rlk@kellnerlaw.com  irma.c.deleon@gmail.com |
| Tinho Mang | on behalf of Plaintiff Richard A. Marshack tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf031 | Total Noticed: 2 |

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 24

```
 1  David B. Golubchik (State Bar No. 185520)
    LEVENE, NEALE, BENDER,
 2    YOO & GOLUBCHIK L.L.P.
    2818 La Cienega Avenue
 3  Los Angeles, California 90034
    Tel: (310) 229-1234; Fax: (310) 229-1244
 4  dbg@lnbyg.com

 5  Attorneys for Defendants The X-Law
    Group, P.C. and Filippo Marchino
 6
    Filippo Marchino (State Bar No. 256011)
 7  Thomas E. Gray (State Bar No. 299898)
    THE X-LAW GROUP, P.C.
 8  625 Fair Oaks Ave, Suite 390
    South Pasadena, CA 91030
 9  Tel: (213) 599-3380; Fax: (213) 599-3370
    fm@xlawx.com; tg@xlawx.com
10
    Attorneys for Defendant Elba Hernandez,
11  individually and as personal representative
    and successor in interest to Andres Ramirez, deceased
12
```

**FILED & ENTERED**

**OCT 23 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Santa Ana Division**

| In re:<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; et al.,<br><br>Defendants. | Case No. 8:19-BK-13560-SC<br><br>Chapter 7<br><br>Adversary No. 8:20-ap-01086-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE**<br><br>Current Pretrial Conference<br>Date: February 12, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5C<br><br>Continued Pretrial Conference<br>Date: March 3, 2026<br>Time: 1:30 p.m.<br>Ctrm: 5C |
|---|---|

This Court, having considered that certain Stipulation To Continue Discovery Deadline (the "Stipulation"), the entire record in this adversary proceeding, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is hereby approved;
2. The Discovery Deadline is extended through January 29, 2026; and
3. The current Pre-Trial Conference scheduled for February 12, 2026 at 10:00 a.m. is continued to March 3, 2026, at 1:30 p.m.

### # # #

Date: October 23, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2