David B. Golubchik (State Bar No. 185520)
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue
Los Angeles, California 90034
Tel: (310) 229-1234; Fax: (310) 229-1244
DBG@LNBYG.com; KR@LNBYG.com

Attorneys for Defendants The X-Law
Group, P.C. and Filippo Marchino

Filippo Marchino (State Bar No. 256011)
Thomas E. Gray (State Bar No. 299898)
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave, Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380; Fax: (213) 599-3370
FM@XLAWX.COM; TG@XLAWX.COM

Attorneys for Defendants
Elba Hernandez and The Estate of Andres Ramirez

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>            Plaintiff,<br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>            Defendants. | STIPULATION TO STAY ACTION DURING PENDING SETTLEMENT NEGOTIATIONS<br><br><u>Current Pretrial Conference</u><br><br>Date: March 3, 2026<br>Time: 1:30 p.m..<br>Ctrm: 5C |

/ / /

/ / /

/ / /

1

STIPULATION TO STAY ACTION

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez") (collectively, "Parties"), by and through their undersigned counsel as follows:

## Recitals

A. On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

B. On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding.

C. On October 23, 2025 the Court continued the pretrial conference from February 12, 2026 to March 3, 2026. (Dkt. No. 484)

D. As of December 1, 2025, the Parties are actively pursuing discovery, including discovery yet to be completed and relative motions to compel. In the specific:

    a. The Trustee has provided Defendants with various written discovery (First set of Special Interrogatories, and Second set of Requests for Production) that has yet to be responded to by the Defendants;

    b. The Defendants have provided Trustee with various forms of written discovery (Fourth Set of Requests for Production, Fifth Set of Requests for Production), some of which remains outstanding;

    c. The Defendants have met and conferred with Trustee regarding discovery responses obtained in July and August of 2025, and have prepared various motions to compel;

    d. The Defendants have further met and conferred with the Trustee pertaining to a further

        deposition of the Trustee, and have prepared a motion to compel;

    e. The Defendants submitted in May 2025 various third-party subpoenas, including to Jason Frank and Force 10 Partners LLC, and, after receiving only objections from Jason Frank, and contested objections from Force 10 Partners, have prepared motions to compel production of documents;

    f. The Trustee has been informed that Defendants intend to subpoena and depose several third-party witnesses including (1) Jason Frank, (2) Andrew Stolper, (3) Scott Sims, (4) PMK of the Law Offices of Michael Q. Eagan, (5) Dennis Ellis, and the (6) PMK of Paul Hastings LLP;

    g. The Trustee has further been informed that Defendants intend to obtain documents from several third party witnesses including (1) Andrew Stolper, (2) Scott Sims, (3) PMK of the Law Offices of Michael Q. Eagan, (4) Dennis Ellis, (5) PMK of Paul Hastings LLP, and (6) JAMS;

E. Whereas, as of November, 2025, the Parties began settlement negotiations and are, at the present time, discussing a protocol that would allow the resolution of the matter via a binding mediation in front of a mutually agreed upon mediator. The parties are actively working on a draft of the settlement protocol and have preliminarily identified two suitable mediators. As of January 28, 2026, the agreement remained under negotiations with the parties working diligently towards attempting to finalize the agreement.

F. Given that the Parties are not able to complete the mediation within the fact discovery cutoff, and likely not until shortly before the current pretrial conference date, and given the current fact discovery completion deadline, in order to preserve the time of this Court by avoiding the filing of multiple motions to compel, as well as avoid the unnecessary expenditure of funds, including attorney time and expert witness fees, the parties jointly believe that a stay of the case would be warranted.

G. Accordingly, the Parties request that the Court vacate all remaining deadlines and stay this action until February 27, 2026. The Parties agree that, aside from the aforementioned discovery,

no additional fact discovery will be necessary. If the action has not resolved by that date, the Parties will submit a new stipulation with proposed deadlines.

WHEREFORE, the Parties agree and STIPULATE as follows:

1. This action is stayed until February 27, 2026.

2. The pre-trial conference shall be vacated and continued as a status conference to March 19, 2026,[1] at 1:30 p.m., or such date and time thereafter as is convenient to the Court.

3. All remaining deadlines are suspended pending further stipulation or order of the Court.

4. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: February 2, 2026      LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By_____
DAVID B. GOLUBCHIK
Attorneys for Defendants the X-Law Group, P.C. and Filippo Marchino

Dated: February 2, 2026      THE X-LAW GROUP, P.C.

By_____
FILIPPO MARCHINO
THOMAS E. GRAY
Attorneys for Defendant Elba Hernandez

Dated: February ___, 2026    KELLNER LAW GROUP PC

In Association with,

MARSHACK HAYS WOOD LLP

By_____
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

---

[1] Defendants' counsel is unavailable on March 17, 2026 (the ordinary self-calendaring time for Chapter 7 adversary proceedings) and on the morning of March 19, 2026, but is available on March 18 during the day for the Chapter 11 calendar, or March 19 in the afternoon.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Stipulation To Stay Action During Pending Settlement Negotiations** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 3, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Richard L Kellner**    rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **Tinho Mang**    tmang@marshackhays.com, tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com
- **Filippo Marchino**    fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Alan I Nahmias**    anahmias@mbn.law, jdale@mbn.law
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **February 3, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 3, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 3, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**