United States Bankruptcy Court

Central District of California

Marshack,

    Plaintiff

Adv. Proc. No. 20-01086-SC

The X-Law Group, PC, a professional corp,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | + Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| md | + Email/Text: anahmias@mirmanbubman.com | Feb 04 2026 01:08:00 | Alan I Nahmias, Mirman, Bubman & Nahmias, LLP, 21860 Burbank Boulevard, Suite 360, Woodland Hills, CA 91367-7406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Elba Hernandez, individually and as personal repre |
| dft | | Filippo Marchino |
| pla | | Richard A. Marshack |
| dft | | Sandy Le, individually and on behalf of Tina Ngan |
| dft | | The X-Law Group, PC, a professional corporation |
| dft | | Young Blue LLC, a limited liability company |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf031 | Total Noticed: 2 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan I Nahmias | on behalf of Mediator Alan I Nahmias anahmias@mbn.law jdale@mbn.law |
| D Edward Hays | on behalf of Defendant The X-Law Group PC, a professional corporation ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Defendant Filippo Marchino ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David B Golubchik | on behalf of Defendant The X-Law Group PC, a professional corporation dbg@lnbyg.com, dbg@lnbyg.com |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Filippo Marchino dbg@lnbyg.com dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased dbg@lnbyg.com, dbg@lnbyg.com |
| Filippo Marchino | on behalf of Defendant Sandy Le individually and on behalf of Tina Ngan Le, decedent fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Young Blue LLC a limited liability company fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Filippo Marchino fm@xlawx.com tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant The X-Law Group PC, a professional corporation fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| John P. Reitman | on behalf of Plaintiff Richard A. Marshack jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| Kurt Ramlo | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant The X-Law Group PC, a professional corporation RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant Filippo Marchino RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard L Kellner | on behalf of Trustee Richard A Marshack (TR) rlk@kellnerlaw.com irma.c.deleon@gmail.com |
| Richard L Kellner | on behalf of Plaintiff Richard A. Marshack rlk@kellnerlaw.com irma.c.deleon@gmail.com |
| Tinho Mang | on behalf of Plaintiff Richard A. Marshack tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf031 | Total Noticed: 2 |

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 24

**FILED & ENTERED**

FEB 03 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Eagan Avenatti, LLP,<br><br><br>                                    Debtor(s).<br><br>Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>                                    Plaintiff(s),<br>     v.<br><br>The X-Law Group, PC, a professional corporation, *et al.*,<br><br>                                    Defendant(s). | CHAPTER 7<br><br>Case No.: 8:19-bk-13560-SC<br>Adv. No.: 8:20-ap-01086-SC<br><br>**ORDER RE STIPULATION TO STAY ACTION DURING PENDING SETTLEMENT NEGOTIATIONS [DK. 489]**<br><br>Current Pre-Trial Conference:<br>Date:         March 3, 2026<br>Time:         1:30 PM<br>Courtroom:  5C |

  The Court has before it the Stipulation to Stay Action During Pending Settlement Negotiations [Dk. 489] ("Stipulation"). This matter has been pending since 2020 with numerous continuances granted regarding discovery and the pre-trial conference, the most recent being entered on October 23, 2025 [*see* Dk. 484]. The Court finds no good

-1-

cause to continue these matters further. The parties have had ample opportunity to pursue both discovery and motions to compel discovery and have not timely pursued those opportunities. As the parties have known the deadline for discovery activities, the Court will not entertain any motions not pending at this time for any requests to compel further discovery. That time has now passed.

    The Stipulation is denied.

    **IT IS SO ORDERED.**

Date: February 3, 2026

Scott C. Clarkson
United States Bankruptcy Judge