D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>Defendants. | STIPULATION IN LIEU OF PRE-TRIAL STIPULATION<br><br>Pretrial Conference<br><br>Date: March 3, 2026<br>Time: 1:30 p.m..<br>Ctrm: 5C |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

This stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez") (collectively, "Parties"), by and through their undersigned counsel as follows:

## Recitals

A. On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

B. On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding ("Adversary").

C. On October 23, 2025 the Court continued the pretrial conference from February 12, 2026 to March 3, 2026. (Dkt. No. 484)

D. On February 3, 2026, as Adv. Dk. No. 489, the Parties filed a stipulation seeking to stay the Adversary while the Parties finalized a mediation and settlement agreement ("Stay Stipulation").

E. On February 3, 2026, as Adv. Dk. No. 490, the Court entered an order rejecting the Stay Stipulation.

F. The Parties continued to negotiate the terms of an agreement to resolve the Adversary, and on February 17, 2026, Mr. Marshack and Mr. Marchino both executed a copy of such agreement, which is expressly subject to approval from the Bankruptcy Court. The Parties are continuing to work on obtaining all mutual signatures on the agreement prior to presenting such agreement to the Court.

G. The terms of the agreement to resolve the Adversary provide for the consensual appointment of a mediator, either Professor Nancy Rapoport, or the Hon. J. Barrett Marum, United States Bankruptcy Judge for the Southern District of California, to consider presentations of the Parties and, in accordance with certain procedures in the agreement, for the mediator to provide a binding determination of the trial value of the case. Both proposed mediators have indicated tentative availability and consent to serve as mediators in this case, with the mediation to be conducted with best efforts prior to March 31, 2026, or if mutually agreeable and available dates cannot be found, certain specified other dates in April 2026.

H. Additionally, the agreement of the Parties include confidential and mediation-privileged terms that the Parties do not believe should be public, because they are indicative of litigation and settlement strategy of the Parties, and the public disclosure of such terms would hinder

the Parties' ability to participate in a candid and productive mediation.

**WHEREFORE, the Parties agree and STIPULATE as follows:**

1. The Parties request leave of the Court to file a motion to approve an agreement setting a procedure for the mediated resolution of this adversary action, with the mutually executed agreement with certain specified provisions redacted from the public record, and for the Court to set an expedited hearing on approval of this agreement concurrently with, and in lieu of, the scheduled pre-trial conference on March 3, 2026, and to excuse the Parties from negotiating and preparing an updated version of the 139-page pre-trial stipulation which was previously filed on March 20, 2025, as Adv. Dk. No. 467.

2. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: February 17, 2026

LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.

By _____
DAVID B. GOLUBCHIK
Attorneys for Defendants the X-Law
Group, P.C. and Filippo Marchino

Dated: February 18, 2026

THE X-LAW GROUP, P.C.

By _____
FILIPPO MARCHINO
THOMAS E. GRAY
Attorneys for Defendant Elba Hernandez

Dated: February 18, 2026

KELLNER LAW GROUP PC

In Association with,

MARSHACK HAYS WOOD LLP

By  /s/ D. Edward Hays
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION IN LIEU OF PRE-TRIAL STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 18, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 18, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 18, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 18, 2026 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  CONTINUED:
   - **ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **DEFENDANT AND ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
   - **CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyb.com, kr@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**