D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Tel: (949) 333-7777
Fax: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>        Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>        Plaintiff,<br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>        Defendants. | STIPULATION FOR ASSIGNMENT TO MEDIATION<br><br><u>Pretrial Conference</u><br><br>Date:  March 3, 2026<br>Time:  1:30 p.m.<br>Ctrm:  5C |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

    This stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti, LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as

personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez") (collectively, "Parties"), by and through their undersigned counsel as follows:

## Recitals

A.    On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

B.    On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding ("Adversary").

C.    On February 3, 2026, as Adv. Dk. No. 489, the Parties filed a stipulation seeking to stay the Adversary while the Parties finalized a mediation and settlement agreement ("Stay Stipulation").

D.    On February 3, 2026, as Adv. Dk. No. 490, the Court entered an order rejecting the Stay Stipulation.

E.    On February 18, 2026, as Adv. Dk. No. 493, the Parties filed a stipulation in lieu of a pretrial stipulation, again requesting a continuance of the pre-trial conference to permit the Parties to participate in a mediative process with either Professor Nancy Rapoport or the Hon. J. Barrett Marum, United States Bankruptcy Judge for the Southern District of California, serving as mediator ("Stipulation in Lieu").

F.    On February 19, 2026, the Parties fully executed a copy of an agreement entitled "SETTLEMENT AND MUTUAL GENERAL RELEASE" which was intended to provide certain parameters and procedures for participating in a mutually agreeable mediative process ("Procedures Agreement").

G.    On February 19, 2026, at 3:00 p.m., the Court held an emergency hearing on the Stipulation in Lieu. D. Edward Hays, Tinho Mang, and Richard L. Kellner appeared on behalf of the Plaintiff, who was also present. Filippo Marchino and Thomas Gray appeared on behalf of Defendants, Elba Hernandez and the Estate of Andres Ramirez. David B. Golubchik appeared on behalf of Defendants, The X-Law Group, P.C. and Filippo Marchino. Also appearing for a portion of the hearing was secured creditor, Jason Frank of Jason Frank Law.

H.  Defendants have executed and delivered to the Trustee a stipulation for entry of judgment which will only be filed by the Trustee in the event that Defendants fail to timely fund the settlement, if necessary, as more fully set forth in the Procedures Agreement

**WHEREFORE, the Parties agree and STIPULATE as follows:**

1. The Parties jointly request that the Court approve this Stipulation and enter an order in substantially the form attached as Exhibit "1" appointing the mediator(s), assigning this matter to mediation to be conducted in accordance with the terms and procedures set forth in the Procedures Agreement, as amended, and vacating the pre-trial conference on March 3, 2026.

2. The mediators shall have immunity from liability for conducting the mediation pursuant to the Procedures Agreement and the parties waive any right to sue the mediator.

3. The Parties agree to participate in the mediation in good faith as required by the Procedures Agreement.

4. No party shall have the right to withdraw from the Procedures Agreement or the mediation. The Parties agree and acknowledge that they are bound by the provisions of the Procedures Agreement, subject to certain specified alterations to the Procedures Agreement contained in a mutually executed Addendum which memorializes the terms of the agreement between the Parties obtained on February 19, 2026. The Addendum is entered to address the issues raised by the Court during the emergency hearing. The mediator shall conclude, at his/her discretion, the mediation and issue the written report more fully described in the Procedures Agreement.

5. Upon the conclusion of the mediative process and the determination of the settlement amount pursuant to the Procedures Agreement, the Trustee shall file a motion to approve compromise in the main bankruptcy case under FRBP 9019 and serve all creditors and parties-in-interest entitled to notice. All Parties agree to cooperate with such process. The Procedures Agreement will not be filed with the Court. Instead, a formal settlement agreement specifying the amount of the settlement and the scope of releases will be filed.

6. Mediation conducted pursuant to the Procedures Agreement will result in a binding settlement, if such compromise is later approved by the Court under FRBP 9019.

7. All parties waive any ability to oppose the compromise reached during mediation and/or appeal any order approving such compromise if approved by the court. Jason Frank of Jason Frank Law indicated on the record, at the emergency hearing, that he did not and would not oppose the resolution of the case in the aforementioned manner, regardless of the decision of the mediator.

8. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: March 2, 2026             THE BANKRUPTCY ESTATE OF EAGAN
                                 AVENATTI, LLP

                                 By: ___/s/ Richard A. Marshack___
                                 RICHARD A. MARSHACK
                                 Solely in his capacity as Chapter 7 Trustee of the
                                 Bankruptcy Estate of Eagan Avenatti, LLP, case no.
                                 8:19-bk-13560-SC

Dated: March___, 2026

                                 By: _See next page for signature_
                                 FILIPPO MARCHINO
                                 Defendant, in his individual capacity

Dated: March___, 2026            THE X-LAW GROUP, P.C.

                                 By: _See next page for signature_
                                 FILIPPO MARCHINO
                                 President of Defendant
                                 THE X-LAW GROUP, P.C.

Dated: March___, 2026

                                 By: _See next page for signature_
                                 ELBA HERNANDEZ
                                 Defendant, in her individual capacity

Dated: March___, 2026            THE ESTATE OF ANDRES RAMIREZ

                                 By: _See next page for signature_
                                 ELBA HERNANDEZ
                                 Defendant

4
STIPULATION FOR ASSIGNMENT TO MEDIATION

7.   All parties waive any ability to oppose the compromise reached during mediation and/or appeal any order approving such compromise if approved by the court. Jason Frank of Jason Frank Law indicated on the record, at the emergency hearing, that he did not and would not oppose the resolution of the case in the aforementioned manner, regardless of the decision of the mediator.

8   This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document.

Dated: March ___, 2026

THE BANKRUPTCY ESTATE OF EAGAN AVENATTI, LLP

By: _See previous page for signature_
RICHARD A. MARSHACK
Solely in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Eagan Avenatti, LLP, case no. 8:19-bk-13560-SC

Dated: March 2, 2026

By: _/s/ Filippo Marchino_
FILIPPO MARCHINO
Defendant, in his individual capacity

Dated: March 2, 2026

THE X-LAW GROUP, P.C.

By: _/s/ Filippo Marchino_
FILIPPO MARCHINO
President of Defendant
THE X-LAW GROUP, P.C.

Dated: March 02, 2026

By: _/s/ Elba Hernandez_
ELBA HERNANDEZ
Defendant, in her individual capacity

Dated: March 02, 2026

THE ESTATE OF ANDRES RAMIREZ

By: _/s/ Elba Hernandez_
ELBA HERNANDEZ
Defendant

Dated: March 2, 2026        LEVENE, NEALE, BENDER, YOO & GOLUBCHIK
                            L.L.P.

                            By: _____
                                DAVID B. GOLUBCHIK
                                Attorneys for Defendants the X-Law Group, P.C.
                                and Filippo Marchino

Dated: March 2, 2026        THE X-LAW GROUP, P.C.

                            By: _____
                                FILIPPO MARCHINO
                                THOMAS E. GRAY
                                Attorneys for Defendant Elba Hernandez

Dated: March ___, 2026      KELLNER LAW GROUP PC

                            By:  *See next page for signature*
                                RICHARD L. KELLNER

                            MARSHACK HAYS WOOD LLP

                            By  */s/ D. Edward Hays*
                                D. EDWARD HAYS
                                TINHO MANG
                                Attorneys for Plaintiff and Chapter 7 Trustee,
                                RICHARD A. MARSHACK

| | | |
|---|---|---|
| 1 | Dated: March ___, 2026 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| 2 | | |
| 3 | | By: *See previous page for signature* |
| 4 | | DAVID B. GOLUBCHIK |
| 5 | | Attorneys for Defendants the X-Law Group, P.C. and Filippo Marchino |
| 6 | Dated: March___, 2026 | THE X-LAW GROUP, P.C. |
| 7 | | By: *See previous page for signature* |
| 8 | | FILIPPO MARCHINO |
| 9 | | THOMAS E. GRAY<br>Attorneys for Defendant Elba Hernandez |
| 10 | Dated: March _2_, 2026 | KELLNER LAW GROUP PC |
| 11 | | |
| 12 | | By: _/s/ signature_<br>RICHARD L. KELLNER |
| 13 | | MARSHACK HAYS WOOD LLP |
| 14 | | |
| 15 | | By _/s/ D. Edward Hays_<br>D. EDWARD HAYS |
| 16 | | TINHO MANG<br>Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION FOR ASSIGNMENT TO MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  CONTINUED:
   - **ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **DEFENDANT AND ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
   - **CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
   - **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
   - **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyb.com, kr@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**