United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 20-01086-SC

The X-Law Group, PC, a professional corp,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| md | + Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| md | + Email/Text: anahmias@mirmanbubman.com | Mar 10 2026 01:21:00 | Alan I Nahmias, Mirman, Bubman & Nahmias, LLP, 21860 Burbank Boulevard, Suite 360, Woodland Hills, CA 91367-7406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Elba Hernandez, individually and as personal repre |
| dft | | Filippo Marchino |
| pla | | Richard A. Marshack |
| dft | | Sandy Le, individually and on behalf of Tina Ngan |
| dft | | The X-Law Group, PC, a professional corporation |
| dft | | Young Blue LLC, a limited liability company |

TOTAL: 7 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2026            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 09, 2026 | Form ID: pdf031 | Total Noticed: 2 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan I Nahmias | on behalf of Mediator Alan I Nahmias anahmias@mbn.law jdale@mbn.law |
| D Edward Hays | on behalf of Defendant The X-Law Group PC, a professional corporation ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Defendant Filippo Marchino ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Richard A. Marshack ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| David B Golubchik | on behalf of Defendant The X-Law Group PC, a professional corporation dbg@lnbyg.com, dbg@lnbyg.com |
| David B Golubchik | on behalf of Interested Party Courtesy NEF dbg@lnbyg.com dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Filippo Marchino dbg@lnbyg.com dbg@lnbyg.com |
| David B Golubchik | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased dbg@lnbyg.com, dbg@lnbyg.com |
| Filippo Marchino | on behalf of Defendant Sandy Le individually and on behalf of Tina Ngan Le, decedent fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Young Blue LLC a limited liability company fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant Filippo Marchino fm@xlawx.com tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| Filippo Marchino | on behalf of Defendant The X-Law Group PC, a professional corporation fm@xlawx.com, tc@xlawx.com;sg@xlawx.com;tg@xlawx.com;cc@xlawx.com |
| John P. Reitman | on behalf of Plaintiff Richard A. Marshack jreitman@landaufirm.com vrichmond@landaufirm.com;amendes@landaufirm.com;hrichmond@landaufirm.com;jlandau@landaufirm.com |
| Kurt Ramlo | on behalf of Defendant Elba Hernandez individually and as personal representative and successor in interest to Andres Ramirez, deceased RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant The X-Law Group PC, a professional corporation RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email |
| Kurt Ramlo | on behalf of Defendant Filippo Marchino RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| Richard L Kellner | on behalf of Trustee Richard A Marshack (TR) rlk@kellnerlaw.com irma.c.deleon@gmail.com |
| Richard L Kellner | on behalf of Plaintiff Richard A. Marshack rlk@kellnerlaw.com irma.c.deleon@gmail.com |
| Tinho Mang | on behalf of Plaintiff Richard A. Marshack tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |
| Tinho Mang | on behalf of Interested Party Courtesy NEF tmang@marshackhays.com tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com |

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2026 | Form ID: pdf031 | Total Noticed: 2 |

Tinho Mang
    on behalf of Trustee Richard A Marshack (TR) tmang@marshackhays.com
    tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 24

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**MAR 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte      **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>EAGAN AVENATTI, LLP,<br>　　　　Debtor. | Case No.: 8:19-bk-13560-SC<br>Chapter 7<br>Adv. No.:  8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br>　　　　Plaintiff,<br>　　v.<br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br>　　　　Defendants. | ORDER APPROVING STIPULATION FOR ASSIGNMENT TO MEDIATION AND CONTINUING PRE-TRIAL CONFERENCE AS A MEDIATION STATUS CONFERENCE<br><br>Mediation Status Conference<br><br>Date:　May 5, 2026<br>Time:　1:30 p.m.<br>Ctrm:　5C |

　　　On March 2, 2026, as Adv. Dk. No. 496, a stipulation ("Stipulation") was filed between Plaintiff, Richard A. Marshack, Chapter 7 trustee ("Trustee" or "Plaintiff"), and Defendants The X-Law Group, P.C., Filippo Marchino, and Elba Hernandez ("Defendants"), in advance of the pre-trial conference on March 3, 2026, seeking assignment of this matter to mediation. The Court has reviewed the Stipulation, considered the arguments of counsel on the record during a hearing held on February 19, 2026, and further statements on the record during the pre-trial conference on March 3, 2026, at 1:30 p.m., and for good cause, the Court enters its order as follows:

IT IS ORDERED:

1. The Stipulation is approved.

2. This Adversary is assigned to mediation. Professor, Nancy J. Rapoport, and The Hon. J. Barrett Marum, United States Bankruptcy Judge for the Southern District of California, are both approved as mediators (referred to interchangeably herein as "Mediator"). The Parties shall work to secure mutually agreeable dates to commence mediation, if possible, on or before March 31, 2026 but no later than April 30, 2026. Each side shall pay one-half of any fees and costs of the mediator, if any. For the reasons discussed on the record, for all sums to be paid by the Estate, prior approval by the Court is required, and Trustee shall promptly seek authority from the Court to make such payments from the Estate in compliance with the Federal Rules of Bankruptcy Procedure.

3. The Mediator is appointed to conduct a mediation for all remaining issues in this adversary proceeding. The parties are ordered to appear and participate in good faith in the mediation conference. If the parties do not come to an independent agreement of such value, the Mediator shall determine the "Settlement Value" of the claims alleged by the Trustee in this adversary proceeding, if any, and is empowered to conduct all proceedings necessary to conduct and complete a mediation of this proceeding.

4. The Mediation shall be governed by the mutually executed agreement of the parties entitled "SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE" which was executed as of February 19, 2026, and as supplemented by the Addendum executed on March 2, 2026 ("Procedures Agreement"). Such Procedures Agreement shall remain confidential and the parties are authorized to transmit a copy of the Procedures Agreement with certain mutually agreed-upon portions redacted to preserve the independence and impartiality of the Mediator to determine the Settlement Value of the claims; however, the inadvertent or intentional disclosure of any of these redacted provisions to the Mediator shall not prevent the mediation from proceeding and concluding. The violation of this provision shall not constitute grounds to avoid the binding nature of the Procedures Agreement. The entry of this order confirms the modification of the Procedures Agreement, previously agreed upon by the parties, with respect only to paragraph 3(d), where the Mediator shall no longer be informed of the existence of the high/low brackets previously agreed to

by the parties.

5. Unless otherwise agreed by all parties in writing, after the earlier of the completion of one day of mediation or the mediator determining that an impasse has been reached, the mediator shall announce that mediation is concluded. Unless the parties reach a consensual written agreement signed by all parties, as soon as practicable after mediation has concluded, the mediator shall serve on all parties, but not file, the report described in the Procedures Agreement.

6. Within seven days after service of the mediator's report, the Trustee shall file a motion seeking approval of the compromise pursuant to FRBP 9019.

7. The pre-trial conference currently scheduled for March 3, 2026, is vacated. The Court sets a mediation status conference for May 5, 2026, at 1:30 p.m. If the mediation has not concluded and a motion to approve compromise under FRBP 9019 has not been filed prior to April 28, 2026, the Parties shall file a joint status report regarding the status and conclusion of mediation no later than seven days prior to the hearing. If such motion has been filed prior to the mediation status conference, the Court may, on its own motion, continue the mediation status conference to the date and time of the hearing on the motion to approve compromise.

8. The Trustee shall promptly serve a copy of this order on the mediators.

####

Date: March 9, 2026

Scott C. Clarkson
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:

LEVENE, NEALE, BENDER, YOO, &
GOLUBCHIK L.L.P.

By: _____
DAVID B. GOLUBCHIK
Attorneys for Defendants Filippo Marchino
& The X-Law Group, P.C.


THE X-LAW GROUP, P.C.

By: _____
FILIPPO MARCHINO
Attorneys for Defendant Elba Hernandez

KELLNER LAW GROUP PC

By: *See next page for signature*
RICHARD L. KELLNER
Special Litigation Counsel for Chapter 7
Trustee, Richard A. Marshack


MARSHACK HAYS WOOD LLP

By: _____
D. EDWARD HAYS
TINHO MANG
General Counsel for Chapter 7 Trustee
Richard A. Marshack

1  APPROVED AS TO FORM AND CONTENT:

2  LEVENE, NEALE, BENDER, YOO, &
   GOLUBCHIK L.L.P.
3
   By: *See previous page for signature*
4      DAVID B. GOLUBCHIK
       Attorneys for Defendants Filippo Marchino
5      & The X-Law Group, P.C.

6

7  THE X-LAW GROUP, P.C.

8
   By: *See previous page for signature*
9      FILIPPO MARCHINO
10     Attorneys for Defendant Elba Hernandez

11 KELLNER LAW GROUP PC

12 By: /s/ Richard L. Kellner
13     RICHARD L. KELLNER
       Special Litigation Counsel for Chapter 7
14     Trustee, Richard A. Marshack

15

16 MARSHACK HAYS WOOD LLP

17
   By: *See previous page for signature*
18     D. EDWARD HAYS
       TINHO MANG
19     General Counsel for Chapter 7 Trustee
       Richard A. Marshack
20

21

22

23

24

25

26

27

28