RICHARD L. KELLNER (State Bar No. 171416)
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 780-6759
Facsimile: (310) 277-0635

Special Litigation Attorneys for Plaintiff and
Chapter 7 Trustee, RICHARD A. MARSHACK

In Association with,

D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: 949-333-7777
Facsimile: 949-333-7778

General Counsel for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No.: 8:19-bk-13560-SC<br><br>Chapter 7<br><br>Adv. No.: 8:20-ap-01086-SC |
| RICHARD A. MARSHACK, Chapter 7 Trustee for Eagan Avenatti, LLP,<br><br>Plaintiff,<br><br>v.<br><br>THE X-LAW GROUP, PC, a professional corporation; FILIPPO MARCHINO, an individual; and ELBA HERNANDEZ, individually and as personal representative and successor in interest to Andres Ramirez, deceased,<br><br>Defendants. | THIRD STATUS REPORT RE: MEDIATION<br><br><u>Continued Mediation Status Conference</u><br><br>Date: September 1, 2026<br>Time: 1:30 p.m.<br>Ctrm: 5C |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

This mediation status report is jointly submitted by Plaintiff, Richard A. Marshack, in his capacity as the chapter 7 trustee ("Trustee") of the bankruptcy estate ("Estate") of Eagan Avenatti,

LLP ("Debtor"); and Defendants, The X-Law Group, PC, a professional corporation ("X-Law"); Filippo Marchino, an individual ("Marchino"), Elba Hernandez, individually and as personal representative and successor in interest to Andres Ramirez, deceased ("Hernandez") (collectively, "Parties"), by and through their undersigned counsel as follows:

## 1. Background Facts

On September 13, 2019, Debtor, through its state court appointed receiver, filed a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. Richard A. Marshack is the duly-appointed and acting Chapter 7 Trustee for the Debtor.

On May 19, 2020, Trustee filed a complaint initiating the above-captioned adversary proceeding.

On March 9, 2026, as Adv. Dk. No. 497, the Court entered an order in this adversary proceeding approving a stipulation for assignment to mediation and continuing the pre-trial conference as a mediation status conference set for May 5, 2026 ("Mediation Order").

On April 29, 2026, the Parties attended a whole day mediation in San Diego before the Hon. J. Barrett Marum, United States Bankruptcy Judge.

After April 29, 2026, the mediator met with the Parties and discussed the potential for a settlement. Multiple rounds of negotiations were exchanged.

The mediation status conference was originally scheduled for May 5, 2026, and continued to June 30, 2026.

On June 16, 2026, a status report was filed by the Parties requesting a continuance of the mediation status conference, which was continued to September 1, 2026, at 1:30 p.m.

## 2. Status Report

On July 27, 2026, after multiple rounds of post-mediation negotiations, Judge Marum informed the parties that an impasse had been declared, and that the Judge would be determining the Settlement Value of the case in accordance with the mediation procedures.

In accordance with the prior agreement of the parties to attend this mediation, there is no expectation from any party that this Court will be required to schedule or conduct any further proceedings in this adversary proceeding. The parties remain committed to the agreement to abide

by the terms and provisions of such agreement.

The parties request that the Court continue the status conference currently scheduled for September 1, 2026 for an additional 45 days.

**JOINTLY SUBMITTED BY:**

Dated: August 18, 2026

KELLNER LAW GROUP PC
In Association with,

MARSHACK HAYS WOOD LLP

By: /s/ Tinho Mang
D. EDWARD HAYS
TINHO MANG
Attorneys for Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK

Dated: August 18, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:______________________
DAVID B. GOLUBCHIK
Attorneys for Defendants the X-Law Group, P.C. and Filippo Marchino

Dated: August 18, 2026

THE X-LAW GROUP, P.C.

By:______________________
FILIPPO MARCHINO
Attorneys for Defendant Elba Hernandez

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **THIRD STATUS REPORT RE: MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On **August 18, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 18, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 18, 2026 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC and DEFENDANT FILIPPO MARCHINO:** David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Richard L Kellner rlk@kellnerlaw.com, irma.c.deleon@gmail.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** Tinho Mang tmang@marshackhays.com, tmang@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
- **DEFENDANT AND ATTORNEY FOR DEFENDANT THE X-LAW GROUP, PC; DEFENDANT YOUNG BLUE LLC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; DEFENDANT FILIPPO MARCHINO; and DEFENDANT SANDY LE, INDIVIDUALLY AND ON BEHALF OF TINA NGAN LE, DECEDENT:** Filippo Marchino fm@xlawx.com, tc@xlawx.com; sg@xlawx.com; tg@xlawx.com; cc@xlawx.com
- **CHAPTER 7 TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **MEDIATOR ALAN I NAHMIAS:** Alan I Nahmias anahmias@mbn.law, jdale@mbn.law
- **ATTORNEY FOR DEFENDANTS THE X-LAW GROUP, PC; DEFENDANT ELBA HERNANDEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE AND SUCCESSOR IN INTEREST TO ANDRES RAMIREZ, DECEASED; and DEFENDANT FILIPPO MARCHINO:** Kurt Ramlo kr@lnbyb.com, kr@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF RICHARD A MARSHACK:** John P. Reitman jreitman@landaufirm.com, vrichmond@landaufirm.com; amendes@landaufirm.com; hrichmond@landaufirm.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov